William S. Helfand #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **NOTICE OF REMOVAL** <br><br> Case No.: 2:25-cv-00792 <br><br> Judge: |

Defendants, BMW Financial Services NA, LLC and Financial Services Vehicle Trust, through their counsel of record, hereby provide notice of removal of the above-entitled action from the Third Judicial District Court, Salt Lake County, State of Utah, to the United States District Court of Utah, Central Division.

The Court has original jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. Specifically, Plaintiff and Defendants are citizens of different states and the vehicle identified by

Plaintiff's complaint, the title and ownership of which is in dispute in this action, exceeds $300,000. The action is removable under 28 U.S.C. §1441(a).

For purposes of 28 U.S.C. § 1332 and pursuant to DUCivR 81-1(a)(2)(A),

1. Plaintiff, Gauge Automotive, Inc., is a corporation organized and existing under the laws of the State of Utah, with its principal place of business in Salt Lake County, Utah.

2. Defendant, BMW Financial Services NA, LLC is a Delaware limited liability company; its sole member is BMW North America, LLC.  BMW North America, LLC is a Delaware limited liability company; its sole member is BMW (US) Holding Corporation.  BMW (US) Holding Company is a Delaware corporation headquartered in New Jersey.  BMW North America, LLC is a citizen of Delaware, and its sole member is a citizen of Delaware and New Jersey.  BMW Financial Services NA, LLC is therefore a citizen of Delaware, and its sole member is a citizen of Delaware and New Jersey.

3. Financial Services Vehicle Trust is a Delaware statutory trust, with one Beneficiary: BMW Manufacturing LP.  BMW Manufacturing LP is an Indiana limited partnership with two partners: (1) BMW Financial Services NA, LLC, a citizen of Delaware and New Jersey as explained above, and (2) BMW Facility Partners, LLC a Delaware limited liability company with a single member: BMW Financial Services NA, LLC, a citizen of Delaware and New Jersey as, again, explained above.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. Specifically, Plaintiff and Defendants are citizens of different states and Plaintiff claims damages in excess of $75,000.00.

Venue is proper under 28 U.S.C. §1441(a) in the United States District Court for the Central Division of Utah because this District embraces Salt Lake County, Utah, from which court this action is removed.

As required by 28 U.S.C. §1446(d), Defendants will also file a copy of this Notice of Removal in the Third Judicial District Court, Salt Lake County, State of Utah where the state court action is currently pending.

In accordance with 28 U.S.C. § 1446(a) and DUCivR 81-1(b), Defendants have attached copies of all pleadings, process, orders from the state court action, and a copy of the state court docket as follows:

1. Exhibit A: Plaintiff's Complaint filed in Third Judicial District Court;

2. Exhibit B: Copy of state court docket sheet;

3. Exhibit C: Plaintiff's Summons to BMW Financial Services NA, LLC with Unsworn Declaration of Service, service date of August 15, 2025;

4. Exhibit D: Plaintiff's Summons to Financial Services Vehicle Trust with Unsworn Declaration of Service, service date of August 18, 2025; and

5. Federal Court Civil Cover Sheet

Defendants respectfully give notice of removal of this cause from the Third Judicial District Court, Salt Lake County, State of Utah.

DATED: September 11, 2025    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ William S. Helfand
William S. Helfand
Emily L. Rutter
*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

162685728.5

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of September, 2025, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be electronically filed through the Court's CM/ECF system, and also certify that that the below listed counsel were served via email this same date as follows:

Chad Pehrson
Bryan B. Todd
KBA
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
cpehrson@kba.law
btodd@kba.law
*Attorneys for Plaintiff*

                                                        */s/ William S. Helfand*