# EXHIBIT B

## Copy of State Court Docket Sheet

```
                THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
                           SALT LAKE COUNTY, STATE OF UTAH


            GAUGE AUTOMOTIVE INC vs. BMW FINANCIAL SERVICES NA LLC et al.
CASE NUMBER 250906451 Automobile Tort
_____

CURRENT ASSIGNED JUDGE
        RICHARD PEHRSON


PARTIES
        Plaintiff - GAUGE AUTOMOTIVE INC
        Represented by: CHAD PEHRSON
        Represented by: BRYAN TODD


        Defendant - BMW FINANCIAL SERVICES NA LLC


        Defendant - FINANCIAL SERVICES VEHICLE TRU



ACCOUNT SUMMARY
                 Total Revenue Amount Due:          625.00
                              Amount Paid:          625.00
                            Amount Credit:            0.00
                                  Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                               Amount Due:          375.00
                              Amount Paid:          375.00
                            Amount Credit:            0.00
                                  Balance:            0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                               Amount Due:          250.00
                              Amount Paid:          250.00
                            Amount Credit:            0.00
                                  Balance:            0.00



CASE NOTE


PROCEEDINGS
08-06-2025   Case filed by efiler
08-06-2025   Judge RICHARD PEHRSON assigned.
08-06-2025   Filed: Complaint
08-06-2025   Fee Account created Total Due: 375.00
08-06-2025   Fee Account created Total Due: 250.00
08-06-2025   COMPLAINT - NO AMT S Payment Received:  375.00
08-06-2025   JURY DEMAND - CIVIL Payment Received:  250.00
08-06-2025   Filed: Return of Electronic Notification
08-26-2025   Filed return: Summons on Return BMW Financial Services NA LLC
             upon MAURA HIGGINS for


09-10-2025 01:48 PM                                             Page 1 of 2
```

```
                    Party Served: NULL BMW FINANCIAL SERVICES NA LLC
                    Service Type: Personal
                    Service Date: August 15, 2025
                        Garnishee:
08-26-2025  Filed return: Summons on Return Financial Services Vehicle
            Trust upon MONICA CAMPOS for
                    Party Served: NULL FINANCIAL SERVICES VEHICLE TRU
                    Service Type: Personal
                    Service Date: August 18, 2025
                        Garnishee:
08-26-2025  Filed: Return of Electronic Notification
```