# EXHIBIT C

## Plaintiff's Summons to
## BMW Financial Services NA, LLC
## with Unsworn Declaration of Service

## Service Date August 15, 2025

IN THE THIRD DISTRICT COURT SALT LAKE COUNTY, STATE OF UTAH

**GAUGE AUTOMOTIVE, INC.,**

*Plaintiff(s) / Petitioner(s)*

v.

**BMW FINANCIAL SERVICES NA, LLC; FINANCIAL SERVICES VEHICLE TRUST,**

*Defendant(s) / Respondent(s)*

Case No.: 250906451

## UNSWORN DECLARATION OF SERVICE

I, Carla Gomes, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BMW Financial Services NA, LLC in Bergen County, NJ on August 15, 2025 at 10:40 am at 200 Chestnut Ridge Rd, Woodcliff Lake, NJ 07677 by leaving the following documents with Maura Higgins who as Agent / Managing Agent is authorized by appointment or by law to receive service of process for BMW Financial Services NA, LLC.

Summons (BMW Financial Services NA, LLC)
Complaint

Additional Description:
Documents were served at 200 Chestnut Ridge RD. through the Legal Department. The 300 Chestnut Ridge Rd. address is now closed.

White Female, est. age 55-64, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.0289278333,-74.0721805
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Higey__,

__La Altagracia Province__ 8/18/2025.

/s/ *Carla Gomes*
Signature
Carla Gomes
+1 (201) 688-5114

Proof Job #1144502         7839.1         Page 1



Exhibit 1a)

Chad Pehrson (Bar No. 12622)
Bryan B. Todd (Bar No. 19099)
**KBA**
50 W. Broadway 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@kba.law
btodd@kba.law

*Attorneys for Plaintiffs*

> **If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

## IN THE THIRD DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC; FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **SUMMONS** <br> **(BMW Financial Services NA, LLC)** <br><br> Case No. 250906451 <br><br> Judge: Hon. Richard Pehrson |

TO:  BMW Financial Services NA, LLC
     300 Chestnut Ridge Rd.
     Woodcliff, Lake, NJ 07677

You are being sued. A Complaint has been filed against you with the Third Judicial District Court of Salt Lake in and for Salt Lake County, State of Utah, which is located at 450 South State Street, Salt Lake City, UT 84114-1860. Within 30 days after service of this Summons and Complaint, you must answer the Complaint in writing by filing your answer with the Court and delivering a copy of your answer to Plaintiffs' attorney at the address listed above.

1

2

If you fail to do so, judgment by default will be entered against you for the relief requested in the Complaint. The Court's Bilingual Notice of Responding Party is attached to this Summons as **Exhibit A**.

DATED: August 12, 2025.

Respectfully submitted,

**KBA**

/s/Chad S. Pehrson
Chad S. Pehrson
Bryan B. Todd

*Attorneys for Plaintiff*

# EXHIBIT A

| | |
|---|---|
| **Deadline!** Your Answer must be filed with the court and served on the other party **within 30 days** of the date you were served with this Summons. If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story. | **¡Fecha límite para contestar!** Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos. |
| **Read the complaint/ petition** The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully. | **Lea la demanda o petición** La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente. |
| **Answer the complaint/petition**  Scan QR code to visit page   You must file your Answer in writing with the court **within 30 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans | **Cómo responder a la demanda o petición**  Para accesar esta página escanee el código QR   Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span |
| **Serve the Answer on the other party** You must email, mail or hand deliver a copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons. | **Entrega formal de la respuesta a la otra parte** Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio. |

| | |
|---|---|
| **Finding help**  Scan QR code to visit page  The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics. | **Cómo encontrar ayuda legal**  Para accesar esta página escanee el código QR  Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve. |


قم بالمسح الضوئي للرمز لزيارة الصفحة    An Arabic version of this document is available on the court's website:
توجد نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:
utcourts.gov/arabic


请扫描 QR 码访问网页    A Simplified Chinese version of this document is available on the court's website:
本文件的简体中文版可在法院网站上找到：
utcourts.gov/chinese


Xin vui lòng quét mã QR (Trả lời nhanh) để viếng trang    A Vietnamese version of this document is available on the court's website:
Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet