# EXHIBIT D

**Plaintiff's Summons to
Financial Services Vehicle Trust
with Unsworn Declaration of Service**

**Service Date August 18, 2025**

IN THE THIRD DISTRICT COURT SALT LAKE COUNTY, STATE OF UTAH

**GAUGE AUTOMOTIVE, INC.,**

    *Plaintiff(s) / Petitioner(s)*

v.

**BMW FINANCIAL SERVICES NA, LLC; FINANCIAL
SERVICES VEHICLE TRUST,**

    *Defendant(s) / Respondent(s)*

Case No.: 250906451 Judge: Hon.
Richard Pehrson

<div align="center">

### <u>UNSWORN DECLARATION OF SERVICE</u>

</div>

I, Taniela Otuafi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Financial Services Vehicle Trust in Salt Lake County, UT on August 18, 2025 at 3:09 pm at 1108 E South Union Ave., Midvale, UT 84047 by leaving the following documents with Monica Campos who as Clerk at CT Corporation is authorized by appointment or by law to receive service of process for Financial Services Vehicle Trust.

2025.08.12- Summons - Financial Services
2025.08.06- Complaint - Gauge v BMW

Hispanic or Latino Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.6176092561,-111.859644254
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Salt Lake County           ,

    UT    on    8/19/2025    .

/s/ *Taniela Otuafi*

Signature
Taniela Otuafi
+1 (801) 918-5171



Chad Pehrson (Bar No. 12622)
Bryan B. Todd (Bar No. 19099)
**KBA**
50 W. Broadway 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@kba.law
btodd@kba.law

*Attorneys for Plaintiffs*

<div style="border:1px solid">

**If you do not respond to this
document within applicable time
limits, judgment could be
entered against you as requested.**

</div>

---

### IN THE THIRD DISTRICT COURT
### SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC; FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **SUMMONS** <br> **(Financial Services Vehicle Trust)** <br><br> Case No. 250906451 <br><br> Judge: Hon. Richard Pehrson |

**TO:  Financial Services Vehicle Trust**
c/o CT Corporation System – Registered Agent
1108 E South Union Ave.
Midvale, UT 84047

You are being sued.  A Complaint has been filed against you with the Third Judicial District Court of Salt Lake in and for Salt Lake County, State of Utah, which is located at 450 South State Street, Salt Lake City, UT 84114-1860. Within 21 days after service of this Summons and Complaint, you must answer the Complaint in writing by filing your answer with the Court and delivering a copy of your answer to Plaintiffs' attorney at the address listed above.

If you fail to do so, judgment by default will be entered against you for the relief requested in the Complaint. The Court's Bilingual Notice of Responding Party is attached to this Summons as **Exhibit A**.

      DATED: August 12, 2025.

                              Respectfully submitted,

                              **KBA**

                              */s/Chad S. Pehrson*
                              Chad S. Pehrson
                              Bryan B. Todd

                              *Attorneys for Plaintiff*

# EXHIBIT A

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer.

**Deadline!**
Your Answer must be filed with the court and served on the other party **within 21 days** of the date you were served with this Summons.

If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story.

**Read the complaint/petition**
The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully.

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 21 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Serve the Answer on the other party**
You must email, mail or hand deliver a

Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta.

**¡Fecha límite para contestar!**
Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.

Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos.

**Lea la demanda o petición**
La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente.

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 21 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Entrega formal de la respuesta a la otra parte**

Bilingual Notice to Responding Party for In-State Summons (for compliance with URCP 4)

| | |
|---|---|
| copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons. | Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio. |

**Finding help**

The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.


Scan QR code to visit page

**Cómo encontrar ayuda legal**

Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.


Para accesar esta página escanee el código QR


ب الم سح ق م
ل لرمز ال ضوئ ي
ال ص فحة لزي ارة

An Arabic version of this document is available on the court's website:

نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:ت وجد

utcourts.gov/arabic

A Simplified Chinese version of this document is available on the court's website:

本文件的简体中文版可在法院网站上找到：

utcourts.gov/chinese


请扫描QR码访问网页

A Vietnamese version of this document is available on the court's website:

Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:

utcourts.gov/viet


Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang