# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

September 11, 2025

**Bryan Burton Todd**
KUNZLER BEAN & ADAMSON
50 W BROADWAY STE 1000
SALT LAKE CITY, UT 84101
btodd@kba.law

RE:   Notice of Ineligible Attorney
      Counsel for: Plaintiff

Dear Bryan:

A case was filed with the U.S. District Court for the District of Utah. The clerk is unable to add you as counsel for plaintiff/defendant for one of the reasons below.

1. Attorney is in registration lapsed status.

If you do not intend to continue representing the client, it is counsel's responsibility under Local Rule 83-1.4(b) (2) to alert their client of their responsibility to secure other counsel or appear pro se within 21 days.

Gary P. Serdar, Clerk


By: Kinsella
Deputy Clerk