William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> Civil No. 2:25-cv-00792-AMA <br><br> Judge Ann Marie McIff Allen |

Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust, through counsel, and Plaintiff, Gauge Automotive, Inc., through counsel, hereby stipulate and move to extend the deadline for Defendants to respond to the Complaint from September 18, 2025, until September 30, 2025.

A proposed order is being submitted herewith for the Court's consideration.

163165215.1

| | |
|---|---|
| DATED: September 16, 2025 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By:   */s/ William S. Helfand*
      William S. Helfand
      Emily L. Rutter
      *Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

DATED: September 16, 2025    KUNZLER BEAN & ADAMSON

By:   */s/ Chad Pehrson (Signed w/permission)*
      Chad Pehrson
      Bryan B. Todd
      *Attorneys for Gauge Automotive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2025, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
KBA
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
cpehrson@kba.law
*Attorneys for Plaintiff*

                                          */s/ William S. Helfand*