# EXHIBIT A

# Proposed Order

William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> Civil No. 2:25-cv-00792-AMA <br><br> Judge Ann Marie McIff Allen |

This matter comes before the Court on Defendants BMW Financial Services NA, LLC's and Financial Services Vehicle Trust's, and Plaintiff Gauge Automotive, Inc.'s, Stipulated Motion to Extend Deadline for Defendants to Respond to Complaint.

For good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and the deadline for Defendants' responsive pleading to the Complaint is now due September 30, 2025.

163185353.1

DATED this ___ day of September 2025

                                                _____
                                                Ann Marie McIff Allen
                                                United States Judge