# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **GAUGE AUTOMOTIVE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BMW FINANCIAL SERVICES NA, LLC; and FINANCIAL SERVICES VEHICLE TRUST,**<br><br>Defendants. | **ORDER**<br><br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

District Judge Ann Marie McIff Allen referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion for an extension of the deadline for Defendants to respond to Plaintiff's complaint.[2] Based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that Defendants shall have until September 30, 2025, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

DATED this 17th day of September 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 8.

[2] ECF No. 9.