# EXHIBIT 2
# Declaration of Amy Nolan

William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **DECLARATION OF AMY NOLAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

I, Amy Nolan, under penalty of perjury state the following:

1. I am employed by BMW Financial Services NA, LLC (BMW) as the Collection Services Team Manager and I have served in this role for BMW before, during, and at all times pertaining to the events associated with the present lawsuit.

2. I am over the age of eighteen and am competent to make this Declaration.

163968304.2

3. I have personal knowledge regarding the matter set forth herein because they relate to matters in which I have been personally involved or have personally observed. I affirm that the statements contained in this Declaration are true, accurate, and complete.

4. The representations and testimony contained herein are true to the best of my own personal knowledge.

5. BMW and FSVT do not reside in Utah and have not conducted any business in Utah as it relates to the vehicle at issue in this lawsuit, namely, a 2023 Rolls-Royce Cullinan with vehicle identification number SLATV8C0XPU216487 (the "Vehicle") or any other events giving rise to Plaintiff's claims against Defendants relating to the Vehicle, other than efforts to ascertain the location of the Vehicle.

6. On December 28, 2022, Braman Motors, Inc., a Florida dealership, entered into a Motor Vehicle Lease Agreement wherein Blackfire Transport LLC, a Florida limited liability company, leased the Vehicle, which Lease was immediately assigned to Rolls-Royce Motor Cars Financial Services, a division of BMW, which then assigned the Lease to FSVT naming it as the title owner of the Vehicle.

7. On January 20, 2023, a Florida Electronic Title Document was issued naming FSVT as the sole owner and lienholder of the Vehicle.

8. On or about March 2025, BMW and FSVT received records demonstrating that the Vehicle's Florida title had been fraudulently re-titled, removing FSVT as the singular owner and lienholder from the title chain, despite FSVT being owed hundreds of thousands of dollars and losing the ability to repossess its own collateral.

9. The residual balance due and owing on the Vehicle under the Lease is $207,000.00 with the current payoff purchase amount at $303,014.16.

10. BMW and FSVT conducted an investigation which revealed that a fraudster created a fake Florida title listing an individual, Manuel Calderon, as the registered owner, having removed the references to FSVT. Thereafter, it appears the New York DMV relied on the fake Florida title to issue a New York title listing Steven J. Calderon as the registered owner. Both fraudulent titles were free and clear of any liens or encumbrances despite FSVT's continued ownership of the Vehicle. It appears that Steven J. Calderon then sold the Vehicle to Gauge Automotive Group, A Utah corporation, on or about March 4, 2025, which appears to have then sold the Vehicle to Florida Performance Cars, LLC, ("FPC") a Florida limited liability company, who consequently possessed the Vehicle in Florida.

11. Once BMW and FSVT located the Vehicle in Florida, BMW and FSVT gave FPC formal notice that: (1) FSVT remains the only lawful and record titleholder of the Vehicle; and (2) the Vehicle had been unlawfully and fraudulently retitled, removing FSVT's ownership.

12. I have seen correspondence from the Florida Department of Highway Safety and Motor Vehicles Master Trooper/Investigator Jessica Jimenez who commented on the fraudulent Florida title as "Definitely a fraudulent Florida title . . . . They didn't even try to make it look legit."

13. The Lease was entered into in Florida, and provides that it is subject to Florida law. Legal and lawful title to the Vehicle (naming FSVT as the owner) issued from the Florida DMV. A fraudulent Florida title was used to generate a fraudulent New York title. The Vehicle was being sold in Florida when BMW/FSVT discovered the title fraud. BMW/FSVT engaged counsel to notify

the Florida company FPC of the unlawful title activities and to demand return of the Vehicle. FPC made promises in Florida to BMW/FSVT that FPC would return the Vehicle to BMW/FSVT. FPC filed a lawsuit against Gauge in Florida relative to the title fraud, in which lawsuit BMW/FSVT moved to intervene to protect their interests. The Vehicle was located in Florida when FPC notified Gauge of the unlawful title fraud. Upon information and belief, the witnesses to the events described above reside and/or work in Florida.

14. I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge under 28 U.S.C. § 1746,

DATED: September 30, 2025

By: _____

163968304.2

4