# EXHIBIT 3

# Declaration of Steven Forry

William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **DECLARATION OF STEVEN FORRY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

I, Steven Forry, aunder penalty of perjury state the following:

1. I am employed as Corporate Counsel supporting BMW Financial Services NA, LLC and I have served in this role before, during, and at all times pertaining to the events associated with the present lawsuit.

2. I am over the age of eighteen and am competent to make this Declaration.

163968304.2

3. I have personal knowledge regarding the matter set forth herein because they relate to matters in which I have been personally involved or have personally observed. I affirm that the statements contained in this Declaration are true, accurate, and complete.

4. The representations and testimony contained herein are true to the best of my own personal knowledge.

5. BMW Financial Services NA, LLC ("BMW") is a Delaware limited liability company; its sole member is BMW North America, LLC. BMW North America, LLC is a Delaware limited liability company; its sole member is BMW (US) Holding Corporation. BMW (US) Holding Company is a Delaware corporation headquartered in New Jersey. BMW North America, LLC therefore is a citizen of Delaware and New Jersey. BMW Financial Services NA, LLC is therefore a citizen of Delaware and New Jersey.

6. Financial Services Vehicle Trust ("FSVT") is a Delaware statutory trust, with one Beneficiary: BMW Manufacturing LP. BMW Manufacturing LP is an Indiana limited partnership with two partners: (1) BMW Financial Services NA, LLC, a citizen of Delaware and New Jersey as explained above, and (2) BMW Facility Partners, LLC a Delaware limited liability company with a single member: BMW Financial Services NA, LLC, a citizen of Delaware and New Jersey as explained above.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge under 28 U.S.C. § 1746,

DATED: September 30, 2025

By: _____
Steven Forry