# EXHIBIT A



William S. Helfand
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Bill.Helfand@lewisbrisbois.com
Direct: 801.251.7362

Emily L. Rutter
Emily.Rutter@lewisbrisbois.com
Direct: 801.251.7433

October 3, 2025

File No. 58260.1

**VIA ELECTRONIC MAIL ONLY**

Chad Pehrson
KBA
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
E-Mail: cpehrson@kba.law

      Re:   ***Gauge Automotive, Inc. v BMW Financial Services NA, LLC, et al.***
             Case No. 2:25-cv-00792-AMA-JCB

Dear Chad:

    It was a pleasure meeting you at today's pretrial conference before Judge Allen. This letter is to reiterate BMW's amenability to a make an agreement under which your client may sell the Roll-Royce, so long as the sale is conducted in accordance with terms we can discuss, including sale in a commercially reasonable manner. The funds of the sale would then need to be deposited with either the Utah or Florida court for the duration of the action and until the court orders distribution. We hope your client will see the wisdom of this approach.

    It is our understanding Gauge has a potential buyer at $325,000. BMW does not approve of this sale at this time, as it does not know to whom it is being sold, nor the agreement for the sale. If Gauge continues down this path to sell the subject vehicle without prior agreement and input from BMW or under terms the Court may order in the absence of an agreement, Gauge should certainly notify any purchaser that (1) BMW is the owner of the vehicle regardless of any claims of subsequent titles; (2) there are two lawsuits pending that my subject a purchaser to surrender of the vehicle and in which any purchaser will necessarily be added as a party; and (3) the vehicle remains subject to repossession by BMW under the valid lease agreement.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

164482227.1

Chad Pehrson
October 3, 2025
Page 2

      Moreover, if Gauge sells the subject vehicle without BMW's approval or a court order, Gauge may be subject to sanctions for spoliation of the evidence that is the subject of the lawsuits and the condition of which bears on the parties' claims.

      We can come to a mutual agreement for a commercially reasonable sale of the vehicle deposit of the proceeds with the court pending resolution of all claims. Please let us know before **Noon (MDT) on October 6, 2025**, if your client is willing to maintain and not sell the Vehicle while we work together to make such an agreement.

      If your client is unwilling to proceed in this manner or we don't hear from you, we will have not choice but to file a request for a temporary restraining order in one or both lawsuits to protect our clients from the irreparable such a unilateral sale would cause our clients.

      Please give this important issue your most prompt attention.

      Sincerely,

      William S. Helfand
      Emily L. Rutter of
      LEWIS BRISBOIS BISGAARD & SMITH LLP

ELR: