# EXHIBIT B

**Rutter, Emily**

---

| | |
|---|---|
| **From:** | Chad Pehrson <cpehrson@kba.law> |
| **Sent:** | Friday, October 3, 2025 5:03 PM |
| **To:** | Helfand, Bill |
| **Cc:** | Rutter, Emily |
| **Subject:** | Re: URGENT Gauge - 10-03-25 Ltr. e_ vehicle sale and potential TRO(164482227.1) |

> EXTERNAL

As you know, we disagree sharply with your position communicated below.

I'm not aware of any grounds for either urgency or irreparable harm. But as with the rest of the case, Gauge will aggressively litigate these and all other issues.

Best,

Chad

---

**From:** Helfand, Bill <Bill.Helfand@lewisbrisbois.com>
**Sent:** Friday, October 3, 2025 4:58 PM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Rutter, Emily <Emily.Rutter@lewisbrisbois.com>
**Subject:** Re: URGENT Gauge - 10-03-25 Ltr. e_ vehicle sale and potential TRO(164482227.1)

- EXTERNAL EMAIL -
Chad,

I appreciate the promptness if not the substance of your response.

BMW is the owner of the vehicle since the time it was sold by the dealer to BMW and it is today.

Your client claims to have a subsequent title that authorizes your client to possess and even sell the vehicle. The validity of that title it's still subject to resolution by a court, if not agreement. Until then, BMW is the owner of the vehicle.

That gives BMW significant legal standing to object to further sale of the vehicle without its consent.

Although not explicitly stated by you, I interpret your email to say that your client will not agree to what the court and BMW have proposed.

We will file a request for a temporary restraining order promptly.

In the meantime, and as I explained in the letter, any purchaser of the vehicle will be subject to, at the very least, litigation and the vehicle remains subject to repossession by BMW, its lawful owner.

Bill

1

**Bill Helfand**
**Partner**
Lewis, Brisbois, Bisgaard & Smith
Houston and Salt Lake City
832.460.4614 Direct

---

**From:** Chad Pehrson <cpehrson@kba.law>
**Sent:** Friday, October 3, 2025 5:29:06 PM
**To:** Helfand, Bill <Bill.Helfand@lewisbrisbois.com>
**Cc:** Rutter, Emily <Emily.Rutter@lewisbrisbois.com>
**Subject:** Re: URGENT Gauge - 10-03-25 Ltr. e_ vehicle sale and potential TRO(164482227.1)

> EXTERNAL

Bill,

Respectfully, I'm not aware of any legal grounds for BMW to object to a sale, and your letter does not state any. BMW has already improperly interfered with Gauge's business endeavors, at substantial expense to Gauge. BMW's actions have turned a problem of a certain size into a problem of a larger size, and the proposals in your letter would further exacerbate that issue.

Gauge owns title to the Vehicle. Separately, selling the Vehicle is in your client's best interests as well. Your client will still have all of its remedies against Gauge.

If you have a specific proposal, I'm happy to convey one to my client.

Best Regards,

Chad

---

**From:** Helfand, Bill <Bill.Helfand@lewisbrisbois.com>
**Sent:** Friday, October 3, 2025 4:22 PM
**To:** Chad Pehrson <cpehrson@kba.law>
**Cc:** Rutter, Emily <Emily.Rutter@lewisbrisbois.com>
**Subject:** URGENT Gauge - 10-03-25 Ltr. e_ vehicle sale and potential TRO(164482227.1)

- EXTERNAL EMAIL -
Chad,

Please see the attached letter and respond to me and Emily right away.

Thank you,

Bill

**Bill Helfand**
**Partner**
Lewis, Brisbois, Bisgaard & Smith
Salt Lake City and Houston
801.251.7362 or 8017362

2