# EXHIBIT C





| | |
|---|---|
| City: 12 * | Hwy: 19 * |



*Actual rating will vary with options, driving conditions, habits and vehicle condition.

$337,980

## 2023 ROLLS-ROYCE CULLINAN Black Badge

| | | | |
|---|---|---|---|
| Stock#: | pu216487 | Mileage: | 9,191 |
| Exterior: | Arctic White | Interior: | Grace White |
| Transmission: | AUTOMATIC | Engine: | 6.7L V12 Turbo |
| VIN #: | SLATV8C0XPU216487 | Body Style: | SUV |
| Doors: | 4 | Drive Type: | REAR WHEEL DRIVE |
| Fuel Type: | GASOLINE | Condition: | Used |
| Warranty: | Contact Dealership | | |

Options and Features Description

- A/C Front
- Alloy Wheels
- CD Player
- Anti-Lock Brakes
- Driver Air Bag
- Dual Climate Controls
- Entertainment System
- Heated Front Seats
- Leather Interior
- Leather Seats
- Power Mirrors
- Power Seats
- Power Steering
- Power Windows
- Side Air Bag
- Tilt Wheel
- CD Changer
- Traction Control
- MP3 Player
- Panoramic Roof
- Rear Parking Aid
- Chrome Wheels
- Backup Camera
- Rear Entertainment
- Keyless Entry
- Bluetooth Capable
- Passenger Air Bag
- HID headlights
- Rear Air Bags

- Power Door Locks
- Navigation
- Cruise Control
- AM/FM Stereo
- Memory Seat
- All Wheel Drive
- A/C Rear
- Heat/AC
- DVD NAV Sys
- Auxiliary Audio Input
- Multi-Zone A/C
- Steering Wheel Audio Controls
- Rain Sensing Wipers
- Brake Assist
- Heated Seats
- surround view camera
- Push Start
- Adaptive Cruise Control
- Adaptive front lighting system (AFS)
- Adaptive Cruise Control
- Blind Spot Monitor
- Apple CarPlay

2023 ROLLS-ROYCE CULLINAN Black Badge with powerful 6.7L V12 Turbo engine and driven only 9191 miles! Fully loaded with panoramic sunroof, shooting star headliner, massage seats front and rear, immersive seating with centre console, dark chrome spirit of ecstasy, rear console fridge, rear entertainment and controls, two keys, night vision, heads up display and much more! CARFAX CERTIFIED**FINANCING AVAILABLE** Contact our Sales at 801-265-9058.

The **2023 ROLLS-ROYCE CULLINAN Black Badge** is the pinnacle of luxury SUVs, blending unmatched elegance with powerful performance for those who demand the best. Available at **Secured Auto Group** in Salt Lake, this vehicle stands out in the world of **Used cars Salt Lake City** with its sleek blacked-out design and superior craftsmanship. As a top choice from a reputable **used car dealership**, the **ROLLS-ROYCE CULLINAN Black Badge** offers a twin-turbo V-12 engine that delivers around 592 horsepower, making it both smooth and speedy on the road. Whether you're cruising city streets or heading out on a long drive, this SUV provides a whisper-quiet ride that feels like floating on air, perfect for families or executives looking for comfort without compromise.

Inside the **2023 ROLLS-ROYCE CULLINAN Black Badge**, you'll find a cabin that's like a high-end lounge on wheels, with plush leather seats, wood accents, and tech that makes every trip enjoyable. At **Secured Auto Group**, we highlight how this model from our **used car dealership** inventory in **Used cars Salt Lake City** includes features like a starlight headliner that mimics a night sky, and suicide doors that open wide for easy entry. The all-wheel-drive system ensures it handles any weather with ease, while the spacious interior seats five comfortably and offers plenty of cargo room for gear or shopping hauls.

Performance-wise, the **ROLLS-ROYCE CULLINAN Black Badge** accelerates from 0 to 60 mph in under 5 seconds, impressive for a vehicle weighing over 6,000 pounds. Shoppers at **Secured Auto Group** in Salt Lake appreciate how this **2023 ROLLS-ROYCE CULLINAN Black Badge** combines raw power with refined handling, thanks to its 8-speed automatic transmission and advanced suspension. It's not just a car; it's a statement of success, ideal for those browsing **Used cars Salt Lake City** at a trusted **used car dealership** like ours.

