# EXHIBIT A

---

This portion of the report contains information from Dun & Bradstreet, Inc.
Copyright 2004 Dun & Bradstreet, Inc. All rights reserved.

**Business Information from Dun & Bradstreet:**

**Dun & Bradstreet Record**

Business Name: **Gauge Automotive Inc.**
Duns Number: **117600870**
Address: **332 E 3300 S STE 200, SOUTH SALT LAKE, UT 84115-4111**
Phone: **801-823-4358**
Year Started: **2020**
Annual Sales: **$100,000**
Sales Revision Date: **06/07/2025**
Employees Total: **2**
Line of Business: **Ret Misc Vehicles**
Primary SIC: **Automotive dealers, nec, nsk**
Secondary SIC(s):
    **Automotive dealers, nec, nsk**
Establishment Type: **Single Location**
Small Business Flag: **Yes**
Minority Owned: **No**
Foreign Owned: **No**
Structure Type: **Corporation**
Public: **No**