# EXHIBIT B

William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **DECLARATION OF STEVE FORRY IN SUPPORT OF COUNTERCLAIMANTS' ALTERNATIVE RULE 64 MOTION FOR PREJUDGMENT ATTACHMENT** <br><br> Civil No. 2:25-cv-00792-AMA-JCB <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Jared C. Bennett |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> GAUGE AUTOMOTIVE, INC., <br><br> Counterclaim Defendant. | |

164897636.2

I, Steve Forry, under penalty of perjury state the following:

1. I am employed as Corporate Counsel supporting BMW Financial Services NA, LLC ("BMW FS") and Financial Services Vehicle Trust ("FSVT") and I have served in this role before, during, and at all times pertaining to the events associated with the present lawsuit.

2. I am over the age of eighteen and am competent to make this Declaration.

3. I have personal knowledge regarding the matter set forth herein because they relate to matters in which I have been personally involved or have personally observed. I affirm that the statements contained in this Declaration are true, accurate, and complete.

4. FSVT is the title owner of a 2023 Rolls Royce Black Badge Cullinan, bearing vehicle identification number SLATV8C0XPU216487 (the "Vehicle") under a Florida Lease Agreement signed by lessee Blackfire Transport LLC and personally guaranteed by Alfred Davis. FSVT has never authorized a sale, transfer, re-title of this Vehicle since FSVT took assignment of the Vehicle from the original dealer, Braman Motors, Inc.

5. Gauge Automotive, Inc., located at 332 E. 3300 S. Salt Lake City, Utah 84115, claims an interest in the Vehicle, through a series of purchases beginning with a fraudulent lien release. To my knowledge, Gauge did not obtain the Vehicle by seizure under a writ.

6. The last location of the Vehicle of which BMW FS had knowledge was at Secured Auto Group, 4339 S. State Street, Salt Lake City, Utah 84107, where it was listed for sale at $337,980.00.

7. I am informed that Gauge's counsel informed the Court that Gauge either has the Vehicle, has sold the Vehicle, or is attempting to make an immediate sale of the Vehicle.

164897636.2

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge under 28 U.S.C. § 1746,

DATED: October 10, 2025

By: _____
Steve Forry (10/10/2025 09:20:30 EDT)
Steve Forry