CHAD PEHRSON (12622)
KBA
50 West Broadway
Salt Lake City, UT 84101
(801) 994-4646
CPEHRSON@KBA.LAW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| **GAUGE AUTOMOTIVE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BMW FINANCIAL SERVICES NA, LLC** and<br><br>**FINANCIAL SERVICES VEHICLE TRUST,**<br><br>Defendants. | **PLAINTIFF GAUGE'S STATUS REPORT**<br><br>Case No. 2:25-cv-00792<br><br>Judge Ann Marie McIff Allen<br><br>**Jury Demanded** |

Pursuant to the Court's October 8, 2025 Docket Text Order, Plaintiff Gauge Automotive, Inc. ("Gauge") submits this separate status report regarding its efforts to reach a stipulated arrangement.

1. Following the Court's directive at the October 3, 2025 pretrial conference, counsel for Gauge engaged in communications with counsel for Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust (collectively, "BMW") regarding the possibility of a jointly agreed procedure for sale or escrow of the Vehicle or proceeds.

2. Gauge informed BMW that it had secured a buyer for the Vehicle and either had already proceeded or intended to proceed with a good-faith arms-length sale to a licensed Utah dealer for $325,000. BMW objected to this transaction and proposed instead that Gauge

    not proceed with the sale unless it agreed to escrow the proceeds pending final judgment.

3. Gauge rejected this proposal, consistent with its position on the merits, including that no constructive trust or restraint is warranted on its unrestricted use of the sale proceeds.

4. Gauge did not receive any counterproposal from BMW following this exchange, nor did BMW express willingness to consent to any sale on reasonable commercial terms.

5. As of this filing, Gauge has completed the sale of the Vehicle to a licensed Utah dealership. Proceeds have not been escrowed.

6. Gauge opposes BMW's recently filed motion for TRO and other relief, and will file an opposition memorandum within the time allotted under the Rules or as otherwise ordered by the Court.

7. Pursuant to the Court's order expediting briefing on BMW's pending motion to dismiss, Gauge anticipates filing an opposition brief on October 14, 2025.

8. Gauge is not opposed to expedited discovery, an expedited trial, an expedited Rule 57 Hearing, or any other prudent case management procedures tailored to this individual case, including some of what was proposed in Defendants' status report.

Dated: October 8, 2025                      Respectfully Submitted,

                                               By: */s/ Chad S. Pehrson*

                                                Chad S. Pehrson Esq.
                                                Counsel for Plaintiffs