William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com
Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>       Defendants. | **NOTICE OF WITHDRAWAL OF BMW FINANCIAL SERVICES NA, LLC'S and FINANCIAL SERVICES VEHICLE TRUST'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>       Counterclaimants,<br><br>v.<br><br>GAUGE AUTOMOTIVE, INC.,<br><br>       Counter-Defendant. | |

165253851.3

Defendants, BMW Financial Services NA, LLC and Financial Services Vehicle Trust withdraw and do not wish to pursue Defendants' motion to dismiss under Rule 12(b)(3), or in the alternative to transfer venue, dated September 30, 2025 [Dkt 11].

DATED: October 17, 2025  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ William S. Helfand
William S. Helfand
Emily L. Rutter
*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2025, I caused a true and correct copy of the foregoing to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
KBA
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
cpehrson@kba.law
*Attorneys for Plaintiff*

/s/ William S. Helfand

165253851.3