# EXHIBIT A

# Proposed Order

William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **[PROPOSED] ORDER ON COUNTERCLAIMANT'S MOTION FOR TRO, PRELIMINARY INJUNCTION, OR IN THE ALTERNATIVE RULE 64 MOTION FOR ATTACHMENT REQUESTING EX PARTE ENTRY OF TEMPORARY RESTRAINING ORDER OR ATTACHMENT**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Counterclaimants,<br><br>v.<br><br>GAUGE AUTOMOTIVE, INC.,<br><br>Counter-Defendant. | |

165336359.1

Before the Court is Counterclaimant's Motion For Temporary Restraining Order, Preliminary Injunction, or in the Alternative Rule 64 Motion for Attachment Requesting Ex Parte Entry of Temporary Restraining Order or Attachment or Expedited Consideration of Same (Dkt. 19 & 25). Having reviewed the motion, supporting memorandum, and exhibits, and having determined that Counterclaimants have demonstrated (1) a likelihood of success on the merits, (2) irreparable harm in the absence of relief, (3) that the balance of equities tips in his favor, and (4) that the injunction is in the public interest, the court finds good cause of Fed. R. Civ. P. 65 and here by ORDERS:

1. **Temporary Restraining Order**

Plaintiff and Counter-Defendant Gauge Automotive, Inc., is hereby ordered to (1) deposit with the Court the sales proceeds of the subject Vehicle—as substitute for the Vehicle; and (2) provide expedited discovery in the form of ten interrogatories, fifteen requests for production, and a deposition of no more than four hours of a corporate representative for Gauge so the parties may prepare for a prompt hearing on preliminary injunction.

2. **Order to Show Cause**

Plaintiff and Counter-Defendant is hereby ORDERED TO SHOW CAUSE why a temporary restraining order and preliminary injunction should not issue extending the requested relief through the duration of this litigation. A hearing is set for _____, 2025, at: _____ in Courtroom _____, unless otherwise modified by the Court.

165336359.1

2

**IT IS SOR ORDERED.**

DATED: _____, 2025           :

                                         BY THE COURT

                                         _____
                                         Hon. Ann Marie McIff Allen
                                         United State District Judge