# EXHIBIT A

William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>     Defendants. | **[PROPOSED] ORDER ON COUNTERCLAIMANTS' MOTION FOR EX PARTE ORDER REQUIRING EXPEDITED DISCLOSURE**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>     Counterclaimants,<br><br>v.<br><br>GAUGE AUTOMOTIVE, INC.,<br><br>     Counter-Defendant. | |

165453726.3

Before the Court is Counterclaimant's motion for an ex parte order requiring expedited disclosure. Having reviewed the motion and supporting memorandum and having determined that Counterclaimants have demonstrated the requisite reasonableness, the court finds good cause in accordance with Fed. R. Civ. P. 65 and consistent with its authority under Rule 16(c), and hereby ORDERS:

Plaintiff and Counter-Defendant Gauge Automotive, Inc., must produce to Counterclaimants all documents and things containing information related to Gauge's sale of the subject Vehicle after October 1, 2025, including the purchase agreement document(s), along with the name(s), address(es), and contact information for all parties and any contracts and agreements between those parties.

**IT IS SOR ORDERED.**

DATED: _____, 2025       :

BY THE COURT

_____
Hon. Ann Marie McIff Allen
United State District Judge

165453726.3