Chad Pehrson (12622)
**KBA**
50 West Broadway
Salt Lake City, UT 84101
(801) 994-4646
cpehrson@kba.law

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **GAUGE AUTOMOTIVE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BMW FINANCIAL SERVICES NA, LLC** and<br><br>**FINANCIAL SERVICES VEHICLE TRUST,**<br><br>Defendants. | **PLAINTIFF GAUAGE AUTOMOTIVE, INC.'s STATUS REPORT REQUESTED 10/22/25**<br><br>Case No. 2:25-cv-00792<br><br>Judge Ann Marie McIff Allen<br><br>**Jury Demanded** |

Pursuant to the Court's October 8, 2025 Docket Text Order, Plaintiff Gauge Automotive, Inc. ("**Gauge**") submits this separate status report regarding the Court's request that it file a disclosure of "identifying to whom it sold the Vehicle described in the Complaint (including an address and other known contact information), when the sale occurred, and where Gauge delivered the Vehicle as a result of that sale." Gauge states as follows: The Vehicle was sold to Secured Auto Group and delivered to Secured Auto Group at 4339 S State Street, Murray, UT 84107. The sale was finalized on or about October 7, 2025.

Dated: October 22, 2025         Respectfully Submitted,

By: */s/ Chad Pehrson*
Chad Pehrson Esq.
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2025, I caused a true and correct copy of the foregoing **PLAINTIFF GAUAGE AUTOMOTIVE, INC.'s STATUS REPORT REQUESTED 10/22/25** to be electronically filed through the Court's CM/ECF system, which effectuated service on all counsel of record.

*/s/Chad Pehrson*