William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>        Defendants. | **DEFENDANTS' AND COUNTERCLAIMANTS' STATUS REPORT IN ACCORDANCE WITH ORDER DKT. 29**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>        Counterclaimants,<br><br>v.<br><br>GAUGE AUTOMOTIVE, INC.,<br><br>        Counter-Defendant. | |

Defendants/Counterclaimants BMW Financial Services NA, LLC and Financial Services Vehicle Trust (collectively "BMW"), submit the following status report in accordance with the Court's October 21, 2025 Order. (Dkt. 29).

As the Court is aware, after Gauge encouraged JR Auto Collection, LLC d/b/a Florida Performance Cars, ("FPC") to abandon a lawsuit in Florida that would have resolved all issues between the parties in the suit here as well as all parties in the present lawsuits in this court and Florida, BMW filed suit in Florida state court against Gauge Automotive, Inc. along with other defendants FPC, Blackfire Transport, LLC, Alfred Davis, and Florida Highway Safety and Motor Vehicles ("FHSMV").[1] BMW has attempted service in the Florida lawsuit on Blackfire and Mr. Davis but has thus far been unable to serve either. The service deadline for these defendants is currently set for December 5, 2025. BMW will likely move to extend that deadline or request substituted service.

Notably, FPC and Gauge are represented by the same Florida attorney in the Florida Action.[2] On October 14, 2025, Gauge and FPC filed a joint motion to dismiss for lack of jurisdiction, and motion to stay the Florida suit until the Utah case is concluded.[3] The Florida court has scheduled a hearing on January 16, 2026, on Gauge's and FPC's joint motion.

In the interim, because Gauge and FPC conducted tens, if not hundreds, of car sales in Florida, including the transaction at issue in the instant case, and Gauge and FPC filed the motion

---

[1] A copy of the Florida Lawsuit can be found at Dkt. 11-1.

[2] *See* Exhibit A – Gauge's and FPC's joint motion to dismiss or alternatively, stay the Florida Action.

[3] *Id.*

165589846.2

2

to dismiss together as a joint motion, BMW is propounding discovery upon Gauge and FPC to timely respond to Gauge's and FPC's joint motion.

Counterclaimants are investigating the issue, but Counterclaimants have not identified facts supporting personal jurisdiction in Utah over any other defendant in the Florida lawsuit. Therefore, BMW presently expects they will be required to litigate the Florida Action.

DATED: October 23, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       By:  */s/* William S. Helfand
                                            William S. Helfand
                                            Emily L. Rutter
                                            *Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2025, I caused a true and correct copy of the foregoing **DEFENDANTS' AND COUNTERCLAIMANTS' STATUS REPORT IN ACCORDANCE WITH ORDER DKT. 29** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
KBA
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
cpehrson@kba.law
*Attorneys for Plaintiff*

                                       */s/* William S. Helfand

165589846.2