# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Gauge Automotive, Inc.,<br><br>**Plaintiff,**<br><br>vs.<br><br>BMW Financial Service NA, LLC and Financial Service Vehicle Trust,<br><br>**Defendant.** | Case No.   2:25-cv-00792-AMA |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒  Attorney:   Chad Pehrson

☒  Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| October 3, 2025 | Pretrial Conference |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:   October 24, 2025            Michelle B. Gonsalves
                                    Court Reporter