# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Gauge Automotive, Inc., <br><br>             **Plaintiff,** <br><br> vs. <br><br> BMW Financial Service NA, LLC and Financial Service Vehicle Trust, <br><br>             **Defendant.** | Case No.   2:25-cv-00792-AMA |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒  Attorney:    William S. Helfand

☒  Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| October 3, 2025 | Pretrial Conference |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:   October 24, 2025                      Michelle B. Gonsalves

                                                                Court Reporter