William S. Helfand, #16686
Emily L. Rutter, #20000
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Emily.Rutter@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>    Defendants. | **NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND PRODUCTION OF DOCUMENTS**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>    Counterclaimants,<br><br>v.<br><br>GAUGE AUTOMOTIVE, INC.,<br><br>    Counter-Defendant. | |

166008579.1

PLEASE TAKE NOTICE, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Defendants/Counterclaimants, BMW Financial Services NA, LLC and Financial Services Vehicle Trust ("BMW"), by and through their counsel, Lewis Brisbois Bisgaard & Smith, LLP, intends to serve a Subpoena to Testify at a Deposition in a Civil Action (the "Subpoena"), attached hereto and incorporated herein as **Exhibit A**, upon SECURED AUTO GROUP, LLC.

BMW will provide copies of all documents obtained in response to the Subpoena upon written request and the payment of reasonable copying costs.

DATED: October 31, 2025            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ William S. Helfand*
William S. Helfand
Emily L. Rutter
*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2025, I caused a true and correct copy of the foregoing **NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND PRODUCTION OF DOCUMENTS** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
KBA
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
cpehrson@kba.law
*Attorneys for Plaintiff*

                                       */s/ Cynthia Worne*