# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| Gauge Automotive, | | |
| | Plaintiff(s), | Case No. 2:25-cv-792 |
| vs. | | |
| BMW, | | |
| | Defendant(s). | |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: Bill Helfand

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 10/16/25 | Status Conference |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:   November 26, 2025            Michelle Mallonee
                                      Court Reporter