Chad Pehrson (12622)
**KNH**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and <br><br> FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** <br><br> Case No. 2:25-cv-00792 <br><br> Judge Ann Marie McIff Allen <br><br> **Jury Demanded** |

**PLEASE TAKE NOTICE** that with respect to the above-captioned matter, effective January 1, 2026, Mr. Pherson is now affiliated with the KNH law firm. Please update his address and contact information in the Court's records as follows:

Chad Pehrson
**KNH**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law

DATED: January 1, 2026.

**KNH**

*/s/Chad Pehrson*
Chad Pehrson
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, I filed a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** via the Court's electronic filing system, which effectuated service on all parties of record.

*/s/Andrea Coats*