# EXHIBIT A



## WHOLESALE AGREEMENT

**Invoice #:** 11235

**Invoice Date:** 2025-09-16

| Seller | Gauge Automotive | Buyer | Secured Auto Group |
|---|---|---|---|
| Address | 332 E 3300 S | Address | 4339 S State Street |
| City, State, Zip | Salt Lake City UT 84115 | City, State, Zip | Murray, UT 84107 |
| Phone Number | 3853763666 | Phone Number | |
| Dealer Number | 305B | Dealer Number | |

| Description of Vehicle | | | |
|---|---|---|---|
| Year | Make | Model | Color |
| 2023 | Rolls-Royce | Cullinan | |

| VIN | SLATV8C0XPU216487 |
|---|---|

| Current Title Status: | ☑ **In hand** - will be mailed in 2-3 business days | ☐ **Bank** - Gauge will pay off lien holder |
|---|---|---|

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete, or providing a false statement may result in fines and/or imprisonment.

I, __Whitney Olson_____, state that the odometer reading of the vehicle listed below to the best of my knowledge reflects the ACTUAL mileage of the vehicle described, unless one of the following is checked:

| | I hereby certify that to the best of my knowledge, the odometer reading reflects the amount of mileage in EXCESS of mechanical limits. |
|---|---|
| | I hereby certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY. |

9104

**Enter odometer reading (no tenths)**

This statement is for seller and buyer information only and may not be used for title transfer documentation.

| Sales Information | | | | | |
|---|---|---|---|---|---|
| Buyer Sales Tax Exemption: | | Agreed Upon Price: | $ 324000 | Remaining Balance: | $ 324000 |

Gauge Automotive Inc.
332 E 3300 S
South Salt Lake, UT  84115
+18018234358
info@stockupsolutions.com
https://www.stockupsolutions.com

**StockUP**

**INVOICE 11235**

**DATE** 09/16/2025

**DUE DATE** 09/16/2025

**BILL TO**
Eli Watson
Secured Auto Group
4339 S State Street
Murray, UT  84107

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Vehicle Purchase | SLATV8C0XPU216487 2023 Rolls-Royce Cullinan Black Badge | 1 | 324,000.00 | 324,000.00 |

Pay to:
Gauge Automotive Inc.

| | | |
|---|---|---|
| SUBTOTAL | | 324,000.00 |
| TAX | | 0.00 |
| TOTAL | | 324,000.00 |
| **TOTAL DUE** | | **$324,000.00** |

# UTAH CERTIFICATE OF TITLE

## New Title



**Title Number:** UT011833095

**Vehicle Type:** Truck  **Year:** 2023  **Make:** ROL  **Model:** CULLINAN  **Body Style:** Sport Utility
**VIN/HIN:** SLATV8C0XPU216487
**Cylinders:** 12  **Fuel:** Gasoline  **Odometer:** 9166  **Date Issued:** 08/22/2025

GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT  84115-4456

**Owner Information:**
GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT  84115-4456

**Lienholder Information:**

Vehicle History: This Utah title is not a vehicle history report. If you are buying or selling this vehicle, please visit the National Motor Title Information System (NMVTIS) website to obtain the most current history of the vehicle at https://vehiclehistory.bja.ojp.gov/nmvtis_vehiclehistory.

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

### Request For Lien Change
Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens    ☐ Issue a title showing the following as the NEW LIEN HOLDER

| LIEN RELEASE - Signature of lien holder (releasing interest) | Vehicle owner's signature requesting lien change |
| --- | --- |
| X | |
| Title of signer | New lien holder's name |
| Date | Address |
| | City    State    ZIP Code |

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

  TC-127 Rev. 03/19 CDR



C9161917



VOID IF ALTERED

**INSTRUCTIONS TO SELLER:**
Type or print the information.
NOTARY PUBLIC IS NO LONGER NEEDED. KEEP A COPY.

**INSTRUCTIONS TO BUYER:**
Type or print the information. Warning: DO NOT SIGN IF ODOMETER DISCLOSURE IS NOT COMPLETE.

## A  Assignment Of Title By Registered Owner

**Odometer Disclosure - Required**

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

**Sales/Purchase Price - Required**
Date of Sale
Sale Price $

**SELLER**

Print name of seller: **Gauge Automotive**
Print name of authorized agent selling vehicle (if different from seller name): **Whitney Olson**
Current address of seller (street, city, state and ZIP code): **332 E 3300 S STE 200 South Salt Lake UT 84115**

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment. KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.

