William S. Helfand, #16686
Andrew J. Schuman, #20370
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., | **SUBSTITUTION OF COUNSEL** |
| Plaintiff, | Civil No. 2:25-cv-00792-AMA-JCB |
| v. | District Judge Ann Marie McIff Allen |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, | Magistrate Judge Jared C. Bennett |
| Defendants. | |
| BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, | |
| Counterclaimants, | |
| v. | |
| GAUGE AUTOMOTIVE, INC., | |
| Counter-Defendant. | |

174970816.1

TO THE COURT AND ALL COUNSEL:

PLEASE TAKE NOTICE that Attorney Emily L. Rutter of the law firm Lewis Brisbois Bisgaard & Smith LLP, hereby withdraws as counsel of record for Defendants and Counterclaimants BMW Financial Services NA, LLC and Financial Services Vehicle Trust effectively immediately.

Attorney Andrew J. Schuman of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby substitutes as counsel for Defendants and Counterclaimants and will comply with all existing hearing scheduling and deadlines in this matter.

Attorney William S. Helfand will remain as lead counsel in this action.

DATED: April 14, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                         By:    /s/ Andrew J. Schuman
                                                William S. Helfand
                                                Andrew J. Schuman
                                                *Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

174970816.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2026, I caused a true and correct copy of the

foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be electronically filed through the

Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
KNH
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
cpehrson@knh.law
Tel. No.: 801.994.4646
*Attorney for Plaintiff*

/s/ Libby Craig

174970816.1

3