Chad Pehrson (12622) cpehrson@knh.law
Nathan C. Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646

*Attorneys for Plaintiff Gauge Automotive, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL NATHAN C. GARDNER**<br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett<br><br>**Jury Demanded** |

**PLEASE TAKE NOTICE** that Nathan C. Gardner of the firm KNH LLP hereby enters his appearance as additional counsel for Plaintiff Gauge Automotive, Inc.. The undersigned hereby requests that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided.

DATED: June 25, 2026.

**KNH LLP**

By:/s/Nathan C. Gardner
Chad Pehrson
Nathan C. Gardner

*Attorneys for Plaintiff*
*Gauge Automotive, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, I caused to be filed a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL NATHAN C. GARDNER** to be submitted for electronic filing through the Court's CM/ECF system, which automatically effectuated service of process upon all counsel of record.

*/s/ Nathan C. Gardner*