Chad Pehrson (12622)  cpehrson@knh.law
Nathan Gardner (19537)  ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646

*Attorneys for Plaintiff Gauge Automotive, Inc.*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **JOINT MOTION FOR SCHEDULING CONFERENCE** <br><br> Case No. 2:25-cv-00792-AMA-JCB <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Jared C. Bennett <br><br> **Jury Demanded** |

Plaintiff Gauge Automotive, Inc. ("**Gauge**") and Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust (collectively, "**BMW**") jointly move, under Federal Rule of Civil Procedure 16(b) and the Court's Order to Propose Schedule, for a scheduling conference. The parties have conferred under Rule 26(f) and agree on every case-management deadline and discovery parameter set forth in the accompanying Attorney Planning Meeting Report and the Proposed Scheduling Order. They are unable, however, to submit a fully stipulated motion for entry because they disagree on one issue—BMW's contention that this case should be abated, or discovery stayed, pending the Court's ruling on Defendants' motion to dismiss. The parties therefore jointly request that the Court hold a scheduling conference, or

1

proceed by such other procedure as the Court deems appropriate, to resolve that disagreement and enter a scheduling order.

In support of this Stipulated Motion, the parties state as follows:

1.   **Rule 26(f) Conference.** Counsel for the parties conducted the conference required by Rule 26(f) on June 18–19, 2026, and met and conferred regarding the matters set forth in Rule 26(f)(2) and the Court's Order to Propose Schedule.

2.   **Areas of Agreement.** The parties have agreed on the full slate of pretrial and discovery deadlines, the limits on discovery, the form of production of electronically stored information, the privilege claw-back protocol, and the remaining matters reflected in the Attorney Planning Meeting Report, attached as **Exhibit A**, and the Proposed Scheduling Order, attached as **Exhibit B**.

3.   **The Parties' Disagreement.** BMW contends that this case should be abated, or in the alternative that discovery should be stayed, pending the Court's decision on Defendants' motion to dismiss. Gauge disagrees. Gauge contends that the case should proceed and that the Proposed Scheduling Order should be entered without abatement or a stay. The parties conferred regarding their differing positions but were unable to resolve the disagreement.

4.   **Effect on Scheduling.** If the Court does not abate this case or stay discovery, the parties agree that the deadlines set forth in the Attorney Planning Meeting Report and the Proposed Scheduling Order should govern. The parties' agreement on those deadlines is without prejudice to, and does not waive, BMW's position that the case should be abated or stayed or Gauge's position that it should not. Each party reserves the right to seek appropriate relief on the abatement and stay question by separate motion.

5.    **Relief Requested.** Because the parties are unable to submit a fully stipulated motion for entry of the Proposed Scheduling Order, they respectfully and jointly request that the Court set a scheduling conference at the Court's earliest convenience—or proceed by such other procedure as the Court deems appropriate—to resolve the parties' disagreement regarding a stay and to enter a scheduling order governing this case.

Counsel for Gauge has obtained the concurrence of counsel for BMW in the filing of this Stipulated Motion, and BMW's counsel has authorized the use of his electronic signature below.

DATED this 8th day of July 2026.

| | |
|---|---|
| **KNH LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By:  */s/ Chad Pehrson* | By:  */s/ William S. Helfand** |
| Chad Pehrson | William S. Helfand |
| Nathan Gardner | Andrew Schuman |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Gauge Automotive, Inc.* | *BMW Financial Services NA, LLC and Financial Services Vehicle Trust* |
| | |
| | *\*Signed with permission via email 7/8/26* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I caused a true and correct copy of the

foregoing **JOINT MOTION FOR SCHEDULING CONFERENCE** to be submitted for

electronic filing through the Court's CM/ECF system, which automatically effectuated service of

process upon all counsel of record.


*/s/ Chad Pehrson*