**EXHIBIT B**
**to**
**JOINT MOTION FOR SCHEDULING CONFERENCE**

---

**[PROPOSED] SCHEDULING ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST, <br><br> Defendants. | **[PROPOSED] SCHEDULING ORDER** <br><br> Case No. 2:25-cv-00792-AMA-JCB <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Jared C. Bennett <br><br> **Jury Demanded** |

Under Federal Rule of Civil Procedure 16(b), the District of Utah Local Rules of Practice, and the Court's Order to Propose Schedule, an Attorney Planning Meeting has been held and the Attorney Planning Meeting Report has been completed. The Court enters the following Scheduling Order. These deadlines may be modified only by court order for good cause consistent with Fed. R. Civ. P. 16(b)(4).

Deadlines are 11:59 p.m. Mountain Time on the date indicated unless expressly stated otherwise.

## 1.   PRELIMINARY MATTERS

| Event | Deadline |
|---|---|
| Fed. R. Civ. P. 26(a)(1) initial disclosures exchanged or supplemented | July 10, 2026 |
| Electronic service under Fed. R. Civ. P. 5(b)(2)(E) | Yes, subject to the Federal Rules, Local Rules, and CM/ECF procedures |

1

## 2.   PROTECTIVE ORDER

The parties do not anticipate that discovery will involve the disclosure of confidential information. The parties understand that the District of Utah Standard Protective Order applies by operation of DUCivR 26-2. Any motion seeking a tailored protective order, relief from the Standard Protective Order, or an order under Fed. R. Evid. 502(d) must be filed by July 31, 2026, absent good cause for a later motion.

**Privilege / Work-Product Claw-Back (Fed. R. Evid. 502(d)).**   The inadvertent or unintentional production of any document or information protected by the attorney-client privilege or the work-product doctrine does not operate as a waiver of that privilege or protection in this or any other federal or state proceeding, and this provision is entered under Fed. R. Evid. 502(d). Upon written notice that protected material has been produced, the receiving party must promptly return, sequester, or destroy the specified material and all copies, must not use or disclose the material until any dispute is resolved, and must take reasonable steps to retrieve it if already disclosed; the producing party must preserve the material at issue. Either party may then move the Court for a determination of the claim consistent with Fed. R. Civ. P. 26(b)(5)(B) and Fed. R. Evid. 502.

## 3.   DISCOVERY LIMITS

Each side may take up to 4 fact depositions, excluding expert depositions. Depositions are limited to 7 hours unless otherwise agreed or ordered. Each party may serve up to 25 interrogatories (including discrete subparts), up to 40 requests for production, and up to 30 requests for admission. Rule 30(b)(6) notices and subpoenas must comply with DUCivR 30-2 unless modified by agreement or court order.

### 4.   DEADLINES

| Event | Deadline |
| --- | --- |
| Fed. R. Civ. P. 26(a)(1) initial disclosures exchanged or supplemented | July 10, 2026 |
| Motion for entry of any tailored protective order, relief from the Standard Protective Order, or Rule 502(d) order | July 31, 2026 |
| Deadline to file motions to amend pleadings, join parties, or file any DUCivR 9-1 allocation-of-fault notice | August 14, 2026 (Plaintiff); September 15, 2026 (Defendants) |
| Substantial completion of document production | September 18, 2026 |
| Last day to serve Rule 30(b)(6) deposition notice or subpoena under DUCivR 30-2, absent agreement or court order | November 3, 2026 |
| Last day to serve written fact discovery so that responses are due before the fact-discovery cutoff | November 13, 2026 |
| Fact discovery cutoff | December 18, 2026 |
| Notice of expert designation, filed for conflict check under DUCivR 26-1(a)(2), and expert disclosures/reports — party bearing the burden of proof | January 15, 2027 |
| Notice of expert designation, filed for conflict check under DUCivR 26-1(a)(2), and expert disclosures/reports — opposing parties | February 19, 2027 |
| Rebuttal expert disclosures/reports, if any | February 26, 2027 |
| Expert discovery cutoff, including expert depositions | March 12, 2027 |
| Deadline to complete private mediation or request a judicial settlement conference | March 26, 2027 |
| Deadline to file dispositive motions and Rule 702/Daubert motions | April 9, 2027 |
| Fed. R. Civ. P. 26(a)(3) pretrial disclosures | 30 days after disposition of dispositive motions, or as otherwise ordered |
| Motions in limine and objections to pretrial disclosures | Per the trial order; otherwise 28 days before the final pretrial conference |
| Joint proposed pretrial order, proposed voir dire, jury instructions, and verdict form | Per the trial order; otherwise 14 days before the final pretrial conference |

| Event | Deadline |
|---|---|
| Final pretrial conference | At the Court's convenience after dispositive motions are resolved |
| Trial-ready date | September 7, 2027 |

## 5. DISCOVERY DISPUTES

Discovery disputes must be handled under DUCivR 37-1, including the required prompt written communication, meet-and-confer efforts, and short-form discovery motion procedure. The parties must not file discovery materials except as permitted by DUCivR 26-1 or as otherwise ordered.

## 6. EXPERT DESIGNATION NOTICES

By the applicable expert-disclosure deadlines above, each designating party must file the notice of expert designation required by DUCivR 26-1(a)(2) so the Court may conduct a conflict check. Expert reports are not to be filed unless used at a hearing or trial, offered as an exhibit to a motion, response, or reply, or as otherwise ordered.

## 7. MOTION PRACTICE

Dispositive motions and motions to exclude expert testimony must be filed by the deadline above and must comply with the Federal Rules and the Local Rules, including DUCivR 56-1 for summary-judgment motions. Multiple summary-judgment motions by a single party should be consolidated absent leave of Court.

## 8. PRETRIAL AND TRIAL

This is a jury case. The parties estimate that trial will require approximately 5 trial days. Pretrial disclosures, motions in limine, proposed voir dire, jury instructions, verdict forms, and the

proposed pretrial order are due as set in this Order or as otherwise ordered in the Court's trial order.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2026.


BY THE COURT:


_____
Hon. Jared C. Bennett
United States Magistrate Judge

5