# EXHIBIT 1

# UTAH CERTIFICATE OF TITLE

## New Title

**Title Number:** UT011833095

Vehicle Type: Truck     Year: 2023     Make: ROL     Model: CULLINAN     Body Style: Sport Utility

VIN/HIN: SLATV8C0XPU216487

Cylinders: 12     Fuel: Gasoline     Odometer: 9166     Date Issued: 08/22/2025

GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT  84115-4456

**Owner Information:**
GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT  84115-4456

**Lienholder Information:**

Vehicle History: This Utah title is not a vehicle history report. If you are buying or selling this vehicle, please visit the National Motor Title Information System (NMVTIS) website to obtain the most current history of the vehicle at **https://vehiclehistory.bja.ojp.gov/nmvtis_vehiclehistory.**

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

### Request For Lien Change

Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens

☐ Issue a title showing the following as the NEW LIEN HOLDER

LIEN RELEASE - Signature of lien holder (releasing interest)

X

Vehicle owner's signature requesting lien change

Title of signer

New lien holder's name

Date

Address

City          State     ZIP Code

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

TC-127 Rev. 03/19 CDR

C9161917

VOID IF ALTERED

GaugeUT_00111

INSTRUCTIONS TO SELLER:
Type or print the information.
NOTARY PUBLIC IS NO LONGER NEEDED. KEEP A COPY.

INSTRUCTIONS TO BUYER:
Type or print the information. Warning: DO NOT SIGN IF ODOMETER DISCLOSURE IS NOT COMPLETE.

## A  Assignment Of Title By Registered Owner

### SELLER

**Odometer Disclosure - Required**

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

**Sales/Purchase Price - Required**

Date of Sale

Sale Price
$

Print name of seller
**Gauge Automotive**

Print name of authorized agent selling vehicle (if different from seller name)
**Whitney Olson**

Current address of seller (street, city, state and ZIP code)
**332 E 3300 S STE 200 South Salt Lake UT 84115**

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment. **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)                     Date of Sale
x *Whitney Olson*

### BUYER

Print name of new owner
**Secured Auto Group**

Street Address
**4339 S. State St.**

City **SLC**     State **UT**     ZIP code **84107**

Signature of buyer (new owner)
X

Print name of new lien holder

Street Address

City     State     ZIP code

Signature of lien holder (releasing interest)
X

## B  Reassignment Of Title (FOR DEALER USE ONLY)

### SELLER

**Odometer Disclosure - Required**

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

**Sales/Purchase Price - Required**

Date of Sale

Sale Price
$

Print name of seller

Print name of authorized agent selling vehicle (if different from seller name)

Current address of seller (street, city, state and ZIP code)

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct. Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment. **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller)                     Date of Sale
X

### BUYER

Print name of new owner

Street Address

City     State     ZIP code

Signature of buyer (new owner)
X

Print name of new lien holder

Street Address

City     State     ZIP code

Signature of lien holder (releasing interest)
X

Utah Code 41-1a-701 requires the owner to remove the license plates when vehicle is sold or disposed, unless an owner has included the transfer of a license plate as part of a sale, trade, or ownership release of a vehicle.
Utah Code 41-1a-705, with limited exceptions, requires a new owner of a vehicle, vessel, or outboard motor to obtain a title in that owner's name.

GaugeUT_00112