Chad Pehrson (12622) cpehrson@knh.law
Nathan Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646
*Attorneys for Plaintiff Gauge Automotive, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR A SPEEDY HEARING AND DECLARATORY JUDGMENT UNDER FED. R. CIV. P. 57, AND FOR SUMMARY JUDGMENT ON ITS FIRST CAUSE OF ACTION UNDER FED. R. CIV. P. 56**<br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

## INDEX OF EXHIBITS

Pursuant to DUCivR 56-1(e), Plaintiff Gauge Automotive, Inc. submits this Appendix of Evidence containing complete copies of the exhibits cited in its Motion for a Speedy Hearing and Declaratory Judgment Under Fed. R. Civ. P. 57, and for Summary Judgment on Its First Cause of Action Under Fed. R. Civ. P. 56. Citations in the Motion to "Ex. __" refer to the exhibits listed below. "BMWFS-____" refers to Bates numbers in Defendants' document production in this action. Personal identifiers have been redacted in accordance with Fed. R. Civ. P. 5.2 and DUCivR 5.2-1.

| Exhibit | Description | Source |
|---|---|---|
| 1 | Motor Vehicle Lease Agreement (Closed End) dated December 28, 2022, with Guaranty (BMWFS-0004–0010) | Defendants' document production |
| 2 | Rolls-Royce Motor Cars Financial Services Approval Notification dated December 30, 2022 (BMWFS-0013) | Defendants' document production |

| Exhibit | Description | Source |
|---|---|---|
| 3 | Florida Application for Certificate of Title, HSMV 82040 (BMWFS-0022–0023; also produced at BMWFS-0248–0249) | Defendants' document production |
| 4 | Florida electronic title record, Title No. 0149208992, issued January 20, 2023 (BMWFS-0218) | Defendants' document production |
| 5 | Florida Department of Highway Safety and Motor Vehicles title history record reflecting cancellation of Title No. 0149208992 on August 29, 2024 (BMWFS-0308–0309) | Defendants' document production |
| 6 | BMW Financial Services account and collection notes for Account No. ending 8883 (BMWFS-0088–0109) | Defendants' document production |
| 7 | Transaction Statement dated February 25, 2025 (BMWFS-0001–0003); Returned Payment letter dated August 23, 2024 (BMWFS-0043); Payment Delinquency Statements (BMWFS-0085–0086, 0110–0111) | Defendants' document production |
| 8 | Emails among New York State Police Investigator Thomas Karasinski, NYPD, and BMW FS dated December 18, 2024 through January 6, 2025, and BMW FS internal email dated January 16, 2025 (BMWFS-0195–0203; also produced in part at BMWFS-0242–0246) | Defendants' document production |
| 9 | BMW Financial Services letter to New York Police Department, "Letter for stolen vehicle report," dated February 25, 2025 (BMWFS-0247) | Defendants' document production |
| 10 | New York Certificate of Title, Document No. 710332V, issued August 27, 2024, as certified by the New York DMV (BMWFS-0221–0222) | Defendants' document production |
| 11 | Declaration of Josh Hirahara, with Exhibits A–H | Plaintiff (declaration of Josh Hirahara executed September 25, 2026) |
| 12 | Gauge Automotive Invoice No. 9672 and Wholesale Agreement with Florida Performance Cars dated March 4, 2025 (BMWFS-0216–0217) | Defendants' document production |
| 13 | Letter from Biedermann Hoenig Semprevivo to Florida Performance Cars dated April 23, 2025 (BMWFS-0276–0277) | Defendants' document production |
| 14 | Letter from Biedermann Hoenig Semprevivo to Gauge Automotive, Inc. dated July 25, 2025 (BMWFS-0205–0206) | Defendants' document production |

| **Exhibit** | **Description** | **Source** |
|---|---|---|
| 15 | Defendants' Objections and Responses to Plaintiff's First Set of Requests for Admission, dated September 18, 2026 | Defendants' discovery responses served on Plaintiff |
| 16 | Defendants' Objections and Answers to Plaintiff's First Set of Interrogatories, with verification, dated September 22, 2026 | Defendants' discovery responses served on Plaintiff |
| 17 | Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production, dated September 18, 2026 | Defendants' discovery responses served on Plaintiff |
| 18 | Complaint and Petition, *Financial Services Vehicle Trust v. JR Auto Collection, LLC, et al.*, Case No. 50-2025-CA-008048 (Fla. 15th Jud. Cir. filed Aug. 8, 2025) (ECF No. 11-1 at 2–13) | Docket of this action, ECF No. 11-1 (Defendants' Notice of Removal exhibit) |
| 19 | Utah Certificate of Title No. UT011833095, issued August 22, 2025 (BMWFS-0252) | Defendants' document production |
| 20 | Gauge Automotive Invoice No. 11235 and Wholesale Agreement with Secured Auto Group, LLC dated September 16, 2025 (BMWFS-0250–0251); Secured Auto Group–Luxury Auto Collection, LLC transfer documents (BMWFS-0257–0261) | Defendants' document production |
| 21 | Letter from Lewis Brisbois Bisgaard & Smith LLP to Secured Auto Group dated October 22, 2025 (BMWFS-0296–0297) | Defendants' document production |
| 22 | New York DMV Freedom of Information Law Office response dated October 8, 2025 to BMW FS's public-records request of September 2, 2025, with enclosed records (BMWFS-0235–0241) | Defendants' document production |
| 23 | BMW FS letters to the New York DMV dated January 7, 2025 (BMWFS-0067, 0077) | Defendants' document production |

DATED this 25th day of September, 2026.

KNH LLP

/s/ Chad S. Pehrson
Chad S. Pehrson
Nathan C. Gardner
Attorneys for Plaintiff Gauge Automotive, Inc.