# EXHIBIT 2

Rolls-Royce Motor Cars Financial Services Approval Notification dated December 30, 2022 (BMWFS-0013)

# Rolls-Royce Motor Cars Financial Services

## Approval Notification

Time: 12/30/2022 12:00 AM

**Reference #:** 54237098

To: RRMC Miami

Attention:
Fax Number:
Retailer #: 50552

APPLICATION INFORMATION

Applicant: BLACKFIRE TRANSPORT LLC
ALFRED L DAVIS

Internet App: No

Submit Date: 12/28/2022 5:27:27 PM

VEHICLE INFORMATION

Year: 2023

Type: New

Collateral Description: Rolls-Royce Black Badge Cullinan

CREDIT DECISION INFORMATION

Credit Buyer: Belu, David

Phone:
David.Belu@bmwfs.com
Fax: 1-800-758-4269

Retail Rate Level: SLTE

COMMENTS

**Certified Resolution for Business Entity, Guarantor/Comaker to sign if applicable.**
**Max $4,000 monthly payment. $298,010 (60.9% of the MSRP) x applicable term. Includes all TTL and product.**
**Based on MSRP of $489,175. Capped due to limited verifiable wealth and late payments with prior FS auto.**

ACCOUNT INFORMATION

Standard Advance and Term Unless Otherwise Stated in Comments. Approvals valid for 60 days from published program expiration date unless otherwise stated in a bulletin.