# EXHIBIT 3

Florida Application for Certificate of Title, HSMV 82040 (BMWFS-0022–0023; also produced at BMWFS-0248–0249)

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

Customer # 3308983
Deal # 3308983
Stock # RU216487

CHECK APPLICATION TYPE: [X] ORIGINAL [ ] TRANSFER  VEHICLE TYPE: [X] MOTOR VEHICLE [ ] MOBILE HOME [ ] VESSEL  OFF-HIGHWAY VEHICLE: [ ] ATV [ ] ROV [ ] MC

### 1 OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. | | Owner | Co-Owner | Unit Number | Fleet Number |
|---|---|---|---|---|---|---|
| 201611907 | [ ] | Are you a Florida resident? | [ ] yes [X] no | [X] yes [ ] no | | |
| | | Are you an alien? | [ ] yes [X] no | [ ] yes [X] no | | |

[ ] OR [ ] AND NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."

If applicable: [ ] Life Estate/Remainder Person [ ] Tenancy By the Entirety [ ] With Rights of Survivorship [X] Owner's County of Residence:

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| FINANCIAL SERVICES VEHICLE TRUST | | | | XXXXX4598/1 |

| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| BLACKKFIRE TRANSPORT LLC | | | | / |

| Address | City | State | Zip |
|---|---|---|---|
| Owner's Mailing Address (Mandatory unless a member of the Military): PO BOX 1910 | COCKEYSVILLE | MD | 21030 |
| Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military): 2020 NE 163RD STREET STE 106 | NORTH MIAMI BEACH | FL | 33162 |
| Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military): 2020 NE 163RD STREET STE 106 | NORTH MIAMI BEACH | FL | 33162 |
| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. [ ] | | | |

| Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| | | | | |

| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
|---|---|---|---|
| | | | |

### 2 MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| SLATV8C0XPU216487 | ROL | 2023 | 4D | WHI | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|
| | | 6069 | | | | [ ] PASSENGER [ ] OTHER |

TYPE: [ ] Open Motorboat [ ] Cabin Motorboat [ ] Auxiliary Sailboat [ ] Inflatable [ ] Houseboat [ ] Pontoon [ ] Airboat [ ] Sailboat [ ] Personal Watercraft [ ] Canoe [ ] Other ______ Specify

HULL MATERIAL: [ ] Wood [ ] Fiberglass [ ] Wood/Fiberglass [ ] Other ______ Specify [ ] Aluminum [ ] Steel

PROPULSION: [ ] Outboard [ ] Inboard [ ] Inboard/Outboard [ ] Other ______ Specify [ ] Sail [ ] Air Propelled

FUEL: [ ] Gas [ ] Diesel [ ] Electric [ ] Other ______ Specify

*DRAFT OF VESSEL (The depth of water a vessel draws) FT. ______ IN. ______ *For all vessels 26' or more in length and all sailboats

USE OF VESSEL: [ ] Recreational (Pleasure) [ ] Dealer/Manuf. [ ] Exempt [ ] Commercial Fish [ ] Hire (Livery) [ ] Commercial Blue Crab [ ] Commercial Live Bait [ ] Commercial Mackerel [ ] Commercial Stone Crab [ ] Commercial Shrimp Recip. [ ] Commercial Shrimp Non-Recip. [ ] Government [ ] Commercial Charter [ ] Commercial Oyster [ ] Commercial Sponge [ ] Commercial Other ______ [ ] Commercial Spiney Lobster

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

Previously Federally Documented Vessel, Attach Copy of: [ ] U.S. Coast Guard Release From Documentation Form; or [ ] Copy of Canceled Documentation Papers

State of Principal Use

### 3 BRANDS, USAGE AND TYPE (Check Applicable Boxes)

[ ] SHORT TERM LEASE [ ] ASSEMBLED FROM PARTS [X] LONG TERM LEASE [ ] BONDED TITLE [ ] REBUILT [ ] KIT CAR [ ] POLICE VEHICLE [ ] GLIDER KIT [ ] PRIVATE USE [ ] MANUF. BUY BACK [ ] TAXI CAB [ ] REPLICA [ ] FLOOD [ ] AUTONOMOUS [ ] LLEV [ ] ELECTRIC [ ] CUSTOM [ ] STREET ROD

### 4 LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER | [ ] FEID # [ ] DL # and Sex and Date of Birth [X] DMV Account # | Date of Lien | Lienholder's Name |
|---|---|---|---|
| [X] | 201611907 | 12/28/2022 | FINANCIAL SERVICES VEHICLE TRUST |

| Lienholder's Email Address | Lienholder's Address | City | State | Zip |
|---|---|---|---|---|
| | PO BOX 1910 | COCKEYSVILLE | MD | 21030 |

[ ] If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ______ (Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder. (Signature of Lienholder's Representative)

### 5 TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?

[X] SALE [ ] GIFT [ ] REPOSSESSION [ ] COURT ORDER [ ] OTHER (SPECIFY) ______ DATE ACQUIRED 12 / 28 / 2022

### 6 ODOMETER DECLARATION

**WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.**

I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS 3 0 .XX (NO TENTHS) MILES, DATE READ 12 / 28 / 2022 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

[X] 1. REFLECTS ACTUAL MILEAGE. [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. [ ] 3. IS NOT THE ACTUAL MILEAGE.

### 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 2380120545291 | 12/28/2022 | VF10016391 | 0.00 | [signature] |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| | | | |

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) **(OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955)** OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. **IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY.** COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: ______ (Vehicle Identification Number)

12/28/2022 ______ DATE | ______ SIGNATURE | Hugo Martinez ______ PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name BRAMAN MOTORS ______ Badge # or Florida Dealer # VF10016391 ______ Notary Stamp or Seal

FL DMV/Tax Collector Employee ______ Florida Compliance Examiner/Inspector Badge or ID Number ______

COMMISSIONED NAME OF FLORIDA NOTARY: ______ (Print, Type or Stamp) NOTARY'S SIGNATURE ______

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE ______ CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL 7800075171146 ______ SALES TAX REGISTRATION NUMBER

**I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason:** ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☐ EVEN TRADE OR TRADE DOWN **(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")**

☐ OTHER: (EXPLAIN) ______

| 10 | REPOSSESSION DECLARATION |
|---|---|

**IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:**

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ **(VESSEL)** A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

**IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:**

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) ______

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

______ **SIGNATURE OF APPLICANT (OWNER)** 12/28/2022 **Date** ______ **SIGNATURE OF APPLICANT (CO-OWNER)** 12/28/2022 **Date**

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That ______ (Name of Deceased) died on ______ (Date).

☐ **testate (with a will)** ☐ **intestate (without a will)** and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

(More than one form HSMV 82040 may be used for additional signatures.)

| **Print or Type Name of Spouse, Co-owner or Heir(s)** | **Signature of Spouse, Co-Owner or Heir(s)** |
|---|---|
| ______ | ______ |
| ______ | ______ |
| ______ | ______ |

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

______
**Name of Applicant(s) (Print or Type)**

**RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.**

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov