# EXHIBIT 4

Florida electronic title record, Title No. 0149208992, issued January 20, 2023
(BMWFS-0218)

DMS-40 625050.000045.06

# PDP ELECTRONIC TITLE DOCUMENT

ELT*FL : ELT - FLORIDA
Title #: 0149208992 Title Type :
Issue Date: 1/20/2023 Lic/Tag/Control #:

VIN . . . . . . . : SLATV8C0XPU216487

Vehicle Info. . : 2023 ROL 4D 4D

Odometer Reading :
Date . :
Status :

Owner Information . : FINANCIAL SERVICES VEHICLE TRUST
Co-Owner . . . . . . :

Owner address . . . : PO BOX 1910

COCKEYSVILLE
MD 2103079100

Lienholder Information: FINANCIAL SERVICES VEHICLE TRUST

00000

2nd Lienholder Name :

ELT Sent Date . . . . : 1/20/2023
Lien Type . . . . . . . : P
Owner Driver License# :

Brand code . . . . . :

Release name . . . :
Release address 1 :
Rel City/State/Zip : ,

EXHIBIT 8