# EXHIBIT 5

Florida Department of Highway Safety and Motor Vehicles title history record reflecting cancellation of Title No. 0149208992 on August 29, 2024 (BMWFS-0308–0309)

TITLE NUM 149208992 TRANS.ID 2011237057 RETR ALL PTID1759277473
VEH ID NUM SLATV8C0XPU216487 ... VOIDED F
ISSUE DATE / AUDIT NO. 01/20/2023 / AMENDED F
TITLE STATUS DATE 08/29/2024
ELEC. TITLE STATUS ELECTRONIC TITLE
CERT DEST ISS DT
TITLE STATUS CANCELLED
CERT REPOSS DATE
TITLE TYPE LAND CRAFT
AUTHORIZED DESTRUCTION DATE
LEGAL OWNERSHIP
REPL. REASON DESC.
TOW TYPE
REPL. REASON DESC.
TOW DATE
CANC.REASON OUT-OF-STATE TITLE
TITLE CANCEL DATE 08/29/2024
PREV REG STATE
PREV TITLE STATE FL - FLORIDA
CURR STATE NY - NEW YORK
PRV TITL ISS DATE
DUP TTL RSN
SALVAGE TYPE (NONE)
TRANSACTION CODE CAT - CANCEL TITLE
SALES TAX REG NUM 2380120545291
TRANSF EQU. FLAG
SALES TAX EXEMPT
TOP FLAG
PROCESSED DATE
FAST TITLE FLAG
DEALER LIC NUM VF10016391
DUPL TITLE FLAG
NON DLR AGENT NUM ...
EMPLOYEE ...
NMVTIS PRE STATE/NUM /

HISTORY DETAIL

LIEN T
BRAND
FEES T
REGIS.
REFUND INFO F
IMAGES F
OTHER LIEN PRINT F

UNSTRUCTURED NAME COMMENT
MAIL TO CUSTOMER F ... E-MAIL LOCATE

| OWNER NUM | NAME | JOINT CODE | DETAILS |
|---|---|---|---|
| 1 | FINANCIAL SERVICES VEHICLE TRUST | NONE | ... |

INSPECTION DETAILS
INSPECTION STATUS
INSPECTION DATE
INSPECTION REASON
INSPECTION CUSTOMER ...

TITLE NUM 149208992 TRANS.ID 1759277473 RETR ALL PTID
VEH ID NUM SLATV8C0XPU216487 ... VOIDED F
ISSUE DATE / AUDIT NO. 01/20/2023 / AMENDED F
TITLE STATUS DATE 01/20/2023
ELEC. TITLE STATUS ELECTRONIC TITLE
CERT DEST ISS DT
TITLE STATUS ORIGINAL - NEW
CERT REPOSS DATE
TITLE TYPE LAND CRAFT
AUTHORIZED DESTRUCTION DATE
LEGAL OWNERSHIP
REPL. REASON DESC.
TOW TYPE
REPL. REASON DESC.
TOW DATE
CANC.REASON
TITLE CANCEL DATE
PREV REG STATE
PREV TITLE STATE
CURR STATE FL - FLORIDA
PRV TITL ISS DATE
DUP TTL RSN
SALVAGE TYPE (NONE)
TRANSACTION CODE ORT - ORIG NEW TITLE
SALES TAX REG NUM 2380120545291
TRANSF EQU. FLAG
SALES TAX EXEMPT
TOP FLAG
PROCESSED DATE 01/23/2023
FAST TITLE FLAG
DEALER LIC NUM VF10016391
DUPL TITLE FLAG
NON DLR AGENT NUM ...
EMPLOYEE 0222534020 ...
NMVTIS PRE STATE/NUM /

HISTORY DETAIL

LIEN T
BRAND
FEES T
REGIS. T
REFUND INFO F
IMAGES T
OTHER LIEN PRINT F

UNSTRUCTURED NAME COMMENT
MAIL TO CUSTOMER F ... E-MAIL LOCATE

| OWNER NUM | NAME | JOINT CODE | DETAILS |
|---|---|---|---|
| 1 | FINANCIAL SERVICES VEHICLE TRUST | NONE | ... |

INSPECTION DETAILS
INSPECTION STATUS

INSPECTION DATE
INSPECTION REASON
INSPECTION CUSTOMER ...

TITLE NUM 149208992 TRANS.ID 1750089719 RETR ALL PTID
VEH ID NUM SLATV8C0XPU216487 ... VOIDED T
ISSUE DATE / AUDIT NO. 12/28/2022 / AMENDED T
TITLE STATUS DATE 12/28/2022 ELEC. TITLE STATUS ELECTRONIC TITLE
CERT DEST ISS DT TITLE STATUS ORIGINAL - NEW
CERT REPOSS DATE TITLE TYPE LAND CRAFT
AUTHORIZED DESTRUCTION DATE LEGAL OWNERSHIP
REPL. REASON DESC.
TOW TYPE REPL. REASON DESC.
TOW DATE CANC.REASON
TITLE CANCEL DATE PREV REG STATE
PREV TITLE STATE CURR STATE FL - FLORIDA
PRV TITL ISS DATE DUP TTL RSN
SALVAGE TYPE (NONE) TRANSACTION CODE ORT - ORIG NEW TITLE
SALES TAX REG NUM 2380120545291 TRANSF EQU. FLAG
SALES TAX EXEMPT TOP FLAG
PROCESSED DATE FAST TITLE FLAG
DEALER LIC NUM VF10016391 DUPL TITLE FLAG
NON DLR AGENT NUM ...
EMPLOYEE 0216045300 ...
NMVTIS PRE STATE/NUM /
UNSTRUCTURED NAME COMMENT
MAIL TO CUSTOMER F ... E-MAIL LOCATE

HISTORY DETAIL

| | |
|---|---|
| LIEN | T |
| BRAND | |
| FEES | T |
| REGIS. | T |
| REFUND INFO | F |
| IMAGES | F |
| OTHER LIEN PRINT | F |

| OWNER NUM | NAME | JOINT CODE | DETAILS |
|---|---|---|---|
| 1 | FINANCIAL SERVICES VEHICLE TRUST | NONE | ... |

INSPECTION DETAILS
INSPECTION STATUS
INSPECTION DATE
INSPECTION REASON
INSPECTION CUSTOMER ...