# EXHIBIT 7

Transaction Statement dated February 25, 2025 (BMWFS-0001–0003); Returned Payment letter dated August 23, 2024 (BMWFS-0043); Payment Delinquency Statements (BMWFS-0085–0086, 0110–0111)

Blackfire Transport Llc
2020 Ne 163rd St
Ste 106
North Miami Beach FL 33162-4927

| | |
|---|---|
| Reference | 4XXXXX8883 / 2023 Rolls-Royce Black Badge Cullinan |
| Date | February 25, 2025 |
| Subject | **Transaction statement** |

Dear Blackfire Transport Llc:

Thank you for contacting Rolls-Royce Motor Cars Financial Services regarding your account. On the following page(s) you will find a complete transaction history of the billing and payments posted on the account.

We are committed to providing you with the highest level of service. If you have any questions, please contact a Customer Service Advocate at (877) 877-3735, Monday through Thursday, 9:00 a.m. to 9:00 p.m. ET, and Friday 9:00 a.m. to 6:00 p.m. ET, or by mail at the address listed on this letter.

Yours sincerely,

Rolls-Royce Motor Cars Financial Services

FINANCIAL SERVICES
ROLLS-ROYCE MOTOR CARS
1400 City View Drive Columbus OH 43215 Tel: (877) 877-3735 Fax: (800) 820-4269 www.rolls-roycemotorcars.com
Rolls-Royce Motor Cars Financial Services, a division of BMW Financial Services NA, LLC

| | |
|---|---|
| Subject | **Transaction statement** |
| Date | February 25, 2025 |
| Page | 2 |

| Description | Effective Date | Post Date | Amount |
|---|---|---|---|
| Billing-Lease Payment | 01/04/2023 | 12/28/2022 | $4,000.00 |
| Payment | 12/28/2022 | 01/04/2023 | $4,000.00 |
| Billing-Lease Payment | 01/09/2023 | 01/27/2023 | $4,000.00 |
| Payment | 01/27/2023 | 01/27/2023 | $4,000.00 |
| Billing-Lease Payment | 02/09/2023 | 02/27/2023 | $4,000.00 |
| Payment | 02/27/2023 | 02/27/2023 | $4,000.00 |
| Billing-Lease Payment | 03/09/2023 | 03/27/2023 | $4,000.00 |
| Payment | 03/27/2023 | 03/27/2023 | $4,000.00 |
| Billing-Lease Payment | 04/10/2023 | 04/27/2023 | $4,000.00 |
| Payment | 04/27/2023 | 04/27/2023 | $4,000.00 |
| Billing-Lease Payment | 05/09/2023 | 05/27/2023 | $4,000.00 |
| Payment | 05/27/2023 | 05/27/2023 | $4,000.00 |
| Billing-Lease Payment | 06/09/2023 | 06/27/2023 | $4,000.00 |
| Payment | 06/27/2023 | 06/27/2023 | $4,000.00 |
| Billing-Lease Payment | 07/10/2023 | 07/27/2023 | $4,000.00 |
| Payment | 07/27/2023 | 07/27/2023 | $4,000.00 |
| Billing-Lease Payment | 08/09/2023 | 08/27/2023 | $4,000.00 |
| Payment | 08/27/2023 | 08/27/2023 | $4,000.00 |
| Billing-Lease Payment | 09/08/2023 | 09/27/2023 | $4,000.00 |
| Payment | 09/27/2023 | 09/27/2023 | $4,000.00 |
| Billing-Lease Payment | 10/09/2023 | 10/27/2023 | $4,000.00 |
| Payment | 10/27/2023 | 10/27/2023 | $4,000.00 |
| Billing-Lease Payment | 11/09/2023 | 11/27/2023 | $4,000.00 |
| Payment | 11/27/2023 | 11/27/2023 | $4,000.00 |
| Billing-Lease Payment | 12/08/2023 | 12/27/2023 | $4,000.00 |
| Payment | 12/27/2023 | 12/27/2023 | $4,000.00 |
| Billing-Lease Payment | 01/09/2024 | 01/27/2024 | $4,000.00 |
| Payment | 01/27/2024 | 01/27/2024 | $4,000.00 |
| Billing-Lease Payment | 02/09/2024 | 02/27/2024 | $4,000.00 |
| Payment | 02/27/2024 | 02/27/2024 | $4,000.00 |
| Billing-Returned Item Fee | 03/07/2024 | 03/07/2024 | $25.00 |
| Pmt. Adjmt | 02/27/2024 | 03/07/2024 | $4,000.00 |
| Billing-Late Charge | 03/11/2024 | 03/11/2024 | $186.92 |
| Payment | 03/25/2024 | 03/25/2024 | $4,300.00 |
| Billing-Lease Payment | 03/08/2024 | 03/27/2024 | $4,000.00 |
| Payment | 03/27/2024 | 03/27/2024 | $4,000.00 |
| Pmt. Adjmt | 03/27/2024 | 04/05/2024 | $4,000.00 |
| Billing-Returned Item Fee | 04/05/2024 | 04/05/2024 | $25.00 |
| Billing-Late Charge | 04/08/2024 | 04/08/2024 | $186.92 |
| Payment | 04/24/2024 | 04/24/2024 | $4,123.00 |
| Billing-Lease Payment | 04/09/2024 | 04/27/2024 | $4,000.00 |

