# EXHIBIT 8

Emails among New York State Police Investigator Thomas Karasinski, NYPD, and BMW FS dated December 18, 2024 through January 6, 2025, and BMW FS internal email dated January 16, 2025 (BMWFS-0195–0203; also produced in part at BMWFS-0242–0246)

Outlook

## XXXXXX8883 / SLATV8C0XPU216487

**From** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>
**Date** Thu 1/16/2025 1:23 PM
**To** Steve.Forry@bmwfs.com <Steve.Forry@bmwfs.com>; Mark.Smith@bmwfs.com <Mark.Smith@bmwfs.com>
**Cc** Emily.Adams@bmwfs.com <Emily.Adams@bmwfs.com>

3 attachments (115 KB)
RE: Rolls Royce; Rolls Royce Cullinan - SLATV8C0XPU216487 ; RE: SLATV8C0XPU216487/XXXXXX8883 ;

Hello Steve and Mark,

As we discussed, please find attached the information we received from the NY Investigator on this account. I have also included my email with titles. We just requested the DMV records on 1/7/2025 so we do not yet have an update on this.

SLATV8C0XPU216487 / XXXXXX8883
2023 Rolls Royce Black Badge Cullinan
Washed FL to NY

Thanks,
Amy
--
**BMW Group**
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
-----------------------------------------------

Outlook

**RE: Rolls Royce**

**From** thomas.karasinski@troopers.ny.gov <thomas.karasinski@troopers.ny.gov>
**Date** Mon 1/6/2025 3:26 PM
**To** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>

We work very well with NYPD, but we've spoken to quite a few financial companies, who have had issues with reporting it to NYPD and get sent between their financial crimes and their auto crime units. We work very well with most financial companies, with the understanding that we need to have jurisdiction over the vehicle (registered/purchased in New York), there is clear probable cause that the vehicle was financed with the intent to steal it (forged ID, credit bust-out, identity theft, shipping, etc), and that the finance company will write it on a letterhead, requesting that the vehicle be reported stolen based on their findings. We will not and lawfully cannot assist with repossessions.

MBFS actually started this large bust-out case that we have, by reporting one of their identity thefts to us. The case now has also has a large offshoot of insurance fraud with the bust-out/ID theft purchased vehicles that then get retagged or lien washed.

Please let us know if we can ever be of any help.

Thank you,

**Thomas Karasinski**
Investigator, Special Investigations Unit

**New York State Police**
Phone: (917) 584-3666
www.troopers.ny.gov

**From:** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>
**Sent:** Monday, January 6, 2025 3:10 PM
**To:** KARASINSKI, THOMAS (TROOPERS) <thomas.karasinski@troopers.ny.gov>
**Subject:** RE: Rolls Royce

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Investigator Karasinki,

We do not have any issues with reporting this vehicle stolen if that is needed for your investigation. However, in the past, we have had issues reporting the vehicles stolen and tend to get the run around. Is this something you and/or your team could assist with?

--
**BMW Group**
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
------------------------------------------------

**From:** KARASINSKI, THOMAS (TROOPERS) <thomas.karasinski@troopers.ny.gov>
**Sent:** Monday, January 6, 2025 2:49 PM
**To:** Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
**Subject:** RE: Rolls Royce

Good Afternoon,

Yes, I had confirmed that is the same subject. And I appreciate you looking into it. FLHSMV and NYS DMV confirmed the same.

I will reach out to an NYPD detective who has a separate, overlapping case, and may be able to assist you.

We usually ask for a formal request that the vehicle be reported stolen, as the vehicle is rightfully owned by BMWFS, and the fraud of washing the lien shows obvious intent as to deprive BMWFS of the vehicle and outstanding balance. DMV may be able to assist as well, who I will copy on the following e-mail.

Thank you,

**Thomas Karasinski**
Investigator, Special Investigations Unit

**New York State Police**
Phone: (917) 584-3666

www.troopers.ny.gov

**From:** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>
**Sent:** Monday, January 6, 2025 2:28 PM
**To:** KARASINSKI, THOMAS (TROOPERS) <thomas.karasinski@troopers.ny.gov>
**Subject:** RE: Rolls Royce

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hello Investigator Karasinski,

One follow up to my last email, not sure if this helps with the investigations but the business Guarantor for this account matches the individual identified in this article, https://www.justice.gov/usao-sdfl/pr/miami-resident-convicted-trial-using-fraudulent-drivers-license-access-luxury-condo. We have no way to know if this is the same person or not, but name and age do match our files.

