# EXHIBIT 9

BMW Financial Services letter to New York Police Department, “Letter for stolen vehicle report,” dated February 25, 2025 (BMWFS-0247)

# BMW Financial Services

New York Police Department
Attention: Shamere Boland
Shamere.boland@nypd.org

| | |
|---|---|
| Reference | Company Blackfire Transport LLC and Alfred Davis / 2023 Rolls Royce Black Badge Cullinan / SLATV8C0XPU216487 |
| Date | February 25, 2025 |
| Subject | **Letter for stolen vehicle report** |

Dear Shamere Boland,

Financial Services Vehicle Trust (FSVT), as serviced by affiliate BMW Financial Services NA, LLC (collectively, BMW Financial Services) is the owner/lessor of the vehicle described above (Vehicle). The Vehicle was leased to Blackfire Transport LLC (with Alfred Davis as personal guarantor) pursuant to a December 28, 2022 Motor Vehicle Lease Agreement (Lease). BMW Financial Services has identified title wash fraud relating to the Vehicle and the Lease. Details regarding the title wash fraud timeline can be found below.

- 12/28/2022 Original title identifying FSVT as Owner reported # 0149208992
- 8/12/2024 Registration event occurred in New York
- 8/27/2024 New title created in New York that fraudulently removed FSVT as Owner

The Blackfire Transport account associated with the Vehicle currently shows an outstanding balance of $289,516.35. The last processed lease payment was received on June 1, 2024. BMW Financial Services would like to request for the New York Police Department to identify this vehicle as a stolen vehicle within their record system.

If you have any questions, please contact Amy Nolan at (614) 780-7114, Monday through Friday, from 9:00 a.m. to 5:00 p.m. ET, or by mail at either address listed on this letter.

Yours sincerely,
BMW Financial Services NA, LLC

Amy Nolan
Team Manager, Collection Services