# EXHIBIT 10

New York Certificate of Title, Document No. 710332V, issued August 27, 2024, as certified by the New York DMV (BMWFS-0221–0222)

EXHIBIT
D

CALDERON,STEVEN,J
441 CENTRAL PARK 280
SCARSDALE NY 10583

001882

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| SLATV8C0XPU216487 | 2023 | RO/RO | N/A | SUBN | 710332V |

SLATV8C0XPU216487

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 6069 | GAS | 12 | USED | VEHICLE | 8/27/24 |

Name and Address of Owner(s)

CALDERON,STEVEN,J
441 CENTRAL PARK 280
SCARSDALE NY 10583

ODOMETER READING: 05000

05000

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

* NO LIENS RECORDED *

Lienholder

* NO LIENS RECORDED *

Lienholder

* NO LIENS RECORDED *

Lienholder

* NO LIENS RECORDED *

VOID IF ALTERED

VOID IF ALTERED

MV-999 (3/21)

DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☒ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**: 9104 (no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT** (To be Completed by Owner Named on Face of Title)

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

**Seller**
- Seller's Signature: Steven J Calderon by POA Whitney Olson
- Seller's Name (Print in Full): Steven J Calderon
- Street Address: 441 Central Park 200
- City: Scarsdale
- State: NY
- ZIP code: 10583
- Date of Statement: 3/14/2025

**Buyer**
- Buyer's Signature: [signature]
- Buyer's Name (Print in Full): Gauge Automotive AGT Josh Hirahara
- Street Address: 332 E 3300 S
- City: Salt Lake City
- State: UT
- ZIP code: 84115
- Date of Statement: 3/14/2025

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**: 9104 (no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

**Seller**
- Seller's Signature: Whitney Olson
- Seller's Name (Print in Full): Gauge Automotive AGT Whitney Olson
- Street Address: 332 E 3300 S
- City: Salt Lak City
- State: UT
- ZIP code: 84115
- Date of Statement: 3/14/2025

**Buyer**
- Buyer's Signature: [signature] (AGT)
- Buyer's Name (Print in Full): Florida Performance Cars | Jaclyn Brisini (AGT)
- Street Address: 7711 Haverhill Business Pkwy STE 100
- City: Riviera Beach
- State: FL
- ZIP code: 33407
- Date of Statement: 03/04/25

Boat Dealer's Facility #:

MV-999 (3/21) M 7453268