# EXHIBIT 11

Declaration of Josh Hirahara, with Exhibits A–H

Chad S. Pehrson (12622)
Nathan C. Gardner (19537)
KNH LLP
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@knh.law
ngardner@knh.law
*Attorneys for Plaintiff Gauge Automotive, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br>Plaintiff,<br>v.<br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br>Defendants. | **DECLARATION OF JOSH HIRAHARA IN SUPPORT OF PLAINTIFF'S MOTION FOR A SPEEDY HEARING AND DECLARATORY JUDGMENT UNDER FED. R. CIV. P. 57, AND FOR SUMMARY JUDGMENT ON ITS FIRST CAUSE OF ACTION UNDER FED. R. CIV. P. 56**<br>Civil No. 2:25-cv-00792-AMA-JCB<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

I, Josh Hirahara, declare as follows:

1. I am the founder and Chief Executive Officer of Plaintiff Gauge Automotive, Inc. ("Gauge"). I have personal knowledge of the facts stated in this declaration, which are based on my own involvement in the transactions described and on my review of Gauge's business records, which are made and kept in the ordinary course of Gauge's business. If called as a witness, I could and would testify competently to these facts. I submit this declaration in support of Gauge's Motion for a Speedy Hearing and Declaratory Judgment under Fed. R. Civ. P. 57, and for Summary Judgment on its First Cause of Action under Fed. R. Civ. P. 56.

2. Gauge's principal place of business is 2370 South Decker Lake Boulevard, West Valley City, Utah 84119. Gauge is a licensed Utah motor vehicle dealer (Utah Dealer License No. 305B).

3. Gauge's business consists primarily of buying and selling vehicles at wholesale. A typical Gauge transaction involves a vehicle in the range of $30,000, on which Gauge earns a margin of approximately $1,000 or less.

4. In late February 2025, Kyler Terry of Statewide Auto Sales, a licensed Utah motor vehicle dealer (Utah Dealer License No. 143B), introduced Gauge to a seller who identified himself as Steven J. Calderon of Scarsdale, New York, and who was offering for sale a 2023 Rolls-Royce Black Badge Cullinan, VIN SLATV8C0XPU216487 (the "Vehicle"). Mr. Calderon represented that he owned the Vehicle and that he held its New York certificate of title.

5. Before Gauge agreed to purchase the Vehicle, Mr. Calderon provided Gauge with the New York Certificate of Title for the Vehicle, Document No. 710332V, issued by the New York State Department of Motor Vehicles on August 27, 2024. The certificate named Steven J. Calderon as the owner of the Vehicle and stated "NO LIENS RECORDED" in its lienholder fields. A true and correct copy of the New York certificate of title as received by Gauge is attached as **Exhibit A**.

6. Before the purchase, on February 21, 2025, Gauge obtained a New York Vehicle Title Record Report for the Vehicle through Yassi, a service that retrieves records directly from the New York DMV's motor vehicle records database.

7. The report identified Steven J. Calderon of Scarsdale, New York as the registered owner, showed a title issue date of August 27, 2024, and reported no lienholder—all consistent with the certificate of title. A true and correct copy of the report is attached as **Exhibit B**.

8. Gauge also inspected the Vehicle before purchase. Gauge was unable to arrange for a third-party inspector to see the Vehicle, so it shipped a paint-depth meter to the seller, and on March 4, 2025, Gauge's representatives inspected the Vehicle by video call with the seller, reviewing the paint-meter readings and the Vehicle's condition. The inspection results were

consistent with a well-maintained vehicle with approximately 9,100 miles and disclosed nothing suggesting any problem with the Vehicle's ownership.

9. Nothing in the certificate of title, the New York DMV's title record, or the inspection suggested that anyone other than Mr. Calderon owned or claimed any interest in the Vehicle.

10. On March 4, 2025, Gauge agreed to purchase the Vehicle from Mr. Calderon for $310,000. Gauge paid the purchase price by wire transfer to Mr. Calderon, which was sent on March 5, 2025. A true and correct copy of the wire confirmation is attached as **Exhibit D**. The price was a fair market price for the Vehicle at the time.

