# EXHIBIT 12

Gauge Automotive Invoice No. 9672 and Wholesale Agreement with Florida Performance Cars dated March 4, 2025 (BMWFS-0216–0217)

**Gauge Automotive Inc.**
332 E 3300 S
South Salt Lake, UT 84115
+18018234358
info@stockupsolutions.com
https://www.stockupsolutions.com

STOCK UP

**BILL TO**
Jeff Jerman
FLORIDA PERFORMANCE
CARS

## INVOICE 9672

DATE 03/04/2025

DUE DATE 03/04/2025

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/04/2025 | **Vehicle Purchase** | SLATV8C0XPU216487 2023 Rolls-Royce Cullinan Black Badge, Mileage: 9104, Color: undefined | 1 | 312,850.00 | 312,850.00 |
| 03/04/2025 | **Buy Fee** | SLATV8C0XPU216487 | 1 | 1,150.00 | 1,150.00 |
| 03/04/2025 | **Vehicle Transportation** | SLATV8C0XPU216487 Located in Salt Lake City | 1 | 0.00 | 0.00 |

SLATV8C0XPU216487

| | |
|---|---|
| SUBTOTAL | 314,000.00 |
| TAX | 0.00 |
| TOTAL | 314,000.00 |
| TOTAL DUE | $314,000.00 |

EXHIBIT
COMPOSITE A

STOCKUP
POWERED BY gauge

# WHOLESALE AGREEMENT

**Invoice #:** 9672

**Invoice Date:** 03/04/2025

| | | | |
|---|---|---|---|
| **Seller** | Gauge Automotive | **Buyer** | FLORIDA PERFORMANCE CARS |
| **Address** | 332 E 3300 S STE 200 | **Address** | 7221 HAVERHILL BUSINESS PKWY. SUITE 10E |
| **City, State, Zip** | Salt Lake City, UT 84115 | **City, State, Zip** | RIVIERA BEACH, FL 33407 |
| **Phone Number** | 385.376.3666 | **Phone Number** | |
| **Dealer Number** | 305B | **Dealer Number** | |

| **Description of Vehicle** | | | |
|---|---|---|---|
| **Year** | **Make** | **Model** | **Color** |
| 2023 | Rolls-Royce | Cullinan | |

| | |
|---|---|
| **VIN** | SLATV8C0XPU216487 |

| | | |
|---|---|---|
| **Current Title Status:** | ☐ **In hand** - will be mailed in 2-3 business days | ☐ **Bank** - Gauge will pay off lien holder |

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete, or providing a false statement may result in fines and/or imprisonment.

I, Hal Robbins________, state that the odometer reading of the vehicle listed below to the best of my knowledge reflects the ACTUAL mileage of the vehicle described, unless one of the following is checked:

| | |
|---|---|
| | I hereby certify that to the best of my knowledge, the odometer reading reflects the amount of mileage in EXCESS of mechanical limits. |
| | I hereby certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY. |

9104

**Enter odometer reading (no tenths)**

This statement is for seller and buyer information only and may not be used for title transfer documentation.

| **Sales Information** | | | | | |
|---|---|---|---|---|---|
| **Buyer Sales Tax Exemption:** | | **Agreed Upon Price:** | $ 314000 | **Remaining Balance:** | $ 314000 |