# EXHIBIT 13

Letter from Biedermann Hoenig Semprevivo to Florida Performance Cars dated April 23, 2025 (BMWFS-0276–0277)

BIEDERMANN·HOENIG·SEMPREVIVO
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

601 BRICKELL KEY DRIVE
SUITE 700
MIAMI, FLORIDA 33131
TEL. 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

Suzanne Valles
Suzanne.Valles@lawbhs.com

April 23, 2025

**VIA E-MAIL**
Jeff Jerman
Florida Performance Cars
7241 Haverhill Business Parkway, Suite105
Riviera Beach, Florida 33407
Jeff@floridaperformancecars.com

**Re: BMW Financial Services / 2023 Rolls Royce Badge Cullinan NOTICE OF LIEN ON VEHICLE AND DEMAND FOR PRESERVATION**

Dear Jeff:

This firm represents BMW Financial Services NA, LLC (hereinafter, "BMW FS"), servicer of Financial Services Vehicle Trust (hereinafter, "FSVT"). We write in connection with a 2023 Rolls Royce Black Badge Cullinan bearing vehicle identification number SLATV8C0XPU216487 (the "Vehicle") that we understand to be in the possession and control of Florida Performance Cars.

As discussed during our office's April 16, 2025, phone conversation with Craig, the Vehicle was purchased with financing provided by BMW FS and is subject to a lien in favor of FSVT. The Vehicle was subsequently the object of a fraudulent scheme wherein FSVT's lien was washed from the Vehicle's Certificate of Title. Enclosed is FSVT's original title application evidencing its interest in the Vehicle.

Please take notice that FSVT is the valid lienholder and is legally entitled to possession of the Vehicle. BMW FS hereby demands that you preserve the Vehicle from sale or other disposal to any consumer or any other person. We also request your cooperation in facilitating the surrender of the Vehicle to BMW FS. It is our hope that this matter can be resolved without the need for legal action and we invite you to contact us to discuss the situation and work out the details of the Vehicle surrender.

We appreciate your attention to this matter.

Very truly yours,

BIEDERMANN HOENIG SEMPREVIVO

*/s/ Suzanne Valles*

Suzanne Valles

SV:ps
Encl.