# EXHIBIT 14

Letter from Biedermann Hoenig Semprevivo to Gauge Automotive, Inc. dated July 25, 2025 (BMWFS-0205–0206)

BIEDERMANN·HOENIG·SEMPREVIVO
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, NY 10165
TEL 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

Steven A. Andreacchi
Steven.Andreacchi@lawbhs.com

July 25, 2025

***Via Federal Express Mail To:***

Gauge Automotive, Inc.
Attn: Anna Kelly
Chief Operating Officer
332 E. 3300 S.
Salt Lake City, UT 84115

**Re: BMW Financial Services / 2023 Rolls Royce Badge Cullinan**
**Notice of Interest in Vehicle**

Dear Ms. Kelly:

This firm represents the interests of BMW Financial Services NA, LLC ("BMW FS"), servicer for Financial Services Vehicle Trust ("FSVT"). We write in connection with a 2023 Rolls Royce Black Badge Cullinan bearing vehicle identification number SLATV8C0XPU216487 (the "Vehicle") that we understand to currently be in the possession and control of Gauge Automotive, Inc. ("Gauge").

As you know based on a lawsuit filed against you by Florida Performance Cars ("FPC") in Florida[1], BMW FS is the owner of the Vehicle, which was stolen via procurement of fraudulent title documentation by its original lessee. You are no doubt also aware that BMW FS filed a motion to intervene in the FPC action to assert its right to ownership of the vehicle. However, on information and belief, you recently resolved your dispute with FPC by unwinding the transaction whereby you had sold the Vehicle to it. This action was apparently taken with full knowledge on the part of both Gauge and FPC of BMW FS's proven ownership interest in the vehicle and its demand for a maintenance of the *status quo* while the ownership issue was worked out.

Gauge's and FPC's actions have resulted in significant economic harm to BMW FS and assisted in the perpetration of a fraud. BMW FS demands immediate return of the Vehicle and, in any event, that you refrain from selling or otherwise disposing of the Vehicle. In the event that

[1] *JR Auto Collection, LLC d/b/a Florida Performance Cars, A Florida limited liability company v. Gauge Automotive, Inc., a Utah corporation*, filed on June 23, 2025, in the Circuit Court of the Fifteenth Judicial Circuit n and for Palm Beach County, Florida, case no. 50-2025-CA-006161-XXXA-MB (copy of Complaint with exhibits attached hereto).

Gauge fails to comply with this Notice, BMW FS is prepared to proceed with appropriate legal action against Gauge, FPC, and any other person who comes into unlawful possession of the Vehicle.

We are happy to discuss the matter and invite you to contact our office at your convenience.

Very truly yours,

BIEDERMANN HOENIG SEMPREVIVO

*/s/ Steven A. Andreacchi*

Steven A. Andreacchi

Encl.

CC: *Via Email To:*

Joshua Talcovitz, Esq.
Kurkin Forehand Brandes LLP
18851 NE 29th Ave, #303
Avenutra, Florida 33180
(305) 929-8523
JTalcovitz@kfb-law.com