# EXHIBIT 15

Defendants' Objections and Responses to Plaintiff's First Set of Requests for Admission, dated September 18, 2026

William S. Helfand, #16686
Andrew J. Schuman, #20370
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

<table>
<tr><td colspan="2">IN THE UNITED STATES DISTRICT COURT<br><br>DISTRICT OF UTAH, CENTRAL DIVISION</td></tr>
<tr><td>GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants.</td><td>DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett</td></tr>
</table>

Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust hereby submit their responses to Plaintiff's first set of requests for admission.

## REQUESTS FOR ADMISSION

### A. Defendants' Interest and Its Characterization

**REQUEST FOR ADMISSION NO. 1:** Admit that FSVT became the Florida record titleholder of the Vehicle following assignment of the Lease.

**RESPONSE TO NO. 1:** Admitted.

**REQUEST FOR ADMISSION NO. 2:** Admit that Florida electronic title record for the Vehicle identified FSVT as both owner and lienholder.

**RESPONSE TO NO. 2:** Admitted.

**REQUEST FOR ADMISSION NO. 3:** Admit that BMW FS has never been the record titleholder of the Vehicle in any State.

**RESPONSE TO NO. 3:** Admitted.

**REQUEST FOR ADMISSION NO. 4:** Admit that BMW FS's role with respect to the Lease and the Vehicle is, and at all relevant times has been, that of servicer for FSVT.

**RESPONSE TO NO. 4:** Admitted.

**REQUEST FOR ADMISSION NO. 5:** Admit that You have never been named as owner or lienholder on a certificate of title for the Vehicle issued by the State of New York.

**RESPONSE TO NO. 5:** BMW FS and FSVT admit they are unaware of being named as owner or lienholder on a certificate of title for the Vehicle issued by the State of New York.

### B. The New York Title and Perfection in New York

**REQUEST FOR ADMISSION NO. 6:** Admit that the New York DMV issued the New York Title on August 27, 2024, naming Steven J. Calderon as owner of the Vehicle.

**RESPONSE TO NO. 6:** Defendants admit only that the document attached to the Request for Admissions as Exhibit C references a date of August 27, 2024 and a "Calderon, Steven, J." After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny the remainder of this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 7:** Admit that the New York Title showed no lienholder and stated "NO LIENS RECORDED" in each of its lienholder fields.

**<u>RESPONSE TO NO. 7:</u>** Defendants admit only that the document attached to the Request for Admissions as Exhibit C reads "no liens recorded". After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny the remainder of this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 8:** Admit that the New York Title was generated and issued by the New York DMV and is not itself a counterfeit or fabricated document.

**<u>RESPONSE TO NO. 8:</u>** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 9:** Admit that Gauge did not prepare, submit, or participate in preparing or submitting the New York Title Application.

**<u>RESPONSE TO NO. 9:</u>** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 10:** Admit that the Vehicle became covered by a certificate of title issued by the State of New York, within the meaning of N.Y, U.C.C. § 9-303(b), on or about August 27, 2024.

**<u>RESPONSE TO NO. 10:</u>** Denied.

**REQUEST FOR ADMISSION NO. 11:** Admit that You have never delivered to the New York DMV a certificate of title, notice of lien (including Form MV-900), notice of security interest, or application to have any Claimed Interest noted on a New York certificate of title for the Vehicle.

**<u>RESPONSE TO NO. 11:</u>** Denied.

**REQUEST FOR ADMISSION NO. 12:** Admit that You did not satisfy the requirements for perfection of a security interest in the Vehicle under New York law on or before December 27,

2024.

**<u>RESPONSE TO NO. 12:</u>** Denied.

**REQUEST FOR ADMISSION NO. 13:** Admit that You did not have possession of the Vehicle at any time between August 27, 2024 and March 4, 2025.

**<u>RESPONSE TO NO. 13:</u>** Admitted that neither BMW FS nor FSVT possessed the Vehicle between August 27, 2024 and March 4, 2025.

**REQUEST FOR ADMISSION NO. 14:** Admit that You have never applied to the New York DMV under N.Y. Veh. & Traf. Law § 2124, or commenced any judicial or administrative proceeding, to suspend, revoke, cancel, or annul the New York Title.

**<u>RESPONSE TO NO. 14:</u>** Denied.

**REQUEST FOR ADMISSION NO. 15:** Admit that, as of March 4, 2025, the New York DMV had not suspended or revoked the New York Title.

**<u>RESPONSE TO NO. 15:</u>** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 16:** Admit that, as of the date of Your response to these requests, the New York DMV has not suspended the New York Title.

**<u>RESPONSE TO NO. 16:</u>** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 17:** Admit that, as of March 4, 2025, no New York DMV title record for the Vehicle identified You as a lienholder or owner.

**<u>RESPONSE TO NO. 17:</u>** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 18:** Admit that, as of March 4, 2025, no court or governmental agency had entered any order or adjudication declaring the New York Title invalid or void.

**RESPONSE TO NO. 18:** Defendants admit they are presently unaware of any court or governmental agency that had entered an order or adjudication declaring the New York Title invalid or void as of March 4, 2025.

