# EXHIBIT 19

Utah Certificate of Title No. UT011833095, issued August 22, 2025 (BMWFS-0252)

# UTAH CERTIFICATE OF TITLE

## New Title

**Title Number:** UT011833095

**Vehicle Type:** Truck **Year:** 2023 **Make:** ROL **Model:** CULLINAN **Body Style:** Sport Utility

**VIN/HIN:** SLATV8C0XPU216487

**Cylinders:** 12 **Fuel:** Gasoline **Odometer:** 9166 **Date Issued:** 08/22/2025

GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT 84115-4456

**Owner Information:**
GAUGE AUTOMOTIVE
332 E 3300 S STE 200
SOUTH SALT LAKE UT 84115-4456

**Lienholder Information:**

Vehicle History: This Utah title is not a vehicle history report. If you are buying or selling this vehicle, please visit the National Motor Title Information System (NMVTIS) website to obtain the most current history of the vehicle at **https://vehiclehistory.bja.ojp.gov/nmvtis_vehiclehistory**.

ODOMETER READING REFLECTS THE ACTUAL MILEAGE

**Request For Lien Change**

Complete this section. Send the title and required fee to the Division of Motor Vehicles. Please check one box.

☐ Issue a title free of liens ☐ Issue a title showing the following as the NEW LIEN HOLDER

| | |
|---|---|
| LIEN RELEASE - Signature of lien holder (releasing interest)<br>X | Vehicle owner's signature requesting lien change |
| Title of signer | New lien holder's name |
| Date | Address |
| | City State ZIP Code |

**Division of Motor Vehicles**
**UTAH STATE TAX COMMISSION**
210 North 1950 West
Salt Lake City, Utah 84134

TC-127 Rev. 03/19 CDR

C9161917

VOID IF ALTERED

NOTE - A TRUE WATERMARK IS VISIBLE WHEN HELD TO LIGHT

THIS TITLE IS PROTECTED WITH A HOLOGRAM AND ANTI-COPY SERIAL NUMBERS