# EXHIBIT 20

Gauge Automotive Invoice No. 11235 and Wholesale Agreement with Secured Auto Group, LLC dated September 16, 2025 (BMWFS-0250–0251); Secured Auto Group–Luxury Auto Collection, LLC transfer documents (BMWFS-0257–0261)

STOCKUP
POWERED BY gauge

# WHOLESALE AGREEMENT

**Invoice #:** 11235 **Invoice Date:** 2025-09-16

| | | | |
|---|---|---|---|
| **Seller** | Gauge Automotive | **Buyer** | Secured Auto Group |
| **Address** | 332 E 3300 S | **Address** | 4339 S State Street |
| **City, State, Zip** | Salt Lake City UT 84115 | **City, State, Zip** | Murray, UT 84107 |
| **Phone Number** | 3853763666 | **Phone Number** | |
| **Dealer Number** | 305B | **Dealer Number** | |

| **Description of Vehicle** | | | |
|---|---|---|---|
| **Year** | **Make** | **Model** | **Color** |
| 2023 | Rolls-Royce | Cullinan | |

| | |
|---|---|
| **VIN** | SLATV8C0XPU216487 |

| | | |
|---|---|---|
| **Current Title Status:** | ☑ **In hand** - will be mailed in 2-3 business days | ☐ **Bank** - Gauge will pay off lien holder |

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete, or providing a false statement may result in fines and/or imprisonment.

I, Whitney Olson, state that the odometer reading of the vehicle listed below to the best of my knowledge reflects the ACTUAL mileage of the vehicle described, unless one of the following is checked:

| | |
|---|---|
| | **I hereby certify that to the best of my knowledge, the odometer reading reflects the amount of mileage in EXCESS of mechanical limits.** |
| | I hereby certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY. |

9104

**Enter odometer reading (no tenths)**

This statement is for seller and buyer information only and may not be used for title transfer documentation.

| **Sales Information** | | | | | |
|---|---|---|---|---|---|
| **Buyer Sales Tax Exemption:** | | **Agreed Upon Price:** | $ 324000 | **Remaining Balance:** | $ 324000 |

**Gauge Automotive Inc.**
332 E 3300 S
South Salt Lake, UT 84115
+18018234358
info@stockupsolutions.com
https://www.stockupsolutions.com

STOCK UP

**BILL TO**
Eli Watson
Secured Auto Group
4339 S State Street
Murray, UT 84107

# INVOICE 11235

**DATE** 09/16/2025

**DUE DATE** 09/16/2025

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Vehicle Purchase** | SLATV8C0XPU216487 2023 Rolls-Royce Cullinan Black Badge | 1 | 324,000.00 | 324,000.00 |

Pay to:
Gauge Automotive Inc.

| | |
|---|---|
| SUBTOTAL | 324,000.00 |
| TAX | 0.00 |
| TOTAL | 324,000.00 |
| TOTAL DUE | **$324,000.00** |

REASSIGNMENT OF TITLE-OWNER(S) TRANSFER AND ODOMETER DISCLOSURE

FEDERAL AND STATE LAW REQUIRE THAT THE OWNER STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP OF A VEHICLE. FAILURE TO COMPLETE A STATEMENT, OR PROVIDING A FALSE STATEMENT, MAY RESULT IN FINES AND/OR IMPRISONMENT.

Year 2023 Make ROLLS- Model CULLINAN VIN SLATV8C0XPU216487

I (we) the undersigned owner(s) hereby transfer, convey and assign all rights, title and interest to the vehicle described herein to the new owner named in the last reassignment block completed below and warrant the title to be free and clear of all encumbrances, except a lien in favor of the person identified below within that block as new lienholder, if any.

## FIRST REASSIGNMENT OF TITLE-OWNER(S) TRANSFER AND ODOMETER DISCLOSURE

I (we) certify that on the date of this statement the odometer on the above described vehicle reads the mileage here recorded, and that to the best of my/our knowledge and belief this odometer reading (check one of the following):

( ) reflects the actual mileage for this vehicle;
( ) reflects the amount of mileage in excess of the odometer mechanical limits.
( ) is not the actual mileage for this vehicle. WARNING ODOMETER DISCREPANCY.

