# EXHIBIT 21

Letter from Lewis Brisbois Bisgaard & Smith LLP to Secured Auto Group dated October 22, 2025 (BMWFS-0296–0297)

LEWIS BRISBOIS

William S. Helfand
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121
Bill.Helfand@lewisbrisbois.com
Direct: 801.251.7362

Emily L. Rutter
Emily.Rutter@lewisbrisbois.com
Direct: 801.251.7433

October 22, 2025

File No. 58260.1

VIA FEDERAL EXPRESS NO. 394544400565
Joseph Watson
Secured Auto Group
4339 S. State St.
Salt Lake City, Utah 84107

Re: 2023 Rolls-Royce Cullinan bearing VIN No. SLATV8C0XPU216487

Dear Mr. Watson:

Along with my associate, Emily Rutter, I represent BMW Financial Services NA, LLC and Financial Services Vehicle Trust in connection with FSVT's ownership of a 2023 Rolls-Royce Cullinan bearing VIN No. SLATV8C0XPU216487 which is also currently the subject of lawsuits pending in the United States District Court for the District of Utah and in a Florida state court.

Gauge Automotive, which is being sued by my clients in both lawsuits, has recently reported to the federal court that your company purchased the Vehicle from Gauge in the past few weeks. Moreover, your company's website recently listed the Vehicle for sale and later posted on the same website that the Vehicle has been sold.

As you may have known at the time of your company's purchase of the Vehicle, Gauge did not purchase the Vehicle from its owner, FSVT and, when Gauge purchased the Vehicle, Gauge was aware of the fraudulent title under which Gauge made its purchase. We previously asked Gauge to make any potential buyer aware of these facts so any potential purchaser might avoid be included in either or both of the pending lawsuits.

In an effort to reduce your own and your company's involvement in either or both of these lawsuits as much as we reasonably may, I called you earlier today, and I am writing since I did not hear back from you or your brother, to inquire about the name and address of the person who recently purchased the Vehicle from Secured Auto Group.

Please call or email me with this information right away. If there is some reason you will not provide us this information before the end of the week, please at least let me know so I may address your refusal to and through the federal district court. As I am sure you can understand, your refusal to provide this information promptly may reasonably be viewed by my clients as making you and your company complicit in Gauge's improper actions.

At the very least, I am also writing to advise you that you and your company, including all company employees and representatives, should take steps now to secure and preserve all documents, communications, and other information you may have, in any form, about the (1) Vehicle; (2) your company's purchase of the Vehicle; (3) the identity of any prospective buyers; and (4) the actual sale and identity of the purchaser. We will seek this information shortly from you, either by agreement or subpoena, and the court may impose sanctions for any failure to secure and produce this information since you are on notice of your need to preserve it.

Please either email or call me with the information about your purchaser of the Vehicle right away or, if you are unwilling to provide this information, please at least let me know of that fact so I may take appropriate action to obtain this relevant and important information.

Thank you for your prompt attention to this important matter. I look forward to hearing from you this week.

Sincerely,

William S. Helfand
Emily L. Rutter of
LEWIS BRISBOIS BISGAARD & SMITH LLP

ELR: