# EXHIBIT 22

New York DMV Freedom of Information Law Office response dated October 8, 2025 to BMW FS's public-records request of September 2, 2025, with enclosed records (BMWFS-0235–0241)

JF820329

OUTS-AUTO NONTRANSFERABLE
408122018A JF820329 JAN 68.50
KUB7132

CALDERON, STEVEN, J

*NYMA*

RAC 20240812174805

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLATV8C0XPU216487 | 2023 | ROLLS-R | SUV | 6180 | | 149208992 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| | WHITE | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 00030 MILES 12/28/2022 ACTUAL | | | | 01/20/2023 |

Lien Release: Interest in the described vehicle is hereby released

By: ______

Title ______

Date ______

Registered Owner

MANUEL CALDERON

[redacted]

1st Lienholder

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Terry L. Rhodes
Terry L. Rhodes
Executive Director

Control Number 666271889

1 /32 66271889

VOID IF ALTERED

## TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to.

Seller Must Enter Purchaser's Name: Steven J Calderon    Address: ______

Seller Must Enter Selling Price: ______    Seller Must Enter Date Sold: ______

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads [ | | | | | | X ] (no tenths) miles, date read ______ and I hereby certify that to the best of my knowledge the odometer reading.

☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: Manuel Calderon    CO-SELLER Must Sign Here: ______

Print Here: Manuel Calderon    Print Here: ______

Selling Dealer's License Number: ______ Tax No.: ______ Tax Collected: ______

Auction Name: ______ License Number: ______

PURCHASER Must Sign Here: [signature]    CO-PURCHASER Must Sign Here: ______

Print Here: STEVEN CALDERON.    Print Here: ______

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)    STATE OF FLORIDA

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement [illegible]

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: ______ Selling Dealer's Name: ______ Tax No.: ______ Tax Collected: ______

Selling Dealer's Address: ______ Date Sold: ______

Purchaser's Name(s): ______ Address: ______

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: ______ Co-Purchaser Must Sign Here: ______

Print Here: ______ Print Here: ______

Seller/Agent Must Sign Here: ______ Auction Name (When Applicable): ______

Print Here: ______ Auction License Number: ______

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: ______ Selling Dealer's Name: ______ Tax No.: ______ Tax Collected: ______

Selling Dealer's Address: ______ Date Sold: ______

Purchaser's Name(s): ______ Address: ______

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: ______ Co-Purchaser Must Sign Here: ______

Print Here: ______ Print Here: ______

Seller/Agent Must Sign Here: ______ Auction Name (When Applicable): ______

Print Here: ______ Auction License Number: ______

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: ______ Selling Dealer's Name: ______ Tax No.: ______ Tax Collected: ______

Selling Dealer's Address: ______ Date Sold: ______

Purchaser's Name(s): ______ Address: ______

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: ______ Co-Purchaser Must Sign Here: ______

Print Here: ______ Print Here: ______

Seller/Agent Must Sign Here: ______ Auction Name (When Applicable): ______

Print Here: ______ Auction License Number: ______

NEW YORK STATE OF OPPORTUNITY | Department of Motor Vehicles

# VEHICLE REGISTRATION/TITLE APPLICATION

*PRINT CLEARLY IN BLUE OR BLACK INK*

**Office Use Only**

Batch File No. 408 122 018A | Class | First Ltr of Name

☐ Activity ☐ Renewal
☐ Activity W/RR ☐ Renew W/RR
☐ Orig ☐ Lease Buyout
☐ Dup ☐ Sales Tax with Title
☐ Sales Tax Only without Title

**INSTRUCTIONS**

A. Is this vehicle being registered only for personal use? ☑ Yes ☐ No

If YES - Complete sections 1-4 of this form.

Note: if this vehicle is a pick-up truck that is never used for commercial purposes and does not have advertising on any part of the truck, you are eligible for passenger plates or commercial plates.

Select one: ☐ Passenger Plates ☐ Commercial Plates

If NO - Complete sections 1-5 of this form.

