# EXHIBIT 23

BMW FS letters to the New York DMV dated January 7, 2025 (BMWFS-0067, 0077)

January 7, 2025

NY DMV
6 Empire Plaza
Albany NY 12280

Subject Letter of authorization

Financial Services Vehicle Trust hereby give permission to Kimberly Keeney to act as our attorney in fact, to execute all papers and documents which may be necessary to correct or duplicate the title and/or registration for the vehicle listed below. This authorization is limited to the titling and registration for the vehicle listed below.

Financial Services Vehicle Trust further agrees to guarantee and save the State of Florida, the Secretary of State, and the Department of Motor Vehicles from all liability which might arise from the issuance of the title for the motor vehicle described below and the registration pursuant to this document.

Financial Services Vehicle Trust is the Owner.

Federal Identification Number: 78-00-075171-14-6

Description of Vehicle

Year, Make, and Model: 2023 Rolls-Royce Black Badge Cullinan
Vehicle Identification Number: SLATV8C0XPU216487

BMW Financial Services NA, LLC, as servicer for Financial Services Vehicle Trust.

By:

Its: Title Security Specialist, New Business

Witness my hand and seal affixed at Columbus, Ohio this 7th day of January, 2025.

______________________________
Notary Signature

My commission expires:

January 7, 2025

NY DMV
6 Empire Plaza
Albany NY 12280

Subject Request for title and registration receipts

To whom it may concern:

Financial Services Vehicle Trust is the lienholder for the vehicle listed below. We are requesting any receipts of titling and registration you can provide on this vehicle to enable us to validate the timeliness of the titling and registration of this vehicle for a claim. Your assistance in this matter is greatly appreciated.

Year, Make, and Model: 2023 Rolls-Royce Black Badge Cullinan

Vehicle Identification Number: SLATV8C0XPU216487

Please return the receipt(s) via the enclosed self-addressed prepaid envelope, or send by mail to:

Financial Services Vehicle Trust
Attn: Title Security
1400 City View Drive
Columbus OH 43215

If you have any questions, please contact our Title Security & Archiving team at (877) 269-3577, Monday through Friday, from 9:00 a.m. to 6:00 p.m. ET, or by mail at the address listed on this letter.
BMW Financial Services NA, LLC, as servicer for Financial Services Vehicle Trust.

Yours sincerely,

Rolls-Royce Motor Cars Financial Services

enclosure: self-addressed prepaid envelope