Chad Pehrson (12622) cpehrson@knh.law
Nathan Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646
*Attorneys for Plaintiff Gauge Automotive, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING SPEEDY HEARING UNDER FED. R. CIV. P. 57 AND SETTING EXPEDITED BRIEFING SCHEDULE**<br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

Before the Court is Plaintiff Gauge Automotive, Inc.'s Motion for a Speedy Hearing and Declaratory Judgment Under Fed. R. Civ. P. 57, and for Summary Judgment on Its First Cause of Action Under Fed. R. Civ. P. 56 (the "Motion"). Rule 57 provides that "[t]he court may order a speedy hearing of a declaratory-judgment action." Fed. R. Civ. P. 57. Having considered the Motion and the record, and for good cause shown, the Court ORDERS as follows:

1. Plaintiff's request for a speedy hearing under Rule 57 is GRANTED.

2. Defendants shall file any response to the Motion within fourteen (14) days after entry of this Order. Plaintiff may file any reply within seven (7) days after service of the response.

3. The Court will hear argument on the Motion, and on Plaintiff's First Cause of Action for declaratory relief, on ____________, 2026, at ______ __.m., or at the earliest date thereafter available on the Court's calendar.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Ann Marie McIff Allen
United States District Judge