Chad Pehrson (12622) cpehrson@knh.law
Nathan Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646
*Attorneys for Plaintiff Gauge Automotive, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ITS FIRST CAUSE OF ACTION AND ENTERING DECLARATORY JUDGMENT**<br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

Before the Court is Plaintiff Gauge Automotive, Inc.'s Motion for a Speedy Hearing and Declaratory Judgment Under Fed. R. Civ. P. 57, and for Summary Judgment on Its First Cause of Action Under Fed. R. Civ. P. 56 (the "Motion"). Having considered the Motion, the Appendix of Evidence, and the parties' briefing, and finding that there is no genuine dispute as to any material fact and that Plaintiff is entitled to judgment as a matter of law on its First Cause of Action, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Summary judgment is entered in favor of Plaintiff Gauge Automotive, Inc. ("Gauge") and against Defendants BMW Financial Services NA, LLC ("BMW FS") and Financial

Services Vehicle Trust ("FSVT") on Gauge's First Cause of Action (Declaratory Judgment), and, pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57, the Court DECLARES that:

a. Gauge acquired good title to the 2023 Rolls-Royce Black Badge Cullinan bearing VIN SLATV8C0XPU216487 (the "Vehicle") when it purchased the Vehicle for value on March 4, 2025, in good faith and without notice of any claim by Defendants;

b. Whatever interest Defendants held in the Vehicle under the December 28, 2022 lease to Blackfire Transport LLC—whether characterized as a lien, a security interest, or ownership—is not enforceable against Gauge or against any person who takes title to the Vehicle through Gauge;

c. Gauge's sale of the Vehicle to JR Auto Collection, LLC d/b/a Florida Performance Cars, its repurchase of the Vehicle, and its subsequent sale of the Vehicle to Secured Auto Group, LLC were rightful transfers of good title; and

d. Defendants may not enforce against Gauge any remedy for the default under the Blackfire Transport LLC lease or for the fraudulent retitling of the Vehicle.

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
Ann Marie McIff Allen
United States District Judge