Chad Pehrson (12622) cpehrson@knh.law
Nathan Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646

*Attorneys for Plaintiff Gauge Automotive, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **[PROPOSED] ORDER SETTING HEARING UNDER FED. R. CIV. P. 57**<br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

Before the Court is Plaintiff Gauge Automotive, Inc.'s Motion for a Speedy Hearing and Declaratory Judgment Under Fed. R. Civ. P. 57, and for Summary Judgment on Its First Cause of Action Under Fed. R. Civ. P. 56 (ECF No. 61) (the "Motion"). Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust opposed the request for a speedy hearing (ECF No. 63), and Plaintiff replied. In its reply, Plaintiff withdrew its request to shorten the briefing schedule on the Motion. Having considered the parties' submissions, and for good cause appearing, the Court ORDERS as follows:

1. Plaintiff's request for a speedy hearing under Fed. R. Civ. P. 57 is GRANTED as set out in this Order. Plaintiff has withdrawn its request to shorten the briefing schedule.

2. Briefing on the Motion's request for summary judgment on the First Cause of Action will proceed on the schedule set by DUCivR 7-1(a)(4)(B).

3. The Court will hear Plaintiff's First Cause of Action (ECF No. 61) on ____________________, 202__, at ______ __.m., in Courtroom ______.

4. This Order does not resolve the merits of any claim or defense.

**IT IS SO ORDERED**.

DATED this ___ day of ______________, 2026.

BY THE COURT:

_________________________________

Ann Marie McIff Allen
United States District Judge