William S. Helfand, #16686
Andrew J. Schuman, #20370
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

<table>
<tr><td colspan="2">IN THE UNITED STATES DISTRICT COURT<br><br>DISTRICT OF UTAH, CENTRAL DIVISION</td></tr>
<tr><td>GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants.</td><td>STIPULATED MOTION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett</td></tr>
</table>

Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust, through counsel, and Plaintiff Gauge Automotive, Inc., hereby stipulated and move to extend the deadline for Defendants to respond to Plaintiff's motion for summary judgment.

1. Upon service of Plaintiff's responses to Defendants' October 21, 2026 interrogatories and requests for production, which Plaintiff will serve no later than November 3, 2026, the parties will schedule depositions of Plaintiff's corporate representative and Josh Hirahara. These two

depositions will take place within 14 days of Plaintiff's service of Plaintiff's responses to Defendants' interrogatories and requests for production.

2. Defendants' deadline to file their opposition to Plaintiff's motion for summary judgment is 14 days after the later of either Josh Hirahara's deposition or Plaintiff's corporate representative's deposition, but no later than December 1, 2026.

The parties have submitted a proposed agreed order herewith for the Court's consideration.

DATED: October 23, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ William S. Helfand*
William S. Helfand
Andrew J. Schuman
*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

DATED: October 23, 2026

KNH LLP

By: */s/ Chad Pehrson *by permission*
Chad Pehsron
Nathan Gardner
*Attorneys for Plaintiff Gauge Automotive, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2026, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
Nathan C. Gardner
KNH, LLP
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
cpehrson@knh.law
ngardner@knh.law
Tel. No.: 801.994.4646
*Attorney for Plaintiff*

*/s/ William S. Helfand*