William S. Helfand, #16686
Andrew J. Schuman, #20370
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **(PROPOSED) ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

This matter comes before the Court on Defendants BMW Financial Services NA, LLC's and Financial Services Vehicle Trust's, and Plaintiff Gauge Automotive, Inc.'s, stipulated motion to extend time to file Defendants' opposition to Plaintiff's motion for summary judgment.

For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall serve responses to Defendants' October 21, 2026 interrogatories and requests for production by no later than November 3, 2026 after which the deadline for Defendants' opposition

to Plaintiff's motion for summary judgment is 14 days after the deposition of either Josh Hirahara, or the deposition of Plaintiff's corporate representative, whichever is later, but not later than December 1, 2026 unless otherwise agreed by the parties.

DATED this ___ day of October, 2026

____________________________________

Ann Marie McIff Allen
United States Judge