Chad Pehrson (12622) cpehrson@knh.law
Nathan Gardner (19537) ngardner@knh.law
**KNH LLP**
50 West Broadway, Ste. 900
Salt Lake City, UT 84101
(801) 994-4646
*Attorneys for Plaintiff Gauge Automotive, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **PLAINTIFF'S REQUEST TO SUBMIT FOR DECISION (ECF NO. 61)**<br><br>Case No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-3, Plaintiff Gauge Automotive, Inc. ("Gauge") requests that the Court submit for decision Gauge's request for a speedy hearing under Fed. R. Civ. P. 57, set forth in Plaintiff's Motion for a Speedy Hearing and Declaratory Judgment Under Fed. R. Civ. P. 57, and for Summary Judgment on Its First Cause of Action Under Fed. R. Civ. P. 56 (ECF No. 61) (the "Motion"). In support, Gauge states as follows:

1. Gauge filed and served the Motion on September 25, 2026.

2. Defendants filed their opposition on October 7, 2026 (ECF No. 63). By its terms, the opposition "addresses only Plaintiff's request for expedited briefing on its summary judgment motion," and reserves Defendants' response on the merits of summary judgment "upon the schedule required by the Court." ECF No. 63 at 1 n.1.

3. Gauge filed its reply in support of the Rule 57 request on October 21, 2026 (ECF No. 64), together with a proposed order setting a hearing.

4. Briefing on the Rule 57 request is therefore complete. The deadline for Defendants' opposition to the summary judgment component of the Motion is the subject of the parties' pending stipulated motion (ECF No. 65), and this request does not concern that deadline.

5. Gauge's Motion requests a hearing under Rule 57. Gauge does not request separate oral argument on this Request to Submit.

Gauge respectfully requests that the Court submit the Rule 57 request for decision.

DATED this 26th day of October, 2026.

**KNH LLP**

*<u>/s/ Nathan Gardner</u>*
Chad Pehrson
Nathan Gardner
Attorneys for Plaintiff Gauge Automotive, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF'S REQUEST TO SUBMIT FOR DECISION (ECF NO. 61)** to be filed electronically through the Court's CM/ECF system, which sent notice of such filing to all counsel of record.

*/s/ Andrea Coats*