**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **GAUGE AUTOMOTIVE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BMW FINANCIAL SERVICES NA, LLC; and FINANCIAL SERVICES VEHICLE TRUST,**<br><br>**Defendants.** | **ORDER**<br><br>**Case No. 2:25-cv-00792-AMA-JCB**<br><br>**District Judge Ann Marie McIff Allen**<br><br>**Magistrate Judge Jared C. Bennett** |

District Judge Ann Marie McIff Allen referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion for an extension of the deadline for Defendants to respond to Plaintiff's motion for summary judgment.[2] Based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1. Plaintiff must serve responses to Defendants' October 21, 2026 interrogatories and requests for production by no later than November 3, 2026.
2. The deadline for Defendants to respond to Plaintiff's motion for summary judgment is extended to 14 days after either the deposition of Josh Hirahara or the

[1] ECF No. 8.

[2] ECF No. 65.

deposition of Plaintiff's corporate representative, whichever is later, but not later than December 1, 2026, unless otherwise agreed by the parties.

IT IS SO ORDERED.

DATED this 28th day of October 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge