William S. Helfand, #16686
Andrew J. Schuman, #20370
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

| **IN THE UNITED STATES DISTRICT COURT**<br><br>**DISTRICT OF UTAH, CENTRAL DIVISION** | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Defendants BMW Financial Services NA, LLC and Financial Services Vehicle Trust, through counsel, and Plaintiff Gauge Automotive, Inc., hereby stipulate and move to extend the deadline for Defendants to respond to Plaintiff's motion for summary judgment.

Good cause exists because the parties have agreed to schedule the deposition of Kevin Coville on a date convenient to the witness. Defendants' deadline to file their opposition to the Rule 56 portion of Plaintiff's motion for summary judgment on Plaintiff's first cause of action under Fed. R. Civ. P. 56 (ECF No. 61) is extended to 14 days after the deposition of Kevin Coville,

but no later than December 18, 2026. This extension is without prejudice to Plaintiff's ability to move for a speedy hearing on Plaintiff's request for declaratory relief in compliance with the Court's docket order of October 29, 2026 (ECF No. 68). The parties have submitted a proposed agreed order herewith for the Court's consideration.

DATED: November 24, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *_/s/ Andrew J. Schuman_*
William S. Helfand
Andrew J. Schuman
*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

DATED: November 24, 2026

KNH LLP

By: *_/s/ Nathan Gardner (w/permission granted via email dated 11/24/2026)_*
Chad Pehrson
Nathan Gardner
*Attorneys for Plaintiff Gauge Automotive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2026, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Chad Pehrson
Nathan Gardner
KNH, LLP
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
cpehrson@knh.law
ngardner@knh.law
Tel. No.: 801.994.4646
*Attorneys for Plaintiff*

*/s/ Libby Craig*