William S. Helfand, #16686
Andrew J. Schuman, #20370
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Bill.Helfand@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com

*Attorneys for BMW Financial Services NA, LLC and Financial Services Vehicle Trust*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| GAUGE AUTOMOTIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC and FINANCIAL SERVICES VEHICLE TRUST,<br><br>Defendants. | **(PROPOSED) ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:25-cv-00792-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

This matter comes before the Court on Defendants BMW Financial Services NA, LLC's and Financial Services Vehicle Trust's, and Plaintiff Gauge Automotive, Inc.'s, stipulated motion to extend time to file Defendants' opposition to Plaintiff's motion for summary judgment.

For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Defendants' deadline to file their opposition to the Plaintiff's motion for summary judgment on

Plaintiff's first cause of action under Fed. R. Civ. P. 56 (ECF No. 61) is extended to 14 days after the deposition of Kevin Coville, but no later than December 18, 2026.

This extension is without prejudice to Plaintiff's ability to move for a speedy hearing on Plaintiff's request for declaratory relief in compliance with the Court's docket order of October 29, 2026 (ECF No. 68).

DATED this ___ day of _____________, 2026

______________________________
Ann Marie McIff Allen
United States District Judge