**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **GAUGE AUTOMOTIVE, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BMW FINANCIAL SERVICES NA, LLC; and FINANCIAL SERVICES VEHICLE TRUST,**<br><br>**Defendants.** | **ORDER**<br><br>**Case No. 2:25-cv-00792-AMA-JCB**<br><br>**District Judge Ann Marie McIff Allen**<br><br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to extend the deadline for Defendants to respond to Plaintiff's motion for summary judgment.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1. The deadline for Defendants to respond to Plaintiff's motion for summary judgment is extended to 14 days after the deposition of Kevin Coville, but no later than December 18, 2026.

[1] ECF No. 8.

[2] ECF No. 69.

2. This extension is without prejudice to Plaintiff's ability to move for a speedy hearing on Plaintiff's request for declaratory relief in compliance with the court's October 29, 2026 docket text order.[3]

IT IS SO ORDERED.

DATED this 25th day of November 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[3] ECF No. 68.