For safety and convenience, the **2023 ROLLS-ROYCE CULLINAN Black Badge** comes loaded with modern aids like adaptive cruise control, night vision, and a premium sound system that turns drives into concerts. At **Secured Auto Group**, we make sure every **ROLLS-ROYCE CULLINAN Black Badge** in our **used car dealership** lineup is inspected thoroughly, giving buyers peace of mind in **Used cars Salt Lake City**. This SUV's fuel economy hovers around 14 mpg combined, but the luxury it provides makes every mile worth it.

If you're ready to elevate your driving experience, visit **Secured Auto Group** in Salt Lake to check out the **2023 ROLLS-ROYCE CULLINAN Black Badge**. Here's a quick bulleted list of its important key features:

- **Powerful Engine**: Twin-turbo 6.75-liter V-12 with 592 horsepower and massive torque for quick acceleration.
- **Luxury Interior**: Hand-stitched leather, customizable options, and a starlight roof liner for a magical feel.
- **Advanced Tech**: Touchscreen infotainment, high-end audio, and driver assists like parking sensors and cameras.
- **Off-Road Capability**: All-wheel drive and air suspension that smooths out bumps and handles light trails.
- **Exclusive Styling**: Black Badge accents with darkened chrome, unique wheels, and a bold presence on the road.

## What Makes the 2023 ROLLS-ROYCE CULLINAN Black Badge Stand Out Among Used Vehicles in Salt Lake City

In the bustling market of used vehicles in Salt Lake City, the 2023 Rolls-Royce Cullinan Black Badge emerges as a true standout, offering a level of opulence and performance that eclipses typical pre-owned cars or trucks. While many used SUVs focus on practicality or fuel efficiency, this Rolls-Royce model prioritizes sheer luxury, with its handcrafted interior featuring supple leather, intricate wood veneers, and even a customizable starlight headliner that turns the cabin into a starry night. In a city where winters can be harsh and roads varied, its all-wheel-drive system and adaptive air suspension provide effortless handling, making it more versatile than high-end sedans or basic crossovers commonly found on local lots.

What truly sets the Cullinan Black Badge apart is its enhanced Black Badge treatment, which amps up the power to about 592 horsepower from a silky-smooth V-12 engine, allowing it to sprint from 0 to 60 mph in under 5 seconds—remarkable for such a hefty luxury beast. Unlike the average used vehicle in Salt Lake City, which might come from everyday brands like Toyota or Ford, this Rolls-Royce boasts exclusive styling with blackened exterior elements, 22-inch wheels, and a menacing yet elegant grille that turns heads at every stoplight. Dealerships here often stock reliable but ordinary options; however, the Cullinan delivers bespoke features like rear picnic tables, champagne coolers, and suicide doors, turning routine commutes into indulgent experiences.

Safety and technology further elevate it above the competition in the used market. Equipped with cutting-edge aids such as night vision cameras, 360-degree parking views, and adaptive headlights, it offers peace of mind that's rare in older or mid-tier used cars around Salt Lake City. Its build quality ensures longevity, backed by Rolls-Royce's unlimited-mileage warranty for the first four years, which carries over to used buyers. In a region where outdoor adventures are popular, the Cullinan's generous cargo space and off-road modes make it surprisingly capable for weekend getaways to the mountains, blending urban sophistication with subtle ruggedness.

Economically, while it may not be the most frugal with around 14 mpg combined, the Cullinan Black Badge represents smart value in the luxury segment of used vehicles. In Salt Lake City, where the used car scene includes everything from economy hatchbacks to work trucks, this model holds its value exceptionally well due to its rarity and prestige. Owning one isn't just about transportation; it's about status and enjoyment, with

a ride so quiet and comfortable that it feels like a private jet on wheels. For those tired of blending in with the crowd, the 2023 Rolls-Royce Cullinan Black Badge redefines what a used vehicle can be—timeless, powerful, and utterly unique.

NEITHER THE DEALERSHIP NOR DEALERSCLOUD.COM IS RESPONSIBLE FOR TYPOGRAPHICAL ERRORS, MISPRINTS ON PRICES OR EQUIPMENT. ONLINE PRICES REFLECTS REBATES & DISCOUNTS. SPECIAL INTERNET PRICING IS BASED ON ONE TIME PAYMENT OF CASH, CERTIFIED FUNDS, MONEY ORDER AND EFT's. TOTAL PRICES ON VEHICLES FINANCED MAY VARY. WE FINANCE PEOPLE WITH ALL TYPES OF CREDIT.

powered by Dealers Cloud © 2025