Signature of seller (and joint seller): X **Whitney Olson**
Date of Sale

**BUYER**

Print name of new owner: **Secured Auto Group**
Street Address: **4339 S. State St.**
City: **SLC**  State: **UT**  ZIP code: **84107**

Print name of new lien holder:
Street Address:
City:  State:  ZIP code:

Signature of buyer (new owner): X
Signature of lien holder (releasing interest): X

## B  Reassignment Of Title (FOR DEALER USE ONLY)

**Odometer Disclosure - Required**

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

**Sales/Purchase Price - Required**
Date of Sale
Sale Price $

**SELLER**

Print name of seller:
Print name of authorized agent selling vehicle (if different from seller name):
Current address of seller (street, city, state and ZIP code):

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment. KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.

Signature of seller (and joint seller): X
Date of Sale

**BUYER**

Print name of new owner:
Street Address:
City:  State:  ZIP code:

Print name of new lien holder:
Street Address:
City:  State:  ZIP code:

Signature of buyer (new owner): X
Signature of lien holder (releasing interest): X

Utah Code 41-1a-701 requires the owner to remove the license plates when vehicle is sold or disposed, unless an owner has included the transfer of a license plate as part of a sale, trade, or ownership release of a vehicle.
Utah Code 41-1a-705, with limited exceptions, requires a new owner of a vehicle, vessel, or outboard motor to obtain a title in that owner's name.

## E-Sign Consent Agreement

By providing your electronic signature below, you agree to receive electronic documents and use electronic signatures in connection with your transaction. This consent is in accordance with the Electronic Signatures in Global and National Commerce Act (E-Sign Act) and, where applicable, the Uniform Electronic Transactions Act (UETA).

**Your Rights and Responsibilities:**

1. **Choice to Use Electronic Documents and Signatures:** By providing your consent, you choose to use electronic documents and intend to sign them with one or more electronic signatures. Your electronic signature has the same effect as your written ink signature.
2. **Right to Paper Documents and Signatures:** You have the right to receive documents in paper format and sign them using a written ink signature. By providing your consent, you are choosing to use electronic documents and signatures.
3. **Withdrawing Consent:** You have the right to withdraw your consent to conduct business electronically at any time during this transaction. To exercise this right, simply inform us of your decision to withdraw consent.
4. **Hardware and Software Requirements:** To access and retain electronic documents and use electronic signatures, you need a device with internet access, an email account, a PDF reader, and a printer or storage device for saving the documents for your records.

**By signing below, you:**

- Acknowledge that you have read and understand the terms outlined in this E-Sign Consent Agreement.
- Affirmatively consent to receive electronic documents and use electronic signatures in connection with your transaction.
- Confirm your ability to access, view, and retain electronic documents and signatures, ensuring you meet the hardware and software requirements outlined above.

_____  
Customer

10/02/2025  
_____  
Date

_____  
Co-Customer

_____  
Date

© 2023 Tap to Sign, LLC

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| ROLLS-ROYCE | CULLINAN | 2023 | SLATV8C0XPU216487 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

**WARRANTIES FOR THIS VEHICLE:**     pu216487

[X] **AS IS - NO DEALER WARRANTY**
THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[ ] **DEALER WARRANTY**

[ ] FULL WARRANTY.

[ ] LIMITED WARRANTY. The dealer will pay 0.0% of the labor and 0.0% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**              **DURATION:**

**NON-DEALER WARRANTIES FOR THIS VEHICLE:**

[ ] MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

[ ] MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

[ ] OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

[X] SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

CUSTOMER Initial _____          BUYERS GUIDE PAGE 1 OF 2 | dealerscloud.com

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
  Frame-cracks, corrective welds, or rusted through
  Dog tracks—bent or twisted frame

**Engine**
  Oil leakage, excluding normal seepage
  Cracked block or head
  Belts missing or inoperable
  Knocks or misses related to camshaft lifters and push rods
  Abnormal exhaust discharge