| | |
|---|---|
| Subject | **Transaction statement** |
| Date | February 25, 2025 |
| Page | 3 |

| Description | Effective Date | Post Date | Amount |
|---|---|---|---|
| Billing-Late Charge | 05/08/2024 | 05/08/2024 | $186.92 |
| Billing-Lease Payment | 05/09/2024 | 05/27/2024 | $4,000.00 |
| Payment | 06/01/2024 | 06/01/2024 | $4,200.00 |
| Billing-Late Charge | 06/07/2024 | 06/07/2024 | $186.92 |
| Billing-Lease Payment | 06/10/2024 | 06/27/2024 | $4,000.00 |
| Billing-Late Charge | 07/08/2024 | 07/08/2024 | $186.92 |
| Billing-Lease Payment | 07/09/2024 | 07/27/2024 | $4,000.00 |
| Billing-Late Charge | 08/07/2024 | 08/07/2024 | $186.92 |
| Payment | 08/20/2024 | 08/20/2024 | $7,300.00 |
| Pmt. Adjmt | 08/20/2024 | 08/23/2024 | $7,300.00 |
| Billing-Lease Payment | 08/09/2024 | 08/27/2024 | $4,000.00 |
| Billing-Late Charge | 09/09/2024 | 09/09/2024 | $186.92 |
| Billing-Lease Payment | 09/09/2024 | 09/27/2024 | $4,000.00 |
| Billing-Late Charge | 10/08/2024 | 10/08/2024 | $186.92 |
| Billing-Lease Payment | 10/09/2024 | 10/27/2024 | $4,000.00 |
| Billing-Lease Payment | 11/08/2024 | 11/27/2024 | $4,000.00 |
| Billing-Lease Payment | 12/09/2024 | 12/27/2024 | $4,000.00 |
| Billing-Lease Payment | 01/09/2025 | 01/27/2025 | $4,000.00 |
| Billing-Lease Payment | 02/10/2025 | 02/27/2025 | $4,000.00 |

Rolls-Royce Motor Cars
Financial Services
1400 City View Drive
Columbus OH 43215

Blackfire Transport Llc
and Alfred Davis
2020 Ne 163rd St
Ste 106
North Miami Beach FL 33162-4927

| | |
|---|---|
| Reference | 4XXXXX8883 / 2023 Rolls-Royce Black Badge Cullinan |
| Date | August 23, 2024 |
| Subject | **Returned payment** |

Dear Blackfire Transport Llc:

Your payment on August 20, 2024 in the amount of $7,300.00 credited to your account was returned unpaid by your bank. Your account has been updated to reflect the returned payment and is now due as shown on the enclosed Statement on Demand. Please contact your banking institution with any questions regarding this returned payment.

**NOTICE TO CONSUMER ABOUT NEGATIVE CREDIT REPORTING**
Federal law requires us to advise you that we may report information about your account to credit bureaus. Late payments (more than 29 days past due), missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit records may be submitted to a credit bureau if you fail to fulfill the terms of your credit obligations.

We are committed to providing you with the highest level of service. If you have any questions, please contact a Customer Service Advocate at (877) 877-3735, Monday through Thursday, 9:00 a.m. to 9:00 p.m. ET, and Friday 9:00 a.m. to 6:00 p.m. ET, or by mail at the address listed on this letter.

Yours sincerely,

Rolls-Royce Motor Cars Financial Services

enclosure: Statement on Demand

Blackfire Transport Llc
2020 Ne 163rd St
Ste 106
North Miami Beach FL 33162-4927

# Payment Delinquency Statement

| Account Number | Year | Make | Model | Last 7 of VIN |
|---|---|---|---|---|
| 4XXXXX8883 | 2023 | Rolls-Royce | Black Badge Cullinan | U216487 |