Thanks,
Amy

--
**BMW Group**
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
------------------------------------------------

**From:** Nolan Amy, SF2-US-S-410
**Sent:** Monday, January 6, 2025 2:25 PM
**To:** 'KARASINSKI, THOMAS (TROOPERS)' <thomas.karasinski@troopers.ny.gov>
**Subject:** RE: Rolls Royce

Hello Investigator Karasinski,

Hope you had a great new year. Apologize for the delay in getting back to you on this one as most of my team was in and out through the end of December. I had the team review this SLATV8C0XPU216487 to find potential for fraud. In their research, they didn't find anything fraudulent related to this account that we could say is definite. However, based on your findings we were able to pull the title report to see if our lien was removed, and as you stated, it appears it was. I have reached out to my titles team to see if we can work with the DMV to get our title placed back on this account. For visibility, from our perspective, this account is currently out for repossession as it has been since before you reached out to us with your original email. Because we do not have the lien on this vehicle, we will have to remove the repossession request. With confirmation that the title was washed, what would you recommend as to next steps. We would like to assist in your investigation as well as get our collateral back.

Kind regards,
Amy

--
**BMW Group**
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
------------------------------------------------

**From:** KARASINSKI, THOMAS (TROOPERS) <thomas.karasinski@troopers.ny.gov>
**Sent:** Wednesday, December 18, 2024 2:14 PM
**To:** Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
**Subject:** RE: Rolls Royce

Great, thank you!

**Thomas Karasinski**
Investigator, Special Investigations Unit

**New York State Police**
Phone: (917) 584-3666
www.troopers.ny.gov

**From:** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>
**Sent:** Wednesday, December 18, 2024 2:12 PM
**To:** KARASINSKI, THOMAS (TROOPERS) <thomas.karasinski@troopers.ny.gov>
**Subject:** RE: Rolls Royce

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hey Investigator Karasinski –

We have interest in this account. I will have my team research to see if we can confirm fraud. If we are able to, we would be happy to work together to file this as stolen and work to move forward on obtaining the vehicle. Let me get my team on this right away and I will follow up with you upon their final review.

Thanks,
Amy

--
**BMW Group**
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
------------------------------------------------

**From:** KARASINSKI, THOMAS (TROOPERS) <thomas.karasinski@troopers.ny.gov>
**Sent:** Wednesday, December 18, 2024 2:05 PM
**To:** Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
**Subject:** Rolls Royce

**Sent from outside the BMW organization** - be CAUTIOUS, particularly with links and attachments. **Absender außerhalb der BMW Organisation** - Bitte VORSICHT beim Öffnen von Links und Anhängen.

Good Afternoon,

We were just notified of another likely fraud purchase: a 2023 Rolls Royce Cullinan black badge (VIN: SLATV8C0XPU216487), purchased in FL, which is now titled in NY, to a known fraudster, with no lien on the title. Original lien showing:

| | | | |
|---|---|---|---|
| **FINANCIAL SERVICES VEHICLE TRUST** | **PO BOX 1910<br>COCKEYSVILLE, MD 21030-7910** | **12/28/2022** | **12/28/2022** |

Would you be able to assist in identifying any fraud in this purchase?

Thank you,

**Thomas Karasinski**
Investigator, Special Investigations Unit

**New York State Police**
Phone: (917) 584-3666
www.troopers.ny.gov

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If

Outlook

## Rolls Royce Cullinan - SLATV8C0XPU216487

**From** thomas.karasinski@troopers.ny.gov <thomas.karasinski@troopers.ny.gov>
**Date** Mon 1/6/2025 2:54 PM
**To** SHAMERE.BOLAND@nypd.org <SHAMERE.BOLAND@nypd.org>
**Cc** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>; Patrick.Banas@dmv.ny.gov <Patrick.Banas@dmv.ny.gov>

**Sent from outside the BMW organization** - be CAUTIOUS, particularly with links and attachments.

**Absender außerhalb der BMW Organisation** - Bitte VORSICHT beim Öffnen von Links und Anhängen.

Good Afternoon,

Regarding the lien wash of SLATV8C0XPU216487 (FLHSMV to NYS DMV), Team Manager Amy Nolan, BMWFS, has a financial interest in this Rolls Royce Cullinan.

Thank you,

**Thomas Karasinski**
Investigator, Special Investigations Unit

**New York State Police**
Phone: (917) 584-3666
www.troopers.ny.gov

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

Outlook

**RE: SLATV8C0XPU216487/**XXXXXX8883

**From** Ryan.Holdren@bmwfs.com <Ryan.Holdren@bmwfs.com>
**Date** Mon 1/6/2025 2:20 PM
**To** Amy.Nolan@bmwfs.com <Amy.Nolan@bmwfs.com>; Kimbery.Keeney@bmwfs.com <Kimbery.Keeney@bmwfs.com>
**Cc** Chien-hung.Lin@bmwfs.com <Chien-hung.Lin@bmwfs.com>; Rachel.Banville@bmwfs.com <Rachel.Banville@bmwfs.com>; Beth.Lowen@bmwfs.com <Beth.Lowen@bmwfs.com>