11. Gauge took delivery of the Vehicle and of the original New York certificate of title in New York on March 4, 2025. Mr. Calderon also executed a secure power of attorney appointing Gauge as his attorney-in-fact to complete the transfer of title; he signed it electronically on March 4, 2025, and Gauge countersigned and completed it on March 5, 2025. A true and correct copy of the power of attorney and its electronic signature certificate is attached as **Exhibit E**.

12. Gauge had arranged a buyer for the Vehicle before it closed with Mr. Calderon. On March 4, 2025, Gauge sold the Vehicle to JR Auto Collection, LLC d/b/a Florida Performance Cars ("FPC") for $314,000, as reflected in Gauge Invoice No. 9672 and the accompanying wholesale agreement, and delivered the Vehicle to FPC in New York. Gauge's margin on the transaction was approximately $4,000.

13. When Gauge paid for and took delivery of the Vehicle, neither I nor, to my knowledge, anyone at Gauge had any knowledge of, or had received any notice of, any lease of the Vehicle, Blackfire Transport LLC, Alfred Davis, BMW Financial Services NA, LLC, Financial Services Vehicle Trust, any lien, security interest, or ownership claim asserted by any of them, or any defect in or question about the New York certificate of title.

14. Gauge first learned that BMW Financial Services claimed an interest in the Vehicle on or about April 16, 2025, when FPC told Gauge that it had received a telephone call from BMW Financial Services' counsel asserting a lien on the Vehicle. On April 18, 2025, I obtained a Florida vehicle registration record and a National Motor Vehicle Title Information System report for the Vehicle to investigate the claim. On April 21, 2025, I submitted a request to the New York DMV for the Vehicle's title abstract, and on April 22, 2025 the DMV provided a certified Abstract of Title Record, which identified Mr. Calderon as the current owner of record, showed the original title document issued on August 27, 2024, and reflected no lienholder. A true and correct copy of the abstract is attached as **Exhibit C**. On April 23, 2025, FPC forwarded to Gauge the written "Notice of Vehicle Lien and Demand for Preservation" that it had received that day from BMW Financial Services' counsel.

15. After FPC received BMW Financial Services' demand, FPC demanded that Gauge unwind the sale, and on June 23, 2025, FPC filed suit against Gauge in Palm Beach County, Florida. To resolve FPC's claims, Gauge offered to rescind the sale, refund the full $314,000 purchase price, take the Vehicle back, and indemnify FPC. FPC accepted, Gauge paid FPC $314,000 and took the Vehicle back, and FPC dismissed its suit on July 21, 2025. A true and correct copy of the rescission agreement is attached as **Exhibit F**.

16. The first letter or demand that Gauge received from BMW Financial Services or Financial Services Vehicle Trust, or from counsel acting for them, was a letter from their New York counsel dated July 25, 2025, which was delivered to Gauge by Federal Express on July 28, 2025. Before that, in July 2025, BMW Financial Services and Financial Services Vehicle Trust moved to intervene in FPC's Florida suit against Gauge; FPC dismissed that suit on July 21, 2025, before the Florida court ruled on the motion. Before April 23, 2025, no one acting for BMW Financial Services or Financial Services Vehicle Trust had contacted Gauge about the Vehicle in any way.

17. Gauge applied to the Utah State Tax Commission, Division of Motor Vehicles, for a Utah certificate of title for the Vehicle. On August 22, 2025, the Division issued Utah Certificate of Title No. UT011833095 for the Vehicle to Gauge Automotive, showing no lienholder. A true and correct copy is attached as **Exhibit G**.

18. On July 23, 2025, Gauge had the Vehicle transported directly to Secured Auto Group, LLC, a licensed Utah dealer, so that Secured Auto Group could assist Gauge in selling it. Gauge sold the Vehicle to Secured Auto Group for $324,000. Gauge issued its Invoice No. 11235 for the sale on September 16, 2025, and Secured Auto Group paid Gauge the purchase price on October 7, 2025. Before that sale, Gauge disclosed to Secured Auto Group that BMW Financial Services had asserted a claim to the Vehicle and that litigation over that claim was pending. A true and correct copy of the invoice and wholesale agreement is attached as **Exhibit H**. Gauge has not possessed the Vehicle since July 23, 2025.