**C. Gauge's Purchase and Absence of Pre-Purchase Notice or Knowledge**

**REQUEST FOR ADMISSION NO. 19:** Admit that Gauge gave value for the vehicle.

**RESPONSE TO NO. 19:** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 20:** Admit that Gauge received delivery of the Vehicle on or about March 4, 2025.

**RESPONSE TO NO. 20:** After reasonable investigation, BMW FS and FSVT lack knowledge or information to trutfhully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 21:** Admit that You did not communicate with Gauge concerning the Vehicle or any Claimed Interest before March 4, 2025.

**RESPONSE TO NO. 21:** To the best of Defendants' knowledge, Defendants admit that, before March 4, 2025, they were unaware of Gauge's involvement with the Vehicle and did not communicate with Gauge concerning the Vehicle or any Claimed Interest before that date. Defendants deny the remainder of this Request.

**REQUEST FOR ADMISSION NO. 22:** Admit that, after reasonable inquiry, You are aware of no evidence that Gauge paid less than fair market value for the Vehicle.

**<u>RESPONSE TO NO. 22:</u>** After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request and therefore deny same.

**REQUEST FOR ADMISSION NO. 23:** Admit that, after reasonable inquiry, You are aware of no evidence that Gauge had knowledge of any Claimed Interest at the time Gauge gave value for and received delivery of the Vehicle.

**<u>RESPONSE TO NO. 23:</u>** Denied.

**REQUEST FOR ADMISSION NO. 24:** Admit that, after reasonable inquiry, You are aware of no evidence that Gauge had actual knowledge of any Claimed Interest before the Gauge Purchase.

**<u>RESPONSE TO NO. 24:</u>** Denied.

**REQUEST FOR ADMISSION NO. 25:** Admit that, after reasonable inquiry, You are aware of no evidence that Gauge participated in the allegedly forged Florida title, the New York Title Application, or any other alleged title fraud concerning the Vehicle occurring before the Gauge Purchase.

**<u>RESPONSE TO NO. 25:</u>** Defendants admit they presently are unaware of evidence of Gauge's participation in the forged Florida title, the resulting fraudulent New York Title Application, or other fraud occurring prior to March 4, 2025. Defendants deny the remainder of this Request.

**D. Defendants' Post-Purchase Assertions of Their Claimed Interest**

**REQUEST FOR ADMISSION NO. 26:** Admit that, in Exhibit E, Your counsel assert that "BMW FS is the owner of the Vehicle," demanded its immediate return, and demanded that Gauge refrain from selling or otherwise disposing of the Vehicle.

**<u>RESPONSE TO NO. 26:</u>** Admitted that these phrases appear in the written document attached to

the Requests as Exhibit E, which document speaks for itself.

**REQUEST FOR ADMISSION NO. 27:** Admit that, in Exhibit F, Your counsel stated to Secured Auto Group that Gauge "did not purchase the Vehicle from its owner, FSVT," and that Gauge "was aware of the fraudulent title under which Gauge made its purchase."

**RESPONSE TO NO. 27:** Admitted that these phrases appear in the written document attached to the Requests as Exhibit F, which document speaks for itself.

**REQUEST FOR ADMISSION NO. 28:** Admit that, at the time Exhibit F was sent, You possessed no document supporting the assertion that Gauge was aware of any fraudulent title before the Gauge Purchase.

**RESPONSE TO NO. 28:** Denied as to the purchase referenced in the letter attached to the Requests as Exhibit F.

**REQUEST FOR ADMISSION NO. 29:** Admit that, at the time Exhibit F was sent, You possessed no witness statement, testimony, or other non-documentary evidence supporting the assertion that Gauge was aware of any fraudulent title before the Gauge Purchase.

**RESPONSE TO NO. 29:** Denied as to the purchase referenced in the letter attached to the Requests as Exhibit F.

### E. Genuineness of Documents (Fed.R.Civ.P.36(a)(1)(B))

**REQUEST FOR ADMISSION NO. 30:** Admit that Exhibits A, B, C, D, E, and F are genuine and are true and correct copies of the documents they purport to be, namely: the Lease; the Florida electronic title record for the Vehicle; the New York Title; the April 23, 2025 letter to FPC; the July 25, 2025 letter to Gauge; and the October 22, 2025 letter to Secured Auto Group. If You cannot admit as to any one or more exhibits, identify each exhibit You do not admit and state the

basis for that response as to each.

**<u>RESPONSE TO NO. 30:</u>** Admitted that, upon information and belief, the documents attached to the Requests as Exhibit A, B, D, E, F appear to be true and accurate copies of records. After reasonable investigation, BMW FS and FSVT lack knowledge or information to truthfully admit or deny this Request regarding Exhibit C and therefore deny same.

DATED: September 18, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Andrew J. Schuman*
William S. Helfand
Andrew J. Schuman
*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2026, I caused a true and correct copy of the foregoing **DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** to be served via electronic mail upon to the following:

Chad Pehrson
Nathan C. Gardner
KNH, LLP
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
cpehrson@knh.law
ngardner@knh.law
Tel. No.: 801.994.4646
*Attorney for Plaintiff*

*/s/ Andrew J. Schuman*