ODOMETER READING: 9,942 miles (no tenths)

Secured Auto Group — Print Name of Owner(s)/Transferor or Company
Joe Watson — Print Name of Authorized Agent

Address 4339 S State St City. Murray State UT Zip 84107

X [signature] Signature of Transferor(s) in ink (must be notarized) X ______ Date ______ 20 ____

Subscribed and Sworn to this ______ day of ______ 20 ____

Notary Seal

X ______ Notary Public or M.V. Examining Officer

NEW OWNER (name must be printed)
NAME LUXURY AUTO COLLECTION
ADDRESS 9160 E DEL CAMINO DR STE B4
CITY SCOTTSDALE, AZ 85258
X [signature] Signature of Purchaser (New Owner)

NEW LIEN-HOLDER (Name must be printed)
NAME ______
ADDRESS ______
CITY ______ ST ______ ZIP ______
X ______ Signature of Owner/Authorized Agent

LIEN RELEASE
X ______ Signature of Lienholder Releasing Interest
______ Date ______ Title

## SECOND REASSIGNMENT OF TITLE-OWNER(S) TRANSFER AND ODOMETER STATEMENT

I (we) certify that on the date of this statement the odometer on the above described vehicle reads the mileage here recorded, and that to the best of my/our knowledge and belief this odometer reading (check one of the following):

( ) reflects the actual mileage for this vehicle;
( ) reflects the amount of mileage in excess of the odometer mechanical limits.
( ) is not the actual mileage for this vehicle. WARNING ODOMETER DISCREPANCY.

ODOMETER READING: ______ miles (no tenths)

______ Print Name of Owner(s)/Transferor or Company
______ Print Name of Authorized Agent

Address ______ City. ______ State ______ Zip ______

X ______ Signature of Transferor(s) in ink (must be notarized) X ______ Date ______ 20 ____

Subscribed and Sworn to this ______ day of ______ 20 ____

Notary Seal

X ______ Notary Public or M.V. Examining Officer

NEW OWNER (name must be printed)
NAME ______
ADDRESS ______
CITY ______
X ______ Signature of Purchaser (New Owner)

NEW LIEN-HOLDER (Name must be printed)
NAME ______
ADDRESS ______
CITY ______ ST ______ ZIP ______
X ______ Signature of Owner/Authorized Agent

LIEN RELEASE
X ______ Signature of Lienholder Releasing Interest
______ Date ______ Title

## THIRD REASSIGNMENT OF TITLE - OWNER(S) TRANSFER AND ODOMETER DISCLOSURE

I (we) certify that on the date of this statement the odometer on the above described vehicle reads the mileage here recorded, and that to the best of my/our knowledge and belief this odometer reading (check one of the following):

( ) reflects the actual mileage for this vehicle;
( ) reflects the amount of mileage in excess of the odometer mechanical limits.
( ) is not the actual mileage for this vehicle. WARNING ODOMETER DISCREPANCY.

ODOMETER READING: ______ miles (no tenths)

______ Print Name of Owner(s)/Transferor or Company
______ Print Name of Authorized Agent

Address ______ City. ______ State ______ Zip ______

X ______ Signature of Transferor(s) in ink (must be notarized) X ______ Date ______ 20 ____

Subscribed and Sworn to this ______ day of ______ 20 ____

Notary Seal

X ______ Notary Public or M.V. Examining Officer

NEW OWNER (name must be printed)
NAME ______
ADDRESS ______
CITY ______
X ______ Signature of Purchaser (New Owner)

NEW LIEN-HOLDER (Name must be printed)
NAME ______
ADDRESS ______
CITY ______ ST ______ ZIP ______
X ______ Signature of Owner/Authorized Agent

LIEN RELEASE
X ______ Signature of Lienholder Releasing Interest
______ Date ______ Title

Utah State Tax Commission, Division of Motor Vehicles

# Odometer Disclosure Statement

TC-891
Rev. 11/23

dmv.utah.gov

## Section 1 - Transferor Information

Transferor's name (print last, first, middle initial, or business name)
SECURED AUTO GROUP

| Street address | City | State | ZIP Code |
|---|---|---|---|
| 4339 S STATE STREET | SALT LAKE CITY | UT | 84107 |

## Section 2 - Vehicle Information

| Year | Make | Model |
|---|---|---|
| 2023 | ROLLS-ROYCE | CULLINAN |

| Vehicle/Hull identification number (VIN/HIN) | Body type |
|---|---|
| SLATV8C0XPU216487 | SUV |

## Section 3 - Odometer Disclosure

Federal and State law require that you furnish to the transferee a written odometer disclosure statement upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. Both the transferor and the transferee shall retain a legible copy of the odometer disclosure statement for not less than four years.