B. Complete the Certification in Section 6.

C. Refer to form MV-82.1 Registering/Titling a Vehicle in New York State for information to complete this form.

**I WANT TO:** ☐ REGISTER A VEHICLE ☐ CHANGE A REGISTRATION ☐ RENEW A REGISTRATION ☐ REPLACE LOST OR DAMAGED ITEMS ☐ GET A TITLE ONLY ☑ TRANSFER PLATES

Current Plate Number: KUB - 7132

**SECTION 1**

NAME OF PRIMARY REGISTRANT (Last, First, Middle or Business Name): Calderon, Steven, J.

Name Change Yes ☐ No ☐

FORMER NAME (If name was changed you must present proof):

NYS driver license ID number of PRIMARY REGISTRANT: [redacted]

DATE OF BIRTH: [redacted] Year 1985

SEX: M ☑ F ☐ X ☐

TELEPHONE or MOBILE PHONE NUMBER: [redacted]

NAME OF CO-REGISTRANT (Last, First, Middle):

Name Change Yes ☐ No ☐

EMAIL: n/a.

NYS driver license ID number of CO-REGISTRANT:

DATE OF BIRTH: Month Day Year

SEX: M ☐ F ☐ X ☐

ADDRESS CHANGE? ☐ YES ☑ NO

THE ADDRESS WHERE PRIMARY REGISTRANT GETS MAIL (Include Street Number and Name, Rural Delivery or box number. This address will be on the document.): 441 Central Park | Apt. No. 2B0 | City or Town: Scarsdale | State: NY | Zip Code: 10583 | County of Residence: Westchester

THE ADDRESS WHERE PRIMARY REGISTRANT RESIDES IF DIFFERENT FROM THE MAILING ADDRESS. (DO NOT GIVE A P.O. BOX.) | Apt. No. | City or Town | State | Zip Code

**SECTION 2**

VEHICLE IDENTIFICATION NUMBER: SLATV8C0XPU216487

VEHICLE DESCRIPTION: Year 2023 | Make Rolls-R.

Body Type (mark one): ☐ 2-Door ☐ Convertible ☐ Trailer ☐ 4-Door ☑ Suburban/SUV ☐ Motorcycle ☐ Pick-up ☐ Limo ☐ Tow ☐ Van ☐ Other

Color: gold. | Unladen Weight: 6069

Type of Power (Fuel): ☑ Gas ☐ Diesel ☐ Electric ☐ Flex ☐ CNG ☐ Propane ☐ None ☐ Other

For trailers & commercial vehicles

Cylinders: 12 | Maximum Gross Weight: n/A. | Adult Seating Capacity (Including Driver): 5 | Odometer Reading in Miles: 5,000 | Office Use Only – Mileage Brand ☐ A ☐ E ☐ N | For commercial vehicles – Axles | Distance

Is this vehicle a limousine, stretch limousine or otherwise altered to increase seating capacity? . . . . . Yes ☐ No ☑

If YES, include a picture of the required Federal Alterer's Safety Certification (normally found on the driver's door or door post) in accordance with VTL §401.

If YES, is this limousine, stretch limousine or otherwise altered vehicle equipped with safety belts at all occupant seating positions? . . . . . . Yes ☐ No ☑

IMPORTANT: If your vehicle is a limousine, stretch limousine or otherwise altered to increase the seating capacity, you must present to the DMV office a photograph or copy of all labels or plates (normally found on the driver's door or door post). If the vehicle is a limousine, stretch limousine or otherwise altered and now has an adult seating capacity of 9 or more (including the driver), you must show the original NYS DOT Inspection Receipt OR a NYS DOT Exemption Letter.

**SECTION 3**

If the OWNER of the vehicle is DIFFERENT from the REGISTRANT, the OWNER must complete this section.

PRIMARY OWNER NYS License Number | NAME OF PRIMARY OWNER (Last, First, Middle) | PRIMARY OWNER DATE OF BIRTH Month Day Year | PRIMARY OWNER SEX M ☐ F ☐ X ☐

THE ADDRESS WHERE PRIMARY OWNER GETS MAIL (Include the Street Number and Name, Rural Delivery or box number) | Apt. No | City or Town | State | Zip Code | County

NAME OF CO-OWNER

REGISTRATION AUTHORIZATION ☐ My signature authorizes the person(s) named in Section 1 to register this vehicle in that person's name. I have provided the current ownership document.