**Transmission & Drive Shaft**
  Improper fluid level or leakage, excluding normal seepage
  Cracked or damaged case which is visible
  Abnormal noise or vibration caused by faulty transmission or drive shaft
  Improper shifting or functioning in any gear
  Manual clutch slips or chatters

**Differential**
  Improper fluid level or leakage, excluding normal seepage
  Cracked of damaged housing which is visible
  Abnormal noise or vibration caused by faulty differential

**Cooling System**
  Leakage including radiator
  Improperly functioning water pump

**Electrical System**
  Battery leakage
  Improperly functioning alternator, generator, battery, or starter

**Fuel System**
  Visible leakage

**Inoperable Accessories**
  Gauges or warning devices
  Air conditioner
  Heater & Defroster

**Brake System**
  Failure warning light broken
  Pedal not firm under pressure (DOT spec.)
  Not enough pedal reserve (DOT spec.)
  Does not stop vehicle in straight line (DOT spec.)
  Hoses damaged
  Drum or rotor too thin (Mfgr. Specs)
  Lining or pad thickness less than 1/32 inch
  Power unit not operating or leaking
  Structural or mechanical parts damaged

**Air Bags**

**Steering System**
  Too much free play at steering wheel (DOT specs.)
  Free play in linkage more than 1/4 inch
  Steering gear binds or jams
  Front wheels aligned improperly (DOT specs.)
  Power unit belts cracked or slipping
  Power unit fluid level improper

**Suspension System**
  Ball joint seals damaged
  Structural parts bent or damaged
  Stabilizer bar disconnected
  Spring broken
  Shock absorber mounting loose
  Rubber bushings damaged or missing
  Radius rod damaged or missing
  Shock absorber leaking or functioning improperly

**Tires**
  Tread depth less than 2/32 inch
  Sizes mismatched
  Visible damage

**Wheels**
  Visible cracks, damage or repairs
  Mounting bolts loose or missing

**Exhaust System**
  Leakage
  Catalytic Converter

**I HEREBY ACKNOWLEDGE RECEIPT OF THIS BUYERS GUIDE AT THE CLOSING OF THIS SALE.**

CUSTOMER SIGNATURE _[signature]_____ DATE 10/02/2025

SECURED AUTO GROUP
DEALER NAME

4339 S STATE STREET
ADDRESS

SALT LAKE CITY

TELEPHONE                                                 EMAIL
801-265-9058                                              sales@securedautogroup.com

FOR COMPLAINTS AFTER SALE, CONTACT:

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

APPLICATION FOR ASSIGNMENT OF TITLE, CERTIFICATION AND ODOMETER DISCLOSURE

FEDERAL AND STATE LAW REQUIRE THAT THE OWNER STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP OF A VEHICLE. FAILURE TO COMPLETE A STATEMENT, OR PROVIDING A FALSE STATEMENT, MAY RESULT IN FINES AND/OR IMPRISONMENT.

Year: **2023**  Make: **ROLLS**  Model: **CULLINAN**  VIN: **SLATV8C0XPU216487**

I (we) the undersigned owner(s) hereby transfer, convey and assign all rights, title and interest to the vehicle described herein to the new owner named in the last reassignment block completed below and warrant the title to be free and clear of all encumbrances, except a lien in favor of the person identified below within that block as new lienholder, if any.

**FIRST REASSIGNMENT OF TITLE-OWNER(S) TRANSFER AND ODOMETER DISCLOSURE**

I (we) certify that on the date of this statement the odometer on the above described vehicle reads the mileage here recorded, and that to the best of my/our knowledge and belief this odometer reading (check one of the following):
( ) reflects the actual mileage for this vehicle;
( ) reflects the amount of mileage in excess of the odometer mechanical limits.
( ) is not the actual mileage for this vehicle. WARNING ODOMETER DISCREPANCY.