| Due Date | Billing | Amount Due | Date Satisfied | Days from Due Date |
|---|---|---|---|---|
| 12/28/2022 | 1 | $4,000.00 | 12/28/2022 | 0 |
| 01/27/2023 | 2 | $4,000.00 | 01/27/2023 | 0 |
| 02/27/2023 | 3 | $4,000.00 | 02/27/2023 | 0 |
| 03/27/2023 | 4 | $4,000.00 | 03/27/2023 | 0 |
| 04/27/2023 | 5 | $4,000.00 | 04/27/2023 | 0 |
| 05/27/2023 | 6 | $4,000.00 | 05/27/2023 | 0 |
| 06/27/2023 | 7 | $4,000.00 | 06/27/2023 | 0 |
| 07/27/2023 | 8 | $4,000.00 | 07/27/2023 | 0 |
| 08/27/2023 | 9 | $4,000.00 | 08/27/2023 | 0 |
| 09/27/2023 | 10 | $4,000.00 | 09/27/2023 | 0 |
| 10/27/2023 | 11 | $4,000.00 | 10/27/2023 | 0 |
| 11/27/2023 | 12 | $4,000.00 | 11/27/2023 | 0 |
| 12/27/2023 | 13 | $4,000.00 | 12/27/2023 | 0 |
| 01/27/2024 | 14 | $4,000.00 | 01/27/2024 | 0 |
| 02/27/2024 | 15 | $4,000.00 | 03/25/2024 | 27 |
| 03/27/2024 | 16 | $4,000.00 | 04/24/2024 | 28 |
| 04/27/2024 | 17 | $4,000.00 | 06/01/2024 | 35 |
| 05/27/2024 | 18 | $4,000.00 | | 234 |
| 06/27/2024 | 19 | $4,000.00 | | 203 |
| 07/27/2024 | 20 | $4,000.00 | | 173 |
| 08/27/2024 | 21 | $4,000.00 | | 142 |
| 09/27/2024 | 22 | $4,000.00 | | 111 |
| 10/27/2024 | 23 | $4,000.00 | | 81 |
| 11/27/2024 | 24 | $4,000.00 | | 50 |

FINANCIAL SERVICES
ROLLS-ROYCE MOTOR CARS

1400 City View Drive Columbus OH 43215 Tel: (877) 877-3735 Fax: (800) 820-4269 www.rolls-roycemotorcars.com
Rolls-Royce Motor Cars Financial Services, a division of BMW Financial Services NA, LLC

# Payment Delinquency Statement

| Due Date | Billing | Amount Due | Date Satisfied | Days from Due Date |
|---|---|---|---|---|
| 12/27/2024 | 25 | $4,000.00 | | 20 |

Blackfire Transport Llc
2020 Ne 163rd St
Ste 106
North Miami Beach FL 33162-4927

# Payment Delinquency Statement

| Account Number | Year | Make | Model | Last 7 of VIN |
|---|---|---|---|---|
| 4XXXXX8883 | 2023 | Rolls-Royce | Black Badge Cullinan | U216487 |

| Due Date | Billing | Amount Due | Date Satisfied | Days from Due Date |
|---|---|---|---|---|
| 12/28/2022 | 1 | $4,000.00 | 12/28/2022 | 0 |
| 01/27/2023 | 2 | $4,000.00 | 01/27/2023 | 0 |
| 02/27/2023 | 3 | $4,000.00 | 02/27/2023 | 0 |
| 03/27/2023 | 4 | $4,000.00 | 03/27/2023 | 0 |
| 04/27/2023 | 5 | $4,000.00 | 04/27/2023 | 0 |
| 05/27/2023 | 6 | $4,000.00 | 05/27/2023 | 0 |
| 06/27/2023 | 7 | $4,000.00 | 06/27/2023 | 0 |
| 07/27/2023 | 8 | $4,000.00 | 07/27/2023 | 0 |
| 08/27/2023 | 9 | $4,000.00 | 08/27/2023 | 0 |
| 09/27/2023 | 10 | $4,000.00 | 09/27/2023 | 0 |
| 10/27/2023 | 11 | $4,000.00 | 10/27/2023 | 0 |
| 11/27/2023 | 12 | $4,000.00 | 11/27/2023 | 0 |
| 12/27/2023 | 13 | $4,000.00 | 12/27/2023 | 0 |
| 01/27/2024 | 14 | $4,000.00 | 01/27/2024 | 0 |
| 02/27/2024 | 15 | $4,000.00 | 03/25/2024 | 27 |
| 03/27/2024 | 16 | $4,000.00 | 04/24/2024 | 28 |
| 04/27/2024 | 17 | $4,000.00 | 06/01/2024 | 35 |
| 05/27/2024 | 18 | $4,000.00 | | 274 |
| 06/27/2024 | 19 | $4,000.00 | | 243 |
| 07/27/2024 | 20 | $4,000.00 | | 213 |
| 08/27/2024 | 21 | $4,000.00 | | 182 |
| 09/27/2024 | 22 | $4,000.00 | | 151 |
| 10/27/2024 | 23 | $4,000.00 | | 121 |
| 11/27/2024 | 24 | $4,000.00 | | 90 |

FINANCIAL SERVICES
ROLLS-ROYCE MOTOR CARS

# Payment Delinquency Statement

| Due Date | Billing | Amount Due | Date Satisfied | Days from Due Date |
|---|---|---|---|---|
| 12/27/2024 | 25 | $4,000.00 | | 60 |
| 01/27/2025 | 26 | $4,000.00 | | 29 |