Sure thing, Kym please request the NY records lookup

-----Original Message-----
From: Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
Sent: Monday, January 6, 2025 2:19 PM
To: Keeney Kimberly, SF2-US-S-118 <Kimbery.Keeney@bmwfs.com>; Holdren Ryan, SF2-US-S-118 <Ryan.Holdren@bmwfs.com>
Cc: Lin Chien Hung, SF2-US-S-410 <Chien-hung.Lin@bmwfs.com>; Banville Rachel, SF2-US-S-410 <Rachel.Banville@bmwfs.com>; Lowen Beth, SF2-US-S-410 <Beth.Lowen@bmwfs.com>
Subject: SLATV8C0XPU216487 XXXXXX8883

Hello Kim and Ryan,

This account was brought to our attention through a law enforcement agency. They advised this account has a title wash, so I pulled the Experian report, and this appears accurate. Looks like it was washed from FL to NY, see attached report. Are you able to work with the DMVs to confirm records so we can see next steps in getting our name back on this title. This is a RRMC so one we will want to get back if we can. My plan is to let the law enforcement agent know we were unable to confirm this as an Auto Bust Out but if they would like us to file a stolen vehicle report due to the title being washed, then we would be willing too. If you can let me know from your side, your thoughts.

Thanks,
Amy

--
BMW Group
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
------------------------------------------------

-----Original Message-----
From: experian.autochecknoreply@experian.com <experian.autochecknoreply@experian.com>
Sent: Monday, January 6, 2025 2:16 PM

To: Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
Subject: Experian AutoCheck Vehicle History Report for SLATV8C0XPU216487 from BMW Financial Services

Sent from outside the BMW organization - be CAUTIOUS, particularly with links and attachments.
Absender außerhalb der BMW Organisation - Bitte VORSICHT beim Öffnen von Links und Anhängen.
-----------------------------------------------------------------------------------------------

Your Experian AutoCheck vehicle history report for SLATV8C0XPU216487 from BMW Financial Services is attached.

If you can't open the report, go to http://get.adobe.com/reader to get Acrobat Reader.

**From:** Holdren Ryan, SF2-US-S-118
**Email received:** Mon, 6 Jan 2025 20:20:42
**Sent:** Mon, 6 Jan 2025 20:20:41
**To:** Nolan Amy, SF2-US-S-410
**Cc:** Lin Chien Hung, SF2-US-S-410
**Subject:** RE: SLATV8C0XPU216487/XXXXXX8883
**Importance:** Normal
**Sensitivity:** None
**Archived:** Wednesday, September 16, 2026 3:38:33 PM

---

Sure thing, Kym please request the NY records lookup

-----Original Message-----
From: Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
Sent: Monday, January 6, 2025 2:19 PM
To: Keeney Kimberly, SF2-US-S-118 <Kimbery.Keeney@bmwfs.com>; Holdren Ryan, SF2-US-S-118 <Ryan.Holdren@bmwfs.com>
Cc: Lin Chien Hung, SF2-US-S-410 <Chien-hung.Lin@bmwfs.com>; Banville Rachel, SF2-US-S-410 <Rachel.Banville@bmwfs.com>; Lowen Beth, SF2-US-S-410 <Beth.Lowen@bmwfs.com>
Subject: SLATV8C0XPU216487/XXXXXX8883

Hello Kim and Ryan,

This account was brought to our attention through a law enforcement agency. They advised this account has a title wash, so I pulled the Experian report, and this appears accurate. Looks like it was washed from FL to NY, see attached report. Are you able to work with the DMVs to confirm records so we can see next steps in getting our name back on this title. This is a RRMC so one we will want to get back if we can. My plan is to let the law enforcement agent know we were unable to confirm this as an Auto Bust Out but if they would like us to file a stolen vehicle report due to the title being washed, then we would be willing too. If you can let me know from your side, your thoughts.

Thanks,
Amy

--
BMW Group
Financial Services
Amy Nolan
Collections (SF2-US-S-410)
Team Manager Collection Services
1400 City View Drive
Columbus, Ohio 43215

Tel: 614-780-7114
Mail: amy.nolan@bmwfs.com
Web: http://www.bmwusa.com/fs
------------------------------------------------

-----Original Message-----
From: experian.autochecknoreply@experian.com <experian.autochecknoreply@experian.com>
Sent: Monday, January 6, 2025 2:16 PM

To: Nolan Amy, SF2-US-S-410 <Amy.Nolan@bmwfs.com>
Subject: Experian AutoCheck Vehicle History Report for SLATV8C0XPU216487 from BMW Financial Services

Sent from outside the BMW organization - be CAUTIOUS, particularly with links and attachments.
Absender außerhalb der BMW Organisation - Bitte VORSICHT beim Öffnen von Links und Anhängen.
--------------------------------------------------------------------------------------------

Your Experian AutoCheck vehicle history report for SLATV8C0XPU216487 from BMW Financial Services is attached.

If you can't open the report, go to http://get.adobe.com/reader to get Acrobat Reader.