19. BMW Financial Services' claim has clouded the title to the Vehicle and has been asserted, in writing, to Gauge's customer Secured Auto Group, together with the statement that Gauge knowingly bought the Vehicle under a fraudulent title. That statement is false. Gauge continues to incur legal expense in two states, and it faces continuing exposure to claims by its buyers and their buyers, so long as the question of who owned the Vehicle on March 4, 2025 remains undecided.

20. The consequences for Gauge have gone beyond legal expense. FPC, which had been a repeat customer, will no longer do business with Gauge. The Gauge employee who managed the FPC relationship and Gauge's dealer network left Gauge. Gauge shut down the consumer-facing side of its business, which had been purchasing approximately 140 vehicles per month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2026, at Salt Lake City, Utah.

Josh Hirahara
Josh Hirahara (Sep 25, 2026 16:18:17 MDT)

Josh Hirahara

# EXHIBIT A

New York Certificate of Title, Document No. 710332V,
issued August 27, 2024, as received by Gauge (front and back)

CALDERON,STEVEN,J
441 CENTRAL PARK 280
SCARSDALE NY 10583

001882

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| SLATV8C0XPU216487<br>SLATV8C0XPU216487 | 2023 | RO/RO | N/A | SUBN | 710332V |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| WH | 6069 | GAS | 12 | USED | VEHICLE | 8/27/24 |

ODOMETER READING: 05000
05000

ACTUAL MILEAGE

Name and Address of Owner(s)

CALDERON,STEVEN,J
441 CENTRAL PARK 280
SCARSDALE NY 10583

VOID IF ALTERED

VOID IF ALTERED

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

* NO LIENS RECORDED *

Lienholder

* NO LIENS RECORDED *

Lienholder

* NO LIENS RECORDED *

Lienholder

* NO LIENS RECORDED *

MV-999 (3/21)

DEPARTMENT OF MOTOR VEHICLES

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

## SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [x] 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING:** 9104 (no tenths)

**ODOMETER HAS SPACE FOR:** (*Check one*)
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

**Seller**

| Seller's Signature | | Seller's Name (Print in Full) | | |
|---|---|---|---|---|
| Steven J Calderon by POA Whitney Olson | | Steven J Calderon | | |
| **Street Address** | **City** | **State** | **ZIP code** | **Date of Statement** |
| 441 Central Park 280 | Scarsdale | NY | 10583 | 3/14/2025 |

**Buyer**

| Buyer's Signature | | Buyer's Name (Print in Full) | | |
|---|---|---|---|---|
| [signature] | | Gauge Automotive AGT Josh Hirahara | | |
| **Street Address** | **City** | **State** | **ZIP code** | **Date of Statement** |
| 332 E 3300 S | Salt Lake City | UT | 84115 | 3/14/2025 |

## SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- [ ] 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- [ ] 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- [ ] 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING:** (no tenths)

**ODOMETER HAS SPACE FOR:** (Check one)
- [ ] Five Digits, *excluding tenths*
- [ ] Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.
***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

**Seller**

| Seller's Signature | | Seller's Name (Print in Full) | | |
|---|---|---|---|---|
| Whitney Olson | | Gauge Automotive AGT Whitney Olson | | |
| **Street Address** | **City** | **State** | **ZIP code** | **Date of Statement** |
| 332E 3300S | Salt Lake City | UT | 84115 | 3/14/2025 |

**Buyer**

| Buyer's Signature | | Buyer's Name (Print in Full) | | |
|---|---|---|---|---|
| | | Florida Performance Cars | | |
| **Street Address** | **City** | **State** | **ZIP code** | **Date of Statement** |
| | | | | |