**Enter odometer reading** (no tenths)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 9 | 9 | 4 | 2 | |

Reading is: ☐ Miles ☐ Kilometers
(Kilometers will be converted to miles on the title.)

*I certify that the odometer reading (check one):*

☒ Reflects actual mileage for this vehicle
☐ Reflects the mileage in excess of odometer's mechanical limits
☐ Is not the actual mileage **(Warning: Odometer discrepancy)**

| Transferor's signature | Date of statement |
|---|---|
| X [signature] | 10/02/2025 |

## Section 4 - Transferee Information

Transferee's name (print last, first, middle initial, or business name)

| Street address | City | State | ZIP Code |
|---|---|---|---|
| 9160 E DEL CAMINO DR STE B4 | SCOTTSDALE | AZ | 85258 |

| Transferee's signature | Date of statement |
|---|---|
| X [signature] | 10/02/2025 |

# DEALER WHOLESALE

Date 09/02/2025

SELLER SECURED AUTO GROUP

ADDRESS 4339 S STATE STREET SALT LAKE CITY, UT 84107

CITY, STATE, ZIP

PHONE 801-265-9058

DEALER NO.

BUYER LUXURY AUTO COLLECTION, LLC

ADDRESS 9160 E DEL CAMINO DR STE B4

CITY, STATE, ZIP SCOTTSDALE, AZ, 85258

PHONE

DEALER NO.

## DESCRIPTION OF WHOLESALE VEHICLE

Buyer hereby agrees to purchase the following vehicle from Seller, subject to all terms, conditions, warranties and agreements contained herein, including those printed on the reverse side hereof.

| Year: | Make: | Model: | Body Style: | Color: | Stock # |
|---|---|---|---|---|---|
| 2023 | ROLLS-ROYCE | CULLINAN | SUV | Arctic White | pu216487 |

| Vehicle Identification Number : | State of Title: | Title Number: |
|---|---|---|
| SLATV8C0XPU216487 | | |

## ODOMETER DISCLOSURE STATEMENT

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete, or providing a false statement may result in fine and / or imprisonment.

I, SECURED AUTO GROUP (print name of transferor, or transferor's authorized agent) state that the odometer of the vehicle described below now reads:

ODOMETER READING → 9,942 (NO TENTHS)

miles and to the best of my knowledge that reflects the ACTUAL mileage of the vehicle described below, unless one of the following statements is checked.

Check one box only–

☐ I hereby certify that to the best of my knowledge, the odometer reading reflects the amount of mileage in EXCESS of its mechanical limits.

☐ I hereby certify that the odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

[signature] AUTHORIZED SELLER SIGNATURE

[signature] AUTHORIZED BUYER SIGNATURE

Joe Watson
PRINT NAME - AUTHORIZED SELLER

LUXURY AUTO COLLECTION, LLC
PRINT NAME - AUTHORIZED BUYER

This statement is for seller & buyer information only and may not be used for title transfer documentation

## EXEMPTION CERTIFICATE

☒ RESALE OR RE-LEASE BUYERS SALES TAX LICENSE NO.

I certify that I am a dealer in tangible personal property or services and that the tangible personal property or services purchased are for resale or re-lease. If I use or consume any tangible personal property or services that I purchase tax free for resale, or if my sales are of food, beverages dairy products and similar confections dispensed from vending machines (see Rule R865-19S-74), I will report and pay sales tax on the proper cost thereof directly to the Tax Commission on my next regular sales and use tax return.

[signature] AUTHORIZED DEALER SIGNATURE & COPY RECEIVED

PRINT NAME - AUTHORIZED DEALER

## AGREED UPON PURCHASE PRICE

$

By signing below the Parties certify that each is a valid licensed and bonded dealer and is subject to all terms, conditions, warranties, and agreements contained herein, including those printed on the reverse side hereof.