X

(Signature of ALL owner(s) and proof of ID required when first applying for a NYS title. See form ID-82 - Proofs of Identity for Registration and Title.) (Date)

**OFFICE USE ONLY**

New Plate | New Class | Ins. Co. Code | Special Conditions
Sales Tax | Status | Value ($) | Rate | Out of State | Jurisdiction | Audit
Prior Owner | Issuance State | Title | Lien | Lien Number | Lien Release
Proof Submitted
Reg/Title | State | Stop/Response/Scoff Law | Approved By | Date

AT BV CF CO EO EX FL IO NE NF NR NU OP OV PA PI PK RC RE SC SO SP SR SS SV TE TL TO TP TR TX XR X6 WO



BMWFS-0238

SECTION 4

**DAMAGE DISCLOSURE**

Has the vehicle been wrecked, destroyed, or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and to make the vehicle legal to operate on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss? ☐ Yes ☒ No

**If you marked YES,** the vehicle must have an anti-theft examination before it is registered. The title that is issued will have the statement "Rebuilt Salvage" on it.

**VEHICLE MODIFICATIONS**

Has this vehicle been modified from the original manufacturer specifications without extending the chassis or lengthening the wheel base? (Examples include: color changes, added seats, permanently mounted camping equipment, multi-stage vehicles.) If "Yes," describe the modifications: ☐ Yes ☒ No

SECTION 5

**NON-PERSONAL VEHICLE USE**

* Vehicles that transport passengers may require NYS DOT Operating Authority (see https://www.dot.ny.gov/divisions/operating/osss/bus/passenger), NYS DOT Inspection (see https://www.dot.ny.gov/divisions/operating/osss/bus/inspection) and/or be subject to Article 19-A requirements (see https://dmv.ny.gov/motor-carriers/information-and-forms-article-19).

Check one:

- ☐ A commercial tow truck with a gross vehicle weight rating of at least 8,600 pounds
- ☐ Used only as a farm vehicle (form MV-260F, Part 1 must be submitted)
- ☐ Used only as an agricultural truck or agricultural trailer
- ☐ Ambulance
- ☐ Ambulette*
- ☐ Hearse
- ☐ Combination Hearse/Invalid Coach*
- ☐ Used to transport passengers* (Bus, Livery, School Bus, School Car)
- ☐ Operates as a taxi* (you must complete the "Taxis Only" section below)
- ☐ Rented without a driver (private rental)
- ☐ Used to pick up passengers for compensation only in jurisdictions that do not regulate taxis*
- ☐ Other - describe the use:

**INSURANCE REQUIREMENTS**

- ☐ For Hire (direct or indirect compensation) - Submit an FH Certificate
- ☒ Not For Hire - Submit a current and valid NYS Insurance ID Card
- ☐ DOT Operation - Submit and record the NYS DOT Permit and/or the Federal DOT Permit number:

**TAXIS ONLY (check one)**

- ☐ Vehicle is used in New York City, Westchester, or Nassau counties.
- ☐ Vehicle is used as a contract carrier in NYC (commuter van with seating capacity between 9 and 14). You are eligible for LIVERY plates.
- ☐ Vehicle is used for pick up in a jurisdiction that regulates taxis other than NYC, Westchester county, or Nassau county.

SECTION 6

**CERTIFICATION**

I certify that the information I have given on this application and on any documentation provided in support of this application is true and complete. I certify that the vehicle is fully equipped as required by the Vehicle and Traffic Law, and has passed the required New York State inspection, or has qualified for a time extension (form VS-1077) and will be inspected within 10 days. I also certify that appropriate insurance coverage is in effect, and that the vehicle will be operated in accordance with the Vehicle and Traffic Law. If I am applying for replacement registration items, I certify that the registration is not currently under suspension or revocation. If I have plates in a series reserved for a special group, I certify that I am still eligible to receive them, and that I have only one set of these plates. ***If I am using a credit card for payment of any fees in connection with this application, I understand that my signature below also authorizes use of my credit card.***

WARNING: Intentionally making a false statement or providing false or misleading information in connection with this application is a criminal offense that may subject you to prosecution under the law.