ODOMETER READING: **9,942** miles (no tenths)

Print Name of Owner(s)/Transferor or Company: **Secured Auto Group**
Print Name of Authorized Agent: **Joe Watson**
Address: **4339 S State St**   City: **Murray**   State: **UT**   Zip: **84107**

X [signature]

NEW OWNER:
NAME: **LUXURY AUTO COLLECTION**
ADDRESS: **9160 E DEL CAMINO DR STE B4**
CITY: **SCOTTSDALE, AZ 85258**
X [signature]

**SECOND REASSIGNMENT OF TITLE-OWNER(S) TRANSFER AND ODOMETER STATEMENT**

I (we) certify that on the date of this statement the odometer on the above described vehicle reads the mileage here recorded, and that to the best of my/our knowledge and belief this odometer reading (check one of the following):
( ) reflects the actual mileage for this vehicle;
( ) reflects the amount of mileage in excess of the odometer mechanical limits.
( ) is not the actual mileage for this vehicle. WARNING ODOMETER DISCREPANCY.

ODOMETER READING: _____ miles (no tenths)

[blank fields]

**THIRD REASSIGNMENT OF TITLE - OWNER(S) TRANSFER AND ODOMETER DISCLOSURE**

[blank fields]



Utah State Tax Commission, Division of Motor Vehicles

# Odometer Disclosure Statement

TC-891  
Rev. 11/23

dmv.utah.gov

### ▶ Section 1 - Transferor Information

Transferor's name (print last, first, middle initial, or business name)  
SECURED AUTO GROUP

| Street address | City | State | ZIP Code |
|---|---|---|---|
| 4339 S STATE STREET | SALT LAKE CITY | UT | 84107 |

### ▶ Section 2 - Vehicle Information

| Year | Make | Model |
|---|---|---|
| 2023 | ROLLS-ROYCE | CULLINAN |

| Vehicle/Hull identification number (VIN/HIN) | Body type |
|---|---|
| SLATV8C0XPU216487 | SUV |

### ▶ Section 3 - Odometer Disclosure

Federal and State law require that you furnish to the transferee a written odometer disclosure statement upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. Both the transferor and the transferee shall retain a legible copy of the odometer disclosure statement for not less than four years.

**Enter odometer reading** (no tenths): 9 9 4 2

Reading is: ☐ Miles   ☐ Kilometers  
(Kilometers will be converted to miles on the title.)

*I certify that the odometer reading (check one):*  
☒ Reflects actual mileage for this vehicle  
☐ Reflects the mileage in excess of odometer's mechanical limits  
☐ Is not the actual mileage **(Warning: Odometer discrepancy)**

Transferor's signature: X [signature]  
Date of statement: 10/02/2025

### ▶ Section 4 - Transferee Information

Transferee's name (print last, first, middle initial, or business name)

| Street address | City | State | ZIP Code |
|---|---|---|---|
| 9160 E DEL CAMINO DR STE B4 | SCOTTSDALE | AZ | 85258 |

Transferee's signature: X [signature]  
Date of statement: 10/02/2025

# DEALER WHOLESALE

Date: 10/02/2025

**SELLER** SECURED AUTO GROUP  
**ADDRESS** 4339 S STATE STREET SALT LAKE CITY, UT 84107  
**CITY, STATE, ZIP**  
**PHONE** 801-265-9058  
**DEALER NO.**

**BUYER** LUXURY AUTO COLLECTION, LLC  
**ADDRESS** 9160 E DEL CAMINO DR STE B4  
**CITY, STATE, ZIP** SCOTTSDALE, AZ, 85258  
**PHONE**  
**DEALER NO.**

## DESCRIPTION OF WHOLESALE VEHICLE

| Year | Make | Model | Body Style | Color | Stock # |
|---|---|---|---|---|---|
| 2023 | ROLLS-ROYCE | CULLINAN | SUV | Arctic White | pu216487 |

Vehicle Identification Number: SLATV8C0XPU216487  
State of Title:  
Title Number:

## ODOMETER DISCLOSURE STATEMENT

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete, or providing a false statement may result in fine and/or imprisonment.

I, SECURED AUTO GROUP (print name of transferor, or transferor's authorized agent) state that the odometer of the vehicle described below now reads:

ODOMETER READING → 9,942 (NO TENTHS)

miles and to the best of my knowledge that reflects the ACTUAL mileage of the vehicle described below, unless one of the following statements is checked. Check one box only—

☐ I hereby certify that to the best of my knowledge, the odometer reading reflects the amount of mileage in EXCESS of its mechanical limits.