Boat Dealer's Facility #

MV-999 (3/21) M 7453268

# EXHIBIT B

Yassi New York Vehicle Title Record Report
dated February 21, 2025

Verify at: https://v.yassi.com/QEFXLBA9

YASSI

# New York
## VEHICLE TITLE RECORD REPORT

| | |
|---|---|
| DATE | 2/21/2025 |
| REQUESTED | SLATV8C0XPU216487 |
| DPPA EXEMPTION | Legitimate Business Need |
| SOURCE DOCUMENT NUMBER | |
| USER | Kevin Coville |
| COMPANY | Gauge Automotive, Inc. |
| NOTE | |
| REFERENCE ID | |

| VEHICLE | VIN | PLATE | REG EXP | LIENHOLDER DATA |
|---|---|---|---|---|
| 23 RO/RO SUBN | SLATV8C0XPU216487 | KUB7132 | Not Provided | No |

## Vehicle Interests

**Registered Owner** CALDERON,STEVEN,J
441 CENTRAL PARK 280
SCARSDALE, NY 10583

TITLE

## Registration

**Plate:** KUB7132
Issue Date: Not Provided
**Plate Type:** PASSENGER
Status: Not Provided
Reg Exp. Date: Not Provided
**Plate Pending:** No
**Registrants Are Owners:** Yes

## Vehicle

**VIN:** SLATV8C0XPU216487
**Year:** 23
**Make:** RO/RO
Model: Not Provided
**Body:** SUBN
**Color:** WHITE
**Cylinders:** 12
**Fuel:** GAS
**Weight:** 006069
**Type:** PASSENGER

## Title

Title: Not Provided
**Issue Date:** 8/27/2024
Issue State: Not Provided
Status: Not Provided
Brand: Not Provided
**Odo Read:** 005000
**Odo Status:** ACTUAL
Odo Date: Not Provided
Purchase Date: Not Provided
**Original Issue Date:** 8/27/2024
**Batch Date:** 8/12/2024
**No Title Issued:** No
**Title Pending:** No

## Estimated Fees

| Fee | Amount |
|---|---|
| Registration fee (passenger) | $119.50 |
| County use tax | $60.00 |
| **Total Registration Fee** | **$179.50** |

NOTICE: Renewal fees are estimated based on DMV and client supplied vehicle information.

This Vehicle Record is obtained directly from the official Motor Vehicle Records database of the respective State or Jurisdiction, with data retrieved from the state on the date shown above. Personal information found on driver and vehicle records is safeguarded by the Driver Privacy Protection Act (DPPA). Anyone who knowingly discloses information in violation of the DPPA may face criminal penalties and civil liability as outlined in the law for improper data usage.

# EXHIBIT C

New York DMV Abstract of Title Record
dated April 22, 2025

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

# ABSTRACT OF TITLE RECORD

Document # TSSG0004
PRINT DATE: 04/22/2025 TIME: 11:20:44 OPERATOR: SSG OFFICE: DAB

VIN#: SLATV8C0XPU216487
23 RO/RO WHITE SUBN WGT: 006069
ODOMETER: 005000 ACTUAL
FUEL: GAS CYL: 12

PLATE: KUB7132 TYPE: PASSENGER
BATCH DATE: 08/12/24

CURRENT OWNER
CALDERON,STEVEN,J

441 CENTRAL PARK 280
SCARSDALE NY 10583

ORIG DOC ISSUED: 08/27/24

LAST DOC ISSUED: 08/27/24

*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (01/19)

Mark J.F. Schroeder

COMMISSIONER OF MOTOR VEHICLES

# EXHIBIT D

Wire transfer confirmation — $310,000.00 from Gauge Automotive, Inc. to Steven J. Calderon, sent March 5, 2025 (Federal Reference No. 20250305L1B77D1C004565)

| | | | | | |
|---|---|---|---|---|---|
| Mar 05 2025 | Analysis Checking ***0013<br>USD | Steven J Calderon ***6677 | Wire Transfer | Sent<br>FED REF | 310,000.00 USD |

**Transaction ID:** 3814186

**FED Ref.:** 20250305L1B77D1C004565

**Recipient Details**

Address

441 CENTRAL PARK AVE
SCARSDALE, NY 10583
United States of America

Bank Details

Citibank NA
95 Pondfield Rd
United States of America
Routing Number: 021000089

**Initiated By: Whitney Olson** Mar 05 2025, 1:25 PM MDT

# EXHIBIT E

Utah Secure Power of Attorney executed March 4–5, 2025,
with PandaDoc Certificate of Signature