[signature] AUTHORIZED SELLER SIGNATURE

[signature] AUTHORIZED BUYER SIGNATURE

Joe Watson
PRINT NAME - AUTHORIZED SELLER

LUXURY AUTO COLLECTION, LLC
PRINT NAME - AUTHORIZED BUYER

ALL VEHICLES SOLD "AS IS" AS EQUIPPED

Approved by: Utah State Tax Commission

# Buyer's Order

Dealer/Seller Name and Address

SECURED AUTO GROUP

4339 S STATE STREET
SALT LAKE CITY UT 84107

Buyer/Co-Buyer Name(s) and Address(es)

LUXURY AUTO COLLECTION, LLC
9160 E DEL CAMINO DR STE B4
SCOTTSDALE AZ 85258
480-660-6969

Date 10/02/2025 Stock No. pu216487 Salesperson Joe Watson
App No. Contract No.

## Vehicle Information

☐ New ☒ Used ☐ Demo Year 2023 Make ROLLS- Model CULLINAN
Body Style SUV VIN SLATV8C0XPU216487 Lic. No. Odometer Reading 9,942
Color Arctic White Other Clean

## FINANCING ARRANGEMENT DISCLOSURES

☒ **Purchaser (Buyer) is solely responsible for financing arrangements**

THE PURCHASER OF THE MOTOR VEHICLE DESCRIBED IN THIS CONTRACT ACKNOWLEDGES THAT THE SELLER OF THE MOTOR VEHICLE HAS MADE NO PROMISES, WARRANTIES, OR REPRESENTATIONS REGARDING SELLER'S ABILITY TO OBTAIN FINANCING FOR THE PURCHASE OF THE MOTOR VEHICLE. FURTHERMORE, PURCHASER UNDERSTANDS THAT IF FINANCING IS NECESSARY IN ORDER FOR THE PURCHASER TO COMPLETE THE PAYMENT TERMS OF THIS CONTRACT ALL THE FINANCING ARRANGEMENTS ARE THE SOLE RESPONSIBILITY OF THE PURCHASER.

Signature of the Purchaser Signature of the Purchaser Signature of the Purchaser

☐ **Seller agrees to seek financing arrangements for Purchaser (Buyer)**

(1) THE PURCHASER OF THE MOTOR VEHICLE DESCRIBED IN THIS CONTRACT HAS EXECUTED THE CONTRACT IN RELIANCE UPON THE SELLER'S REPRESENTATION THAT THE SELLER CAN PROVIDE FINANCING ARRANGEMENTS FOR THE PURCHASE OF THE MOTOR VEHICLE. THE PRIMARY TERMS OF THE FINANCING ARE AS FOLLOWS:

INTEREST RATE BETWEEN ___________% AND ___________% PER ANNUM, TERM BETWEEN ___________MONTHS AND ___________MONTHS. MONTHLY PAYMENTS BETWEEN $___________________PER MONTH AND $___________________PER MONTH BASED ON A DOWN PAYMENT OF $___________________.

(2) (a) IF SELLER IS NOT ABLE TO ARRANGE FINANCING WITHIN THE TERMS DISCLOSED, THEN SELLER MUST WITHIN SEVEN CALENDAR DAYS OF THE DATE OF SALE MAIL NOTICE TO THE PURCHASER THAT HE HAS NOT BEEN ABLE TO ARRANGE FINANCING.
(b) PURCHASER THEN HAS 14 DAYS FROM THE DATE OF SALE TO ELECT, IF PURCHASER CHOOSES, TO RESCIND THE CONTRACT OF SALE PURSUANT TO SECTION 41-3-401.
(c) IN ORDER TO RESCIND THE CONTRACT OF SALE, THE PURCHASER SHALL:
(i) RETURN TO SELLER THE MOTOR VEHICLE HE PURCHASED.
(ii) PAY THE SELLER AN AMOUNT EQUAL TO THE CURRENT STANDARD MILEAGE RATE FOR THE COST OF OPERATING A MOTOR VEHICLE ESTABLISHED BY THE FEDERAL INTERNAL REVENUE SERVICE FOR EACH MILE THE MOTOR VEHICLE HAS BEEN DRIVEN; AND
(iii) COMPENSATE SELLER FOR ANY PHYSICAL DAMAGE TO THE MOTOR VEHICLE.

(3) IN RETURN, SELLER SHALL GIVE BACK TO THE PURCHASER ALL PAYMENTS OR OTHER CONSIDERATION PAID BY THE PURCHASER, INCLUDING ANY DOWN PAYMENT AND ANY MOTOR VEHICLE TRADED IN.