Print Name Here: Steven Calderon
(Print Name in Full - if registering for a corporation, print your full name and title)

Print Additional Name Here: ______
(Print Name in Full)

Sign Here X [signature]
(Sign Here)

Additional Signature X ______
(Sign Here - *Additional signature required for a partnership or if registering this vehicle in more than one name.*)



BMWFS-0239

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**

Issuer:
GEICO GENERAL INSURANCE COMPANY
One GEICO Plaza, Washington DC 20076-0001
Company code: 639

FS-20

GEICO — GEICO GENERAL INSURANCE COMPANY

**Policy Number** 6065-75-11-89

**Phone Number:** 1-800-841-3000

| **Effective Date** | **Expiration Date** |
|---|---|
| 08/12/2024 (12:01 a.m.) | 11/19/2024 (12:01 a.m.) |

| **Year Make** | **Model** | **Vehicle Identification No.** |
|---|---|---|
| 2023 RO/RO | CULLINAN | SLATV8C0XPU216487 |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

(Not acceptable to obtain registration after 45 days from effective date)

REPLACEMENT VEHICLE

An authorized New York insurer has issued an owner's policy of liability insurance complying with article 6 (Motor Vehicle Financial Security Act) of the New York Vehicle and Traffic Law to:

**NAMED INSURED**
CALDERON,STEVEN,J
441 CNTRL PRK ST 28
SCARSDALE NY 10583

Cut Along the Dotted Line

**Important Information**

Here are your Policy Identification Cards
We've provided two (2) cards for each vehicle on your policy.
One ID card must be physically located in the proper insured vehicle. The duplicate card is for use when applying for new tags. Please destroy your old cards when the new cards become effective.
Only the Registered Owner(s) are listed on the Identification Cards. For a full list of drivers covered under this policy, please reference the Drivers section of your Declarations Page.

STEVEN CALDERON
441 CENTRAL PARK AVE STE 280
SCARSDALE NY 10583-1016

**FAX INSTRUCTIONS**

(If the ID Card Page needs to be faxed)

1. The entire page must be faxed.
2. If submitted to DMV, either the entire page or the second ID card and large scannable bar code will be retained.
3. A faxed ID card must be replaced with a scannable ID card within 14 days of the effective date.
4. DMV will not accept a faxed ID card without a scannable barcode.

**FAX: Scannable Bar Code**

Cut Along the Dotted Line

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**

Issuer:
GEICO GENERAL INSURANCE COMPANY
One GEICO Plaza, Washington DC 20076-0001
Company code: 639

FS-20

GEICO — GEICO GENERAL INSURANCE COMPANY

**Policy Number** 6065-75-11-89

**Phone Number:** 1-800-841-3000

| **Effective Date** | **Expiration Date** |
|---|---|
| 08/12/2024 (12:01 a.m.) | 11/19/2024 (12:01 a.m.) |

| **Year Make** | **Model** | **Vehicle Identification No.** |
|---|---|---|
| 2023 RO/RO | CULLINAN | SLATV8C0XPU216487 |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

(Not acceptable to obtain registration after 45 days from effective date)

REPLACEMENT VEHICLE

An authorized New York insurer has issued an owner's policy of liability insurance complying with article 6 (Motor Vehicle Financial Security Act) of the New York Vehicle and Traffic Law to:

**NAMED INSURED**
CALDERON,STEVEN,J
441 CNTRL PRK ST 28
SCARSDALE NY 10583


NEW YORK STATE USA
DRIVER LICENSE
[redacted]
Class D
CALDERON
STEVEN,J
441 CENTRAL PARK 280
SCARSDALE, NY 10583
DOB [redacted]/1985
Issued 10/03/2022
Exp [redacted]/2028
E NONE
R NONE
Sex M Height 5'-08" Eyes BRO