☐ I hereby certify that the odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

AUTHORIZED SELLER SIGNATURE  
Joe Watson  
PRINT NAME - AUTHORIZED SELLER

AUTHORIZED BUYER SIGNATURE  
LUXURY AUTO COLLECTION, LLC  
PRINT NAME - AUTHORIZED BUYER

This statement is for seller & buyer information only and may not be used for title transfer documentation

## EXEMPTION CERTIFICATE

[X] RESALE OR RE-LEASE    BUYERS SALES TAX LICENSE NO. _____

I certify that I am a dealer in tangible personal property or services and that the tangible personal property or services purchased are for resale or re-lease. If I use or consume any tangible personal property or services that I purchase tax free for resale, or if my sales are of food, beverages dairy products and similar confections dispensed from vending machines (see Rule R865-19S-74), I will report and pay sales tax on the proper cost thereof directly to the Tax Commission on my next regular sales and use tax return.

AUTHORIZED DEALER SIGNATURE & COPY RECEIVED    PRINT NAME - AUTHORIZED DEALER

## AGREED UPON PURCHASE PRICE

$ _____

By signing below the Parties certify that each is a valid licensed and bonded dealer and is subject to all terms, conditions, warranties, and agreements contained herein, including those printed on the reverse side hereof.

AUTHORIZED SELLER SIGNATURE  
Joe Watson  
PRINT NAME - AUTHORIZED SELLER

AUTHORIZED BUYER SIGNATURE  
LUXURY AUTO COLLECTION, LLC  
PRINT NAME - AUTHORIZED BUYER

ALL VEHICLES SOLD "AS IS" AS EQUIPPED

Approved by: Utah State Tax Commission

# Buyer's Order

**Dealer/Seller Name and Address**
SECURED AUTO GROUP
4339 S STATE STREET
SALT LAKE CITY    UT    84107

**Buyer/Co-Buyer Name(s) and Address(es)**
LUXURY AUTO COLLECTION, LLC
9160 E DEL CAMINO DR STE B4
SCOTTSDALE    AZ    85258
480-660-6969

Date: 10/02/2025    Stock No.: pu216487    Salesperson: Joe Watson
App No.:    Contract No.:

## Vehicle Information

☐ New    ☒ Used    ☐ Demo    Year: 2023    Make: ROLLS-    Model: CULLINAN
Body Style: SUV    VIN: SLATV8C0XPU216487    Lic. No.:    Odometer Reading: 9,942
Color: Arctic White    Other: Clean

## FINANCING ARRANGEMENT DISCLOSURES

☒ **Purchaser (Buyer) is solely responsible for financing arrangements**
THE PURCHASER OF THE MOTOR VEHICLE DESCRIBED IN THIS CONTRACT ACKNOWLEDGES THAT THE SELLER OF THE MOTOR VEHICLE HAS MADE NO PROMISES, WARRANTIES, OR REPRESENTATIONS REGARDING SELLER'S ABILITY TO OBTAIN FINANCING FOR THE PURCHASE OF THE MOTOR VEHICLE. FURTHERMORE, PURCHASER UNDERSTANDS THAT IF FINANCING IS NECESSARY IN ORDER FOR THE PURCHASER TO COMPLETE THE PAYMENT TERMS OF THIS CONTRACT ALL THE FINANCING ARRANGEMENTS ARE THE SOLE RESPONSIBILITY OF THE PURCHASER.

_[signature]_

Signature of the Purchaser    Signature of the Purchaser    Signature of the Purchaser

☐ **Seller agrees to seek financing arrangements for Purchaser (Buyer)**
(1) THE PURCHASER OF THE MOTOR VEHICLE DESCRIBED IN THIS CONTRACT HAS EXECUTED THE CONTRACT IN RELIANCE UPON THE SELLER'S REPRESENTATION THAT THE SELLER CAN PROVIDE FINANCING ARRANGEMENTS FOR THE PURCHASE OF THE MOTOR VEHICLE. THE PRIMARY TERMS OF THE FINANCING ARE AS FOLLOWS:

INTEREST RATE BETWEEN _____ % AND _____ % PER ANNUM, TERM BETWEEN _____ MONTHS AND _____ MONTHS. MONTHLY PAYMENTS BETWEEN $ _____ PER MONTH AND $ _____ PER MONTH BASED ON A DOWN PAYMENT OF $ _____.