# UTAH SECURE POWER OF ATTORNEY

*Notice:* This form may be used when title is not present at the time of sale, held by the lienholder or has been lost. This form must be submitted to the State by the person exercising Powers of Attorney. Federal and State law require that you disclose mileage of the vehicle upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

VIN SLATV8C0XPU216487 Year 2023 Make Rolls-Royce Model Cullinan
(Vehicle Identification Number)

## POWER OF ATTORNEY TO DISCLOSE MILEAGE, REVIEW TITLE DOCUMENT, AND ACKNOWLEDGE DISCLOSURE

I, Steven J Calderon appoint Gauge Automotive as my attorney-in-fact, to sign all papers and documents required to secure the title and further grant the authority to endorse and transfer title thereto, and to disclose the mileage, for the vehicle described above, exactly as stated in my following disclosure.

I state that the odometer now reads 9104 (NO TENTHS) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked:

- ☐ 1. I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.
- ☐ 2. I hereby certify that the odometer reading is NOT the actual mileage. *WARNING-ODOMETER DISCREPANCY*

Date of Statement: 3/4/25

| | | | |
|---|---|---|---|
| [signature] | Steven J Calderon | | |
| (Transferor's Signature) | (Printed Name) | (Co-Transferor's Signature) | (Printed Name) |

Transferor's Address 441 Central Park 280 (Street) Scarsdale (City) NY (State) 10583 (Zip Code)

| | | | |
|---|---|---|---|
| Whitney Olson [signature] | whitney Olson | Gauge Automotive | 305B |
| (Transferee's Signature) | (Printed Name) | (Dealership Name) | (Dealer License Number) |

Transferee's Address 332 E 3300 S (Street) Salt Lake City (City) UT (State) 84115 (Zip Code)

## CERTIFICATION

I, Whitney Olson, am exercising powers of attorney, and hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power of attorney. Upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than the previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create a new or additional liability under Federal or State law.

Signature Whitney Olson [signature] Printed Name Whitney Olson Date 3/4/2025

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
G3ZWX-LPV8H-XTXVF-BSBQF

DOCUMENT COMPLETED BY ALL PARTIES ON
05 MAR 2025 21:22:34 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **SPRINT4NEXTEL@YAHOO.COM**<br>EMAIL<br>SPRINT4NEXTEL@YAHOO.COM<br>SHARED VIA<br>LINK | SENT<br>04 MAR 2025 22:46:26 UTC<br>VIEWED<br>04 MAR 2025 23:00:04 UTC<br>SIGNED<br>04 MAR 2025 23:01:23 UTC | IP ADDRESS<br>69.124.104.21<br>LOCATION<br>SCARSDALE, UNITED STATES |
| **WHITNEY OLSON**<br>EMAIL<br>INFO@SELLGAUGE.COM | SENT<br>04 MAR 2025 22:46:26 UTC<br>VIEWED<br>05 MAR 2025 21:20:35 UTC<br>SIGNED<br>05 MAR 2025 21:22:34 UTC | Whitney Olson<br>IP ADDRESS<br>65.130.182.171<br>LOCATION<br>SALT LAKE CITY, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
05 MAR 2025 21:20:35 UTC

# EXHIBIT F

Mutual Rescission Agreement between Gauge Automotive, Inc. and
JR Auto Collection, LLC d/b/a Florida Performance Cars, dated July 17, 2025
(GaugeUT_00075–00078)

# MUTUAL RESCISSION AGREEMENT

This Mutual Rescission Agreement ("Agreement") is entered into as of July 17, 2025, by and between GAUGE AUTOMOTIVE, INC., a Utah corporation ("Seller" or "Gauge"), and JR AUTO COLLECTION, LLC d/b/a FLORIDA PERFORMANCE CARS, a Florida limited liability company ("Buyer" or "FPC").