(4) IF THE TRADE-IN HAS BEEN SOLD OR OTHERWISE DISPOSED OF BEFORE THE PURCHASER RESCINDS THE TRANSACTION, THEN THE SELLER SHALL RETURN TO THE PURCHASER A SUM EQUIVALENT TO THE ALLOWANCE TOWARD THE PURCHASE PRICE GIVEN BY THE SELLER FOR THE TRADE-IN, AS NOTED IN THE DOCUMENT OF SALE.

(5) IF PURCHASER DOES NOT ELECT TO RESCIND THE CONTRACT OF SALE AS PROVIDED IN SUBSECTION (2)(b) OF THIS FORM:
(a) THE PURCHASER IS RESPONSIBLE FOR ADHERENCE TO THE TERMS AND CONDITIONS OF THE CONTRACT OR RISKS BEING FOUND IN DEFAULT OF THE TERMS AND CONDITIONS;
(b) THE TERMS AND CONDITIONS OF THE DISCLOSURES SET FORTH IN SECTION (1) OF THIS FORM ARE NOT BINDING ON THE SELLER; AND
(c) IF FINANCING IS NECESSARY FOR THE PURCHASER TO COMPLETE THE PAYMENT TERMS OF THE CONTRACT OF SALE, THE PURCHASER IS SOLELY RESPONSIBLE FOR MAKING ALL THE FINANCING ARRANGEMENTS.

(6) SIGNING THIS DISCLOSURE DOES NOT PROHIBIT THE PURCHASER FROM SEEKING HIS OWN FINANCING.

Signature of the Purchaser Signature of the Purchaser Signature of the Purchaser

Signature of the Seller



Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

## Trade-In Information

### Trade-in 1

| | |
|---|---|
| Year | Lic. No. |
| Make | Odometer Reading |
| Model | Color |
| Body Style | |
| VIN | |
| Lienholder Name | |
| Address | |
| Phone | Payoff $0.00 |
| Payoff good through | |
| Approved | |

### Trade-in 2

| | |
|---|---|
| Year | Lic. No. |
| Make | Odometer Reading |
| Model | Color |
| Body Style | |
| VIN | |
| Lienholder Name | |
| Address | |
| Phone | Payoff |
| Payoff good through | |
| Approved | |

*[This space intentionally left blank]*

## Itemization of Sale

| | | |
|---|---|---|
| 1. | Vehicle Sales Price | $ $327,000.00 |
| 2. | Sales Tax | $ 0.00 |
| **3.** | **Subtotal (Add lines 1 + 2)** | $ 327,000.00 |
| | **Title, License & Other Fees** | |
| 4. | Title Fee | $ |
| 5. | License/Registration | $ $0.00 |
| 6. | Age Based/Property Fee | $ |
| 7. | Dealer Documentary Service Fees* | $ $0.00 |
| 8. | Inspection/Emission Fee | $ N/A |
| 9. | Other Fee | $ $0.00 |
| 10. | | $ $0.00 |
| 11. | | $ |
| 12. | | $ N/A |
| 13. | | $ |
| 14. | | $ |
| **15.** | **Total Other Fees (Add lines 4 through 14)** | $ 0.00 |
| | **Additional Products** | |
| 16. | Service Contract | $ $0.00 |
| 17. | GAP | $ $0.00 |
| 18. | VTR | $ |
| 19. | N/A | $ |
| 20. | | $ |
| 21. | | $ |
| 22. | | $ |
| 23. | | $ |
| **24.** | **Total Products (Add lines 16 through 23)** | $ 0.00 |
| **25.** | **Cash Sale Price (Add lines 3 + 15 + 24)** | $ 327,000.00 |
| 26. | Trade-in Allowance | $ $0.00 |
| 27. | Less Payoff | $ N/A |
| **28.** | **Net Trade Allowance (Line 26-27)** | $ N/A |
| 29. | Cash Down Payment | $ $0.00 |
| 30. | Deferred Down Payment | $ |
| **31.** | **Total Down Payment (Line 28 + 29 + 30)** | $ 0.00 |
| **32.** | **Total Balance Due (Line 25-31)** | $ $327,000.00 |

*** Dealer Documentary Service Fees.** The following applies if we charge Dealer Documentary Service Fees:

The Dealer Documentary Service Fees as set forth in this Contract represents costs and profit to the dealer for preparing and processing documents and other services related to the sale or lease of your Vehicle. The fees are not set or state mandated by state statute or rule.



Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.