(2) (a) IF SELLER IS NOT ABLE TO ARRANGE FINANCING WITHIN THE TERMS DISCLOSED, THEN SELLER MUST WITHIN SEVEN CALENDAR DAYS OF THE DATE OF SALE MAIL NOTICE TO THE PURCHASER THAT HE HAS NOT BEEN ABLE TO ARRANGE FINANCING.
(b) PURCHASER THEN HAS 14 DAYS FROM THE DATE OF SALE TO ELECT, IF PURCHASER CHOOSES, TO RESCIND THE CONTRACT OF SALE PURSUANT TO SECTION 41-3-401.
(c) IN ORDER TO RESCIND THE CONTRACT OF SALE, THE PURCHASER SHALL:
  (i) RETURN TO SELLER THE MOTOR VEHICLE HE PURCHASED.
  (ii) PAY THE SELLER AN AMOUNT EQUAL TO THE CURRENT STANDARD MILEAGE RATE FOR THE COST OF OPERATING A MOTOR VEHICLE ESTABLISHED BY THE FEDERAL INTERNAL REVENUE SERVICE FOR EACH MILE THE MOTOR VEHICLE HAS BEEN DRIVEN; AND
  (iii) COMPENSATE SELLER FOR ANY PHYSICAL DAMAGE TO THE MOTOR VEHICLE.
(3) IN RETURN, SELLER SHALL GIVE BACK TO THE PURCHASER ALL PAYMENTS OR OTHER CONSIDERATION PAID BY THE PURCHASER, INCLUDING ANY DOWN PAYMENT AND ANY MOTOR VEHICLE TRADED IN.
(4) IF THE TRADE-IN HAS BEEN SOLD OR OTHERWISE DISPOSED OF BEFORE THE PURCHASER RESCINDS THE TRANSACTION, THEN THE SELLER SHALL RETURN TO THE PURCHASER A SUM EQUIVALENT TO THE ALLOWANCE TOWARD THE PURCHASE PRICE GIVEN BY THE SELLER FOR THE TRADE-IN, AS NOTED IN THE DOCUMENT OF SALE.
(5) IF PURCHASER DOES NOT ELECT TO RESCIND THE CONTRACT OF SALE AS PROVIDED IN SUBSECTION (2)(b) OF THIS FORM:
(a) THE PURCHASER IS RESPONSIBLE FOR ADHERENCE TO THE TERMS AND CONDITIONS OF THE CONTRACT OR RISKS BEING FOUND IN DEFAULT OF THE TERMS AND CONDITIONS;
(b) THE TERMS AND CONDITIONS OF THE DISCLOSURES SET FORTH IN SECTION (1) OF THIS FORM ARE NOT BINDING ON THE SELLER; AND
(c) IF FINANCING IS NECESSARY FOR THE PURCHASER TO COMPLETE THE PAYMENT TERMS OF THE CONTRACT OF SALE, THE PURCHASER IS SOLELY RESPONSIBLE FOR MAKING ALL THE FINANCING ARRANGEMENTS.
(6) SIGNING THIS DISCLOSURE DOES NOT PROHIBIT THE PURCHASER FROM SEEKING HIS OWN FINANCING.

Signature of the Purchaser    Signature of the Purchaser    Signature of the Purchaser

Signature of the Seller

### Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

### Trade-In Information

**Trade-in 1**

| | |
|---|---|
| Year | Lic. No. |
| Make | Odometer Reading |
| Model | Color |
| Body Style | |
| VIN | |
| Lienholder Name | |
| Address | |
| Phone | Payoff $0.00 |
| Payoff good through | |
| Approved | |

**Trade-in 2**

| | |
|---|---|
| Year | Lic. No. |
| Make | Odometer Reading |
| Model | Color |
| Body Style | |
| VIN | |
| Lienholder Name | |
| Address | |
| Phone | Payoff |
| Payoff good through | |
| Approved | |