## RECITALS

WHEREAS, on or about March 4, 2025, FPC purchased a 2023 Rolls-Royce Cullinan, VIN SLATV8C0XPU216487 (the **"Vehicle"**) from Gauge for $314,000 (the **"Purchase Price"**);

WHEREAS, the parties have become aware of a disputed title history involving a third party, Financial Services Vehicle Trust, which has claimed a superior ownership interest in the Vehicle;

WHEREAS, the parties wish to unwind the transaction and resolve any potential disputes amicably;

NOW, THEREFORE, in consideration of the mutual covenants set forth herein, the parties agree as follows:

### 1. Return of Vehicle and Refund

1.1 **Return of Vehicle.** Gauge's agent shall inspect and collect the vehicle at FPC's location on July 18, 2025, at 7241 Haverhill Business Pkwy #105, Riviera Beach, FL 33407.

1.2 **Condition of Vehicle.** FPC represents that the Vehicle is in materially the same condition as when it was originally delivered to FPC. Acceptance and loading of the Vehicle onto transport by Gauge or Gauge's agent shall constitute acknowledgment that the Vehicle is in such condition. Any factory included "extras" associated with the Vehicle upon original delivery to FPC, like the Rolls-Royce umbrella, shall also be included along with the return of the Vehicle.

1.3 **Payment of Refund.** On July 17, 2025, Gauge wired $314,000 to the Client Trust fund of Kunzler, Bean & Adamson, P.C., c/o Attorney Chad Pehrson ("KBA firm"). The money shall be held in trust by the KBA firm and upon recovery of the Vehicle by Gauge or its agent, the KBA firm on behalf of Gauge shall wire the $314,000 to FPC to an account designated in writing by FPC. The obligation of KBA firm on behalf of Gauge to convey the wire does not arise until the Vehicle has departed FPC's premises. The wire shall be issued on the same business day that the Vehicle departs FPC's premises.

1.4. **Transfer of Title.** FPC shall transfer/assign the existing New York title for the Vehicle back to Gauge as part of the return of the Vehicle.

### 2. No Admission of Liability

This Agreement is entered into for settlement purposes only and shall not be deemed an admission of fault or liability by either party.

**3. Indemnification**

3.1 Seller (Gauge) agrees to indemnify, defend, and hold harmless Buyer (FPC), and its officers, directors, members, managers, employees, attorneys, agents, affiliates, successors, and assigns (collectively, the "Indemnitees"), from and against any and all claims, demands, causes of action, liabilities, losses, damages, judgments, settlements, costs, and expenses (including reasonable attorneys' fees and court costs), whether arising in contract, tort, statute, or otherwise, asserted by any third party, including without limitation BMW Financial Services NA, LLC and/or Financial Services Vehicle Trust, relating to or arising out of the ownership, possession, transfer, or disposition of the Vehicle, any alleged or actual defect in title, or claim of conversion, wrongful possession or wrongful act concerning the Vehicle.

3.2 **Notice of Claims.** Buyer or Indemnitees must provide Seller with written notice of any indemnifiable claim within fifteen (15) days of becoming aware of it, with sufficient detail to evaluate the claim. Failure to provide timely notice shall relieve Seller of its obligations under this Section to the extent the defense of the claim is prejudiced by the delay.

3.3 **Mitigation of Losses.** Buyer shall use commercially reasonable efforts to mitigate any damages or losses for which it seeks indemnification under this Agreement.

3.4 **Defense of Claims.** To the extent permitted by the Rules Regulating the Florida Bar, Seller shall have the right to direct and control the defense of any indemnified claim, including the selection of counsel, making strategic decisions, and settling the claim; provided that Seller acts reasonably in exercising these rights and that no settlement shall require any admission of fault or any performance by Buyer without Buyer's prior written consent (which consent shall not be unreasonably withheld). Buyer may participate in the defense of any such claim and may select its own counsel at its own expense. Seller shall not be required to pay the fees or expenses of any separate counsel retained by Buyer.

3.5 **Buyer Cooperation.** Buyer shall fully cooperate with Seller in the defense and resolution of any indemnified claim, including providing documents, access, and testimony as reasonably requested.