*[This space intentionally left blank]*

### Itemization of Sale

| | | |
|---|---|---|
| 1. Vehicle Sales Price | $ | $327,000.00 |
| 2. Sales Tax | $ | 0.00 |
| 3. **Subtotal (Add lines 1 + 2)** | $ | 327,000.00 |
| **Title, License & Other Fees** | | |
| 4. Title Fee | $ | |
| 5. License/Registration | $ | $0.00 |
| 6. Age Based/Property Fee | $ | |
| 7. Dealer Documentary Service Fees* | $ | $0.00 |
| 8. Inspection/Emission Fee | $ | N/A |
| 9. Other Fee | $ | $0.00 |
| 10. | $ | $0.00 |
| 11. | $ | |
| 12. | $ | N/A |
| 13. | $ | |
| 14. | $ | |
| 15. **Total Other Fees** (Add lines 4 through 14) | $ | 0.00 |
| **Additional Products** | | |
| 16. Service Contract | $ | $0.00 |
| 17. GAP | $ | $0.00 |
| 18. VTR | $ | |
| 19. N/A | $ | |
| 20. | $ | |
| 21. | $ | |
| 22. | $ | |
| 23. | $ | |
| 24. **Total Products** (Add lines 16 through 23) | $ | 0.00 |
| 25. **Cash Sale Price (Add lines 3 + 15 + 24)** | $ | 327,000.00 |
| 26. Trade-in Allowance | $ | $0.00 |
| 27. Less Payoff | $ | N/A |
| 28. **Net Trade Allowance (Line 26-27)** | $ | N/A |
| 29. Cash Down Payment | $ | $0.00 |
| 30. Deferred Down Payment | $ | |
| 31. **Total Down Payment** (Line 28 + 29 + 30) | $ | 0.00 |
| 32. **Total Balance Due (Line 25-31)** | $ | $327,000.00 |

\* **Dealer Documentary Service Fees.** The following applies if we charge Dealer Documentary Service Fees:

The Dealer Documentary Service Fees as set forth in this Contract represents costs and profit to the dealer for preparing and processing documents and other services related to the sale or lease of your Vehicle. The fees are not set or state mandated by state statute or rule.

Buyers Order-UT

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BUY-ORDER-UT 4/11/2013
Page 2 of 4

## Additional Terms

**Definitions.** *Contract* refers to this *Buyer's Order*. *Purchaser* and the pronouns *you* and *your* refer to each Buyer signing this Contract. The pronouns *we, us* and *our* refer to the Dealer/Seller. *Vehicle* means the motor vehicle described in the *Vehicle Information* section. *Trade-in Vehicle(s)* refers to the vehicle described in the *Trade-in Information* section that is being traded to the Dealer/Seller as part of this transaction. *Manufacturer* refers to the entity that manufactured the Vehicle.

**Agreement to Purchase.** You agree to buy the Vehicle from us for the price stated in this Contract. You agree to sign any documents necessary to complete this transaction. Unless you have cancelled this Contract under the condition described in the *Manufacturer* section or as otherwise allowed in this Contract or by law, if you refuse to take delivery of the Vehicle, we can keep any deposits you have made to us, and you will be liable to us for all of our damages and expenses in connection herewith, including but not limited to reasonable attorneys' fees.

You represent that you are of legal age and have legal capacity to enter into this Contract.

**Manufacturer.** We are not an agent of the Manufacturer. Manufacturer can change the price, design or standard features of the Vehicle at any time without notice. If we cannot obtain the Vehicle from the Manufacturer at the price in effect as of the date of this Contract, or if we cannot obtain the agreed upon product from the Manufacturer, you or we can cancel this Contract.

If you cancel this Contract under the terms of this section, we will refund to you any amounts you have paid to us. If you have delivered a Trade-in Vehicle to us, we will return it to you. If we have already sold the Trade-in Vehicle, we will pay you the trade-in allowance after adjusting for any payoff to a lienholder.

**Insurance.** The insurance information you have given us is accurate.

**Trade-in Vehicle.** You will transfer title to the Trade-in Vehicle to us free of all liens except those noted on this Contract. You give permission to us to contact the lienholder(s) for payoff information. If the payoff information that we obtain from the lienholder(s) differs from the amount disclosed in this Contract, you agree to pay the difference to us if the actual amount of the balance owed is greater than the amount listed in this Contract. If the actual amount of the balance owed is less than the amount listed in this Contract, then we will pay you the difference.