**4. Miscellaneous**

4.1 **Entire Agreement** – This Agreement constitutes the entire understanding between the parties.
4.2 **Governing Law** – This Agreement shall be governed by the laws of the State of Florida.
4.3 **Counterparts** – This Agreement may be executed in counterparts and by electronic signature.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

**Gauge Automotive, Inc.**
By: Josh Hirahara
Josh Hirahara (Jul 17, 2025 15:20 MDT)

Name: Josh Hirahara
Title: CEO

**JR Auto Collection, LLC d/b/a Florida Performance Cars**
By: ___________________________
Name: Jeff Jerman
Title:

# MUTUAL RESCISSION AGREEMENT

Final Audit Report 2025-07-17

| | |
|---|---|
| Created: | 2025-07-17 |
| By: | Chad Pehrson (cpehrson@kba.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4vaoYf-x6_OPI5qpbXa6Tno7LTFAXoKO |

## "MUTUAL RESCISSION AGREEMENT" History

Document created by Chad Pehrson (cpehrson@kba.law)
2025-07-17 - 9:11:44 PM GMT

Document emailed to Josh Hirahara (josh@sellgauge.com) for signature
2025-07-17 - 9:11:48 PM GMT

Email viewed by Josh Hirahara (josh@sellgauge.com)
2025-07-17 - 9:18:41 PM GMT

Document e-signed by Josh Hirahara (josh@sellgauge.com)
Signature Date: 2025-07-17 - 9:20:50 PM GMT - Time Source: server

Agreement completed.
2025-07-17 - 9:20:50 PM GMT

# EXHIBIT G

Utah Certificate of Title No. UT011833095,
issued August 22, 2025 (GaugeUT_00111–00112)

UTAH CERTIFICATE OF TITLE

# New Title

**Title Number:** UT011833095

**Vehicle Type:** Truck **Year:** 2023 **Make:** ROL **Model:** CULLINAN **Body Style:** Sport Utility
**VIN/HIN:** SLATV8C0XPU216487
**Cylinders:** 12 **Fuel:** Gasoline **Odometer:** 9166 **Date Issued:** 08/22/2025

GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT 84115-4456

**Owner Information:**
GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT 84115-4456

**Lienholder Information:**

Vehicle History: This Utah title is not a vehicle history report. If you are buying or selling this vehicle, please visit the National Motor Title Information System (NMVTIS) website to obtain the most current history of the vehicle at **https://vehiclehistory.bja.ojp.gov/nmvtis_vehiclehistory**.

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

## Request For Lien Change

Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens ☐ Issue a title showing the following as the NEW LIEN HOLDER

| LIEN RELEASE - Signature of lien holder (releasing interest)<br>X | Vehicle owner's signature requesting lien change |
|---|---|
| Title of signer | New lien holder's name |
| Date | Address |
| | City State ZIP Code |

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

TC-127 Rev. 03/19 CDR

C9161917

VOID IF ALTERED

NOTE - A TRUE WATERMARK IS VISIBLE WHEN HELD TO LIGHT

THIS TITLE IS PROTECTED WITH A HOLOGRAM AND ANTI-COPY SERIAL NUMBERS

**INSTRUCTIONS TO SELLER:**
Type or print the information.
NOTARY PUBLIC IS NO LONGER NEEDED. KEEP A COPY.

**INSTRUCTIONS TO BUYER:**
Type or print the information. Warning: DO NOT SIGN IF ODOMETER DISCLOSURE IS NOT COMPLETE.

## A Assignment Of Title By Registered Owner

**SELLER**

**Odometer Disclosure - Required**

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**
Date of Sale
Sale Price $

Print name of seller: Gauge Automotive
Print name of authorized agent selling vehicle (if different from seller name): Whitney Olson
Current address of seller (street, city, state and ZIP code): 332 E 3300 S STE 200 South Salt Lake UT 84115

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct.
*Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.* **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller): x Whitney Olson
Date of Sale

**BUYER**

Print name of new owner: Secured Auto Group
Street Address: 4339 S. State St.
City: SLC State: UT ZIP code: 84107
Signature of buyer (new owner): x

Print name of new lien holder
Street Address
City State ZIP code
Signature of lien holder (releasing interest): x

## B Reassignment Of Title (FOR DEALER USE ONLY)

**SELLER**

**Odometer Disclosure - Required**

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

☐ Reflects ACTUAL mileage
☐ Reflects the mileage IN EXCESS of the odometer mechanical limits
☐ Is not the actual mileage for this vehicle WARNING - ODOMETER DISCREPANCY