If you do not deliver the Trade-in Vehicle to us at the time of the initial appraisal, we may reappraise the Trade-in Vehicle when it is delivered to us. If the reappraised value is lower than the original appraisal, you can cancel this transaction as long as you have not taken delivery of the Vehicle.

You represent that (a) you are the sole true and lawful owner of the Trade-in Vehicle, (b) the Trade-in Vehicle has never been titled under any state or federal "brand" such as "defective," "rebuilt," "salvage," "flood," etc., (c) the mileage of the Trade-in Vehicle shown in this Contract is the actual mileage of the Trade-in Vehicle, (d) all emission control equipment is on the Trade-in Vehicle and is in satisfactory working order, and (e) the Trade-in Vehicle has not been damaged by collision or other event and repaired. If any of these representations are not true, we may elect to cancel the transaction. We may also choose to reappraise the Trade-in Vehicle and adjust the Total Balance Due instead of cancelling the transaction. You agree to immediately pay us the difference.

**Seeking Financing Arrangements for Buyer.** If the "Seller agrees to seek financing arrangements for Purchaser (Buyer)" disclosure is checked on page 1, we agree to assist you in securing financing to purchase the Vehicle. You agree to timely provide us with information we request in order to help arrange financing. We do not promise or guarantee that we will be successful in securing financing for your Vehicle purchase.

You understand and agree that we are not obligated to deliver the Vehicle to you before financing is completed. If we deliver the Vehicle to you before financing is completed, we may require additional promises in an amendment to this Contract or a separate conditional delivery agreement signed by you and us.

The terms of this section are not intended to limit or change any applicable remedies described in the "Seller agrees to seek financing arrangements for Purchaser (Buyer)" disclosure or required by law.

**Retail Installment Contract.** In the event that you and we enter into a retail installment contract for the financing of the purchase of the Vehicle, the terms of the retail installment contract will control any inconsistencies between this Contract and the retail installment contract.

**Vehicle Inspection.** You are purchasing the Vehicle based upon your personal inspection, and are not relying upon any opinion, statement, promise or representation of the salesperson, or any other of our employees that is not contained in the written agreements you are signing today.

**Vehicle Condition.** You understand that the Vehicle may have sustained prior body damage and may have undergone prior mechanical repairs during or after its manufacture, during or after transit to us or while in the possession of prior owners or operators.

Buyers Order-UT

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

BUY-ORDER-UT 4/11/2013
Page 3 of 4

### Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.
If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Guía para compradors de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### Notices

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ _____ of negative equity.

[This space intentionally left blank]

### Signatures

This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract.

_[signature]_                                   10/02/2025
_____
                                                   Date


                                                 10/02/2025
_____
                                                   Date


                                                   Date


                                                 10/02/2025
_[signature]_
Dealer\Seller                                      Date

| | |
|---|---|
| **From:** | joe securedautogroup.com |
| **To:** | Isaac James |
| **Subject:** | Fw: Dealer Docs fro Luxury Auto Collection |
| **Date:** | Tuesday, December 9, 2025 2:06:53 PM |
| **Attachments:** | WIRE_TRANSFER_INSTRUCTIONS.docx |
| | 2023_Cullinan_title_216487.png |
| | 2023_Cullinan_title_216487.png |

**From:** joe securedautogroup.com <joe@securedautogroup.com>
**Sent:** Thursday, October 2, 2025 5:24 PM
**To:** Brian Zaher <BZaher@luxuryautocollection.com>
**Subject:** Re: Dealer Docs fro Luxury Auto Collection

Hi Brian,

I've attached our wiring instructions and a copy of the title. I sent you a link to esign the docs. Thanks!

**From:** Brian Zaher <BZaher@luxuryautocollection.com>
**Sent:** Thursday, October 2, 2025 4:20 PM
**To:** joe securedautogroup.com <joe@securedautogroup.com>
**Subject:** Dealer Docs fro Luxury Auto Collection

Joe,
Thank you for your help. I've attached our documents for the purchase of VIN# SLATV8C0XPU216487. I need a copy of the title (front and back) and your wire transfer details. I will send everything to my back office to initiate the payment. Let me know if you need anything else. Please save my contact info; I am the buyer and wholesale representative for LAC and look forward to working with you in the future.


Thank you


Best regards,