**Sales/Purchase Price - Required**
Date of Sale
Sale Price $

Print name of seller
Print name of authorized agent selling vehicle (if different from seller name)
Current address of seller (street, city, state and ZIP code)

As owner, I hereby transfer all rights, title and interest to this vehicle to the new owner named below. I certify, to the best of my knowledge, that the title is free and clear of encumbrances, except the lien to the new lien holder, if any. I certify that the odometer and sales information provided is correct.
*Federal and state law require that the owner provide the mileage upon transfer of ownership of a vehicle. Failure to complete a statement or by providing false statements, may result in fines and/or imprisonment.* **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.**

Signature of seller (and joint seller): x
Date of Sale

**BUYER**

Print name of new owner
Street Address
City State ZIP code
Signature of buyer (new owner): x

Print name of new lien holder
Street Address
City State ZIP code
Signature of lien holder (releasing interest): x

**Utah Code 41-1a-701 requires the owner to remove the license plates when vehicle is sold or disposed, unless an owner has included the transfer of a license plate as part of a sale, trade, or ownership release of a vehicle.**
**Utah Code 41-1a-705, with limited exceptions, requires a new owner of a vehicle, vessel, or outboard motor to obtain a title in that owner's name.**

# EXHIBIT H

Gauge Automotive Invoice No. 11235 and Wholesale Agreement with Secured Auto Group, LLC, dated September 16, 2025 (GaugeUT_00109–00110)

STOCKUP POWERED BY gauge

# WHOLESALE AGREEMENT

Invoice #: 11235 Invoice Date: 2025-09-16

| | | | |
|---|---|---|---|
| **Seller** | Gauge Automotive | **Buyer** | Secured Auto Group |
| **Address** | 332 E 3300 S | **Address** | 4339 S State Street |
| **City, State, Zip** | Salt Lake City UT 84115 | **City, State, Zip** | Murray, UT 84107 |
| **Phone Number** | 3853763666 | **Phone Number** | |
| **Dealer Number** | 305B | **Dealer Number** | |

| Description of Vehicle | | | |
|---|---|---|---|
| **Year** | **Make** | **Model** | **Color** |
| 2023 | Rolls-Royce | Cullinan | |

| | |
|---|---|
| **VIN** | SLATV8C0XPU216487 |

| | | |
|---|---|---|
| **Current Title Status:** | ☑ **In hand** - will be mailed in 2-3 business days | ☐ **Bank** - Gauge will pay off lien holder |

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete, or providing a false statement may result in fines and/or imprisonment.

I, Whitney Olson, state that the odometer reading of the vehicle listed below to the best of my knowledge reflects the ACTUAL mileage of the vehicle described, unless one of the following is checked:

| | |
|---|---|
| | I hereby certify that to the best of my knowledge, the odometer reading reflects the amount of mileage in EXCESS of mechanical limits. |
| | I hereby certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY. |

9104

**Enter odometer reading (no tenths)**

This statement is for seller and buyer information only and may not be used for title transfer documentation.

| Sales Information | | | | | |
|---|---|---|---|---|---|
| **Buyer Sales Tax Exemption:** | | **Agreed Upon Price:** | $ 324000 | **Remaining Balance:** | $ 324000 |

**Gauge Automotive Inc.**
332 E 3300 S
South Salt Lake, UT 84115
+18018234358
info@stockupsolutions.com
https://www.stockupsolutions.com

STOCKUP

**BILL TO**
Eli Watson
Secured Auto Group
4339 S State Street
Murray, UT 84107

# INVOICE 11235

**DATE** 09/16/2025

**DUE DATE** 09/16/2025

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | **Vehicle Purchase** | SLATV8C0XPU216487 2023 Rolls-Royce Cullinan Black Badge | 1 | 324,000.00 | 324,000.00 |

Pay to:
Gauge Automotive Inc.

| | |
|---|---|
| SUBTOTAL | 324,000.00 |
| TAX | 0.00 |
| TOTAL | 324,000.00 |
| TOTAL DUE | **$